IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**DAVID R. WILSON and** :
**CHARLENE WILSON,** :
:
    **Plaintiffs,** : **CIVIL ACTION**
**V.** : **FILE NO. 4:06-CV-179-HLM**
:
**TASER INTERNATIONAL, INC.,** :
:
    **Defendant.** :
_____

# PLAINTIFFS' INDEX OF EXHIBITS

| Exhibit | Document |
|---|---|
| A | Affidavit of Pamela Schreiner |
| B | Affidavit of Frank Kramer |
| C | Affidavit of Willie Collins |
| D | Affidavit of Gordon Wilczynski |
| E-1 | Affidavit of Edward E. Meier, M.D. w/medical records attached |
| E-2 | Continuation of Medical Records Attached to Meier Affidavit |

# PLAINTIFFS' INDEX OF EXHIBITS (cont'd)

| | |
|---|---|
| F | E-mail from Dr. James St. Ville<br>Re: Powers Injury |
| G | Exhibit '3' to Depositions<br>X26 Operating Manual |
| H | Exhibit '4' to Depositions<br>Weapon Info and Lesson Plans |
| I | Exhibit '5' to Depositions<br>TASER Safety Rules, Warnings & Risks |
| J | Exhibit '7' to Depositions<br>TASER FAQs Page |
| K | Exhibit '16' to Depositions<br>Powers v. TASER Complaint |
| L | Exhibit '33' to Depositions<br>The Advanced Taser: A Medical Review |
| M | Exhibit '47' to Depositions<br>Rule 30(b)(6) Deposition of Patrick Smith |
| N | Exhibit '50' to Depositions<br>TASER International's Objections & Responses<br>To Plaintiff's First Interrogatories |

# PLAINTIFFS' INDEX OF EXHIBITS (cont'd)

| | |
|---|---|
| O | Exhibit '55' to Depositions<br>TASER International's Responses to Plaintiffs'<br>Second Request for Production of Documents |
| P | Exhibit '57' to Depositions<br>TASER International's Supplemental Response<br>To Plaintiff's First Interrogatories |
| Q | Exhibit '58' to Depositions<br>Advanced TASER M26 Demo Report |