# EXHIBIT "B"
## Affidavit of Frank Kramer

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**DAVID R. WILSON and** :
**CHARLENE WILSON,** :
:
    **Plaintiffs,** :
: CIVIL ACTION
V. : FILE NO. 4:06-CV-179-HLM
:
**TASER INTERNATIONAL, INC.,** :
:
    **Defendant.** :

## AFFIDAVIT OF FRANK KRAMER

Personally appeared before me, an officer duly authorized to administer an oath, **FRANK KRAMER**, who, after being sworn, states the following:

1.

My name is Frank Kramer. I am forty-one (41) years old, competent to make this Affidavit, and do so based upon my personal knowledge.

2.

I was employed as a police officer with the City of Grand Junction, Colorado Police Department from 1993 until 2005.

3.

In May of 2004, I attended a training seminar on the TASER weapons manufactured by TASER International, Inc. The training was conducted by Sgt.

Derrick Rosales and Sgt. Doug Norcross, officers with my department, who were certified by TASER International as a trainers.

4.

The instructors required that each officer attending the training be shot with the TASER so that he/she could experience how it felt.

5.

When I was shot with the TASER, I felt immediate pain in my back. The pain continued after the TASER was shut off. The pain continued to increase. Two days later, I went to the worker's compensation doctor. He told me I had a muscle spasm and sent me back to work. After about a month, I went to my personal doctor because I was still in severe pain. I was sent for x-rays and a bone scan, which detected compression fractures at T5 and T6.

6.

As a result of my injury from the TASER training, I had to retire from law enforcement. I continue to experience daily back pain. I can no longer engage in the activities that I use to enjoy, such as jogging, playing golf, and hunting.

7.

No one told me that I could suffer a serious injury from being exposed to the TASER. Had I known of the risk of a spinal fracture, I would have refused to be shot by the TASER.

**FURTHER AFFIANT SAITH NOT.**

_____
FRANK KRAMER

Sworn to and Subscribed
Before Me this 25th day
Of July, 2007.

_____
Notary Public

