# EXHIBIT "C"
## Affidavit of Willie Collins

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| **DAVID R. WILSON and** | : | |
| **CHARLENE WILSON,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION** |
| **V.** | : | **FILE NO. 4:06-CV-179-HLM** |
| | : | |
| **TASER INTERNATIONAL, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## AFFIDAVIT OF WILLIE COLLINS

Personally appeared before me, an officer duly authorized to administer an oath, **WILLIE COLLINS**, who, after being sworn, states the following:

1.

My name is Willie Collins. I am of age, competent to make this Affidavit, and do so based upon my personal knowledge.

2.

I was employed as a police officer with the City of Phoenix Police Department from 1986 until 2005. In February of 2002, I attended a training session on the TASER stun gun manufactured by Taser International, Inc.

3.

As part of the training to carry a TASER, I was told that I had to be subjected to a shock from the weapon. When I was hit in the back with the TASER during the training, two of my teeth were fractured, causing me severe pain and damaging nerves in my mouth and jaw. I later developed an infection in the bones of my jaw which resulted in my having to retire on disability in July of 2005.

4.

A few months after my injury in 2002, I went to the headquarters of Taser International as part of my duties as an officer of Phoenix P.D. While there, I spoke to Clay Winn, one of Taser International's managers, about my severe injuries. Mr. Winn listened to what I had to say about my injuries, then gave me a polo shirt with the Taser International logo.

5.

I am still suffering from the effects of my exposure to the TASER gun in February of 2002.

**FURTHER AFFIANT SAITH NOT.**

_Willie Collins_

**WILLIE COLLINS**

Sworn to and Subscribed
Before Me this ___9___ day
Of ___July___, 2007.

Wilma Collins
_Wilma Collins_

_[signature]_
Notary Public

ANTHONY M BERUMEN
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires
July 18, 2010