# EXHIBIT "E-1"
## Affidavit of Edward E. Meier, M.D.
### w/ Medical Records Attached

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| **DAVID R. WILSON and** | : | |
| **CHARLENE WILSON,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION** |
| **V.** | : | **FILE NO. 4:06-CV-179-HLM** |
| | : | |
| **TASER INTERNATIONAL, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## **AFFIDAVIT OF EDWARD E. MEIER, M.D.**

Personally appeared before me, an officer duly authorized to administer an oath, **EDWARD E. MEIER, M.D.**, who, after being sworn, states the following:

1.

My name is Dr. Edward E. Meier. I am of age, competent to make this Affidavit, and do so based upon my personal knowledge. Attached to this Affidavit are the medical records of David Wilson.

2.

I am a Board Certified physician specializing in Occupational Medicine and Family Practice. I obtained my medical degree from the University of South Florida in June of 1979. In 2000, I obtained my Masters of Public Health in Occupational Medicine at the Medical College of Wisconsin.

On September 8, 2004, Mr. David Wilson appeared at my office stating that he had sustained a back injury the day before when he was shot by a TASER as part of a training exercise. He was seen at the emergency room in Forsyth, Georgia. Upon examination of Mr. Wilson on that date, I found that he was suffering severe back pain, including tenderness and bilateral spasms. His back showed a loss of lordosis and excessive kyphosis. I gave him a Toradol shot, prescribed Vioxx and Flexeril, and continued him on the Hydrocodone which he had been prescribed at the ER.

4.

I next saw Mr. Wilson on September 10, 2004. He was somewhat improved, but still having a lot of back spasms with a limited range of motion secondary to the spasms. I gave him another Toradol shot, and recommended physical therapy, limited duty at work, and that he continue on his medications.

5.

I next saw Mr. Wilson on October 5, 2004. He was improved, but still experiencing tenderness in his back. He had been going to physical therapy. I continued him on his medications, and recommended work hardening to see if he could return to regular duty.

Mr. Wilson returned to the office on October 28, 2004, and was seen by Dr. Michael Jackson, my partner in our practice. Dr. Jackson noted that Mr. Wilson had been placed into work hardening, but was unable to comply with the regimen. Mr. Wilson was unable to hold a one pound weight out at any distance from his body, or to lift his arms in an arc above his head at physical therapy. On examination, he had excellent grip strength bilaterally with his arms in close, which diminished as his arms were extended. He complained of pain over the left subscapular and latissimus area. He had some findings on the right, but not to the same degree as the left. Dr. Jackson recommended a thoracic spine MRI and work restrictions, including no climbing, occasional sitting, standing, bending, driving; no over the head work; limited repetitive work; zero to ten pound weight restriction; and follow up once the MRI was done. Dr. Jackson changed his medication from Flexeril to Norflex.

7.

Mr. Wilson returned to the office on November 16, 2004, following his MRI on November 9, 2004. An MRI is the standard medical procedure for diagnosing compression fractures. The MRI showed a T6 and T8 wedge compression fracture of his vertebral spine. The fracture was described by the radiologist as "mild relatively acute appearing wedge compression deformities of the T6 and T8

vertebral with some probable surrounding soft tissue hematoma." Mr. Wilson was referred to Dr. Scott Bowerman, an orthopedic for further evaluation. I subsequently had several phone consultations with Dr. Bowerman.

8.

Based upon my review of the records from the Monroe County Hospital Emergency Room, the records from physical therapy, the radiologist report, Dr. Bowerman's consultation, and my treatment of Mr. Wilson which began the day following his injury and continued for more than two months afterward, and based upon my professional training and experience, and to a reasonable degree of medical certainty, the cause of Mr. Wilson's compression fracture and his severe back pain was due to exposure to the TASER during the training exercise on September 7, 2004. It has been documented in the medical literature that fractures may be caused by electrical shock.

**FURTHER AFFIANT SAITH NOT.**

_____
**EDWARD E. MEIER, M.D.**

Sworn to and Subscribed
Before Me this 24th day
Of July , 2007.

Notary Public

David Wilson
DOB 01/19/1957

11/16/04          (Jackson)

Date of Injury:      09/07/2004
Diagnosis:     Upper back strain.

S:   He states he feels about the same. Mr. Wilson underwent an
     MRI, which showed a T6 and T8 wedge compression fracture of
     his vertebral spine. It was felt to be acute with hematoma by
     the radiologist. He has been taking intermittent Norflex and
     Lorcet with Tylenol as he needs it.

O:   He is still tender when he holds his arms out straight.
     Generally he is still tender about the mid upper back. His
     pain has not changed appreciably since the last visit.
     Considerable time was spent with him discussing the findings
     of the MRI, with the thoracic fractures at T6 and T8.

A/P: We are going to go ahead and refer him to orthopedics for
     evaluation of his thoracic fractures. I refilled his Ibuprofen
     today at 800 mg t.i.d., which I instructed him to take daily,
     whether he "needs it or not," as we are treating inflammation.
     I explained to him that likely he will hurt for another one to
     two months, at which point the pain should just resolve. I
     would not anticipate that this will turn into a long
     protracted course. Also, I recommend he make an appointment to
     see his family practice doctor in evaluation of the
     osteoporosis that may have been underlying in his condition.
     He will likely need blood and Dexa work-up for the
     osteoporosis/osteopenia. He said that he would follow-up on
     that. We will await the results of his orthopedic
     consultation. The patient was strongly reassured that this
     pain will not be continuing and should resolve without
     difficulty over the coming couple of months.

MJ/ATI040

WMR 00003

# RETURN TO WORK FORM

**Redmond Occupational Health**

## Employer Information

Date: 11-16-04  ☐ Drug Screen  ☐ Breath Alcohol   | Date of Injury: 9-7-04

Employee Name: David Wilson

Company: GA State Patrol   Department: _____

Authorized by: _____   Title: _____   Time: _____

Telephone: _____   Fax: _____   Pager: _____

Description of Injury: _____
FAX 404-656-9128

Employee sent to: Redmond Family Care Center at West Rome
2304 Shorter Avenue
Rome, GA 30165

## Physician Information

Diagnosis: T6-T8 Compression fracture   Time In 9:00 (AM) PM

Treatment/Medications: Ibuprofen 800 TID;
Protonix 40; Norflex, Lorcet

Estimated Return to Work Date: today

**Re-check Date:** 2-3 wks.
☐ No Follow-up Needed
☐ Workers' Comp Panel MD  Ortho.
☒ Specialist: Dr. Bowerman
, Date: _____ Time: _____
☐ Physical Therapy (RRMC-P.T.)
Date: _____ Time: _____
☐ X-Ray / MRI / C.T.
Date: _____ Time: _____
Location: _____

**Work Status:**
☐ No Restrictions   As of: _____
☐ See Physicial Capabilities Below   From: _____ To: _____
☐ Bed Rest   From: _____ To: _____
☐ MMI Achieved   As of: _____

**PHYSICAL CAPABILITIES:**

In an 8-12 hour work day, employee can:

| | Constantly (67-100%) | Frequently (33-66%) | Occasionally (0-33%) | Not at All |
|---|---|---|---|---|
| Climbing | ☐ | ☐ | ☐ | ☒ |
| Stand/Walk | ☐ | ☒ | ☐ | ☐ |
| Sit | ☐ | ☒ | ☐ | ☐ |
| Drive | ☐ | ☒ | ☐ | ☐ |
| Bend | ☐ | ☐ | ☒ | ☐ |
| Squat | ☐ | ☐ | ☒ | ☐ |
| Twist | ☐ | ☐ | ☒ | ☐ |
| Perform Work at Shoulder Level | ☐ | ☐ | ☐ | ☐ |
| Perform Repetitive Motions | ☐ | ☒ | ☐ | ☐ |
| Perform Overhead Work | ☐ | ☐ | ☒ | ☐ |

11/16/04 gcp

Employee is able to lift no more than: ☒ 0-10 lbs. ☐ 10-25 lbs. ☐ 25+ lbs.

Comments: Needs to see orthopedist.

Physician Signature: _____   Date: 10/28/04

Time Out: 940 (AM) PM

WMR 00004

DMS 53016573 (R 12/03)

**Redmond FCC at Lindale**
3138 Maple Road
Lindale, GA 30147
706-290-5000

**Redmond FCC at Rockmart**
2293 Rome Highway
Rockmart, GA 30153
770-684-0350

**Redmond FCC at Shannon**
5865 New Calhoun Highway, N.E.
Shannon, GA 30172
706-295-1184

**Redmond FCC at Trion**
160 Central Avenue
Trion, GA 30753
706-734-7302

**Redmond FCC at East Rome**
715 E. 2nd Avenue
Rome, GA 30161
706-235-1102

**Redmond FCC at West Rome**
2304 Shorter Avenue
Rome, GA 30165
706-233-4000

**Redmond Internal Medicine at Cedartown**
188 E. Girard Avenue
Suite 104
Cedartown, GA 30125
770-749-1005

**Redmond Emergency Center**
501 Redmond Road
Rome, GA 30165
706-291-0291

**Polk Medical Emergency Center**
242 N. Main Street
Cedartown, GA 30125
770-748-2500

David Wilson
DOV: 10/28/04          (Jackson)
DOB: 1/19/57

S:   Mr. Wilson is a 47-year-old male state trooper who was shot
     with a taser on 9/7/04.  His description of the injury from
     what he remembers is that his hips shot forward and his torso
     and shoulders shot backwards.  He was caught by two spotters
     and laid to the ground gently.  He did not fall.  After laying
     there disoriented a couple of minutes he was unable to get up.
     When he did finally manage to stand up his disorientation
     continued along with pain in his back.  He noticed that the
     other people in the group that had been shot were not reacting
     the same way.  He sat down he said for 10-15 minutes and then
     lost circulation in his hands and feet.  Paramedics came and
     evaluated him.  He has been to physical therapy and massage
     therapy which he says feels good but he can't tell that it is
     doing much.  He also was placed into work hardening and is
     really unable to comply with the regimen.  He tells me that as
     long as he keeps his arms close to his body he is able to
     perform most tasks however if he has to extend his arms or
     work overhead he is simply unable to do it.  He tells me today
     that he had trouble holding the 1 lb weight out at any
     distance and lifting them in an arc above his head at physical
     therapy.  He has noted encroachment into his daily life.  He
     has difficulty lifting a 25 lb bag of dog food from the shelf
     into his grocery cart and from the grocery cart into the
     truck.  He has been unable to do any kind of yard work and
     finds even dressing himself difficult with trying to put a
     shirt over his head. He worked one week but was fearful
     driving the patrol car that he would be unable to protect
     himself if he was involved in an altercation from a wrestling
     standpoint.  He did not feel he would be adequately confident
     to use or handle his firearm secondary to being unable to hold
     it up.

O:   On exam today he has excellent grip strength bilaterally with
     his arms in close.  This diminishes as his arms are extended.
     He complains of some pain primarily over the left subscapular
     and latissimus area.  He has some findings on the right as
     well but not to the same degree as to the left.  He stated
     that when he actually tried to work after standing for about
     10 hours on alternate duty he had pain in the left serratus
     area of his musculature as well.  Really has not had any
     findings suggestive of lumbar.  Still has intact reflexes in
     the upper extremity.

A:   Thoracic   muscle   strain.   Although   it   has   now   been
     approximately seven weeks since his injury and with the failed
     PT and work hardening I am recommending that we go ahead and
     get an MRI of his thoracic spine.



WMR 00005

David Wilson
DOV: 10/28/04                    (Jackson)
DOB: 1/19/57
page 2


P:   He is to return for reevaluation after the thoracic spine MRI
     is done.  Work restrictions, no climbing, occasional sitting,
     standing, bending, driving.  No over the head work.  Limited
     repetitive work and 0-10 lb weight restriction.  He is to
     follow up with us once the MRI is done.  I did treat him today
     with Norflex one p.o. t.i.d. as he said the Flexeril he was
     given previously was ineffective.

MJ/ATI017

11-1-04

WMR 00006

# RETURN TO WORK FORM

**Redmond Occupational Health**

Redmond FCC
at Lindale
3138 Maple Road
Lindale, GA 30147
706-290-5000

Redmond FCC
at Rockmart
2293 Rome Highway
Rockmart, GA 30153
770-684-0350

Redmond FCC
at Shannon
5865 New Calhoun
Highway, N.E.
Shannon, GA 30172
706-295-1184

Redmond FCC
at Trion
160 Central Avenue
Trion, GA 30753
706-734-7302

Redmond FCC
at East Rome
715 E. 2nd Avenue
Rome, GA 30161
706-235-1102

Redmond FCC
at West Rome
2304 Shorter Avenue
Rome, GA 30165
706-233-4000

Redmond Internal
Medicine
at Cedartown
188 E. Girard Avenue
Suite 104
Cedartown, GA 30125
770-749-1005

Redmond
Emergency Center
501 Redmond Road
Rome, GA 30165
706-291-0291

Polk Medical
Emergency Center
242 N. Main Street
Cedartown, GA 30125
770-748-2500

## Employer Information

Date: 10-28-04    ☐ Drug Screen ☐ Breath Alcohol    Date of Injury: 9-7-04

Employee Name: David Wilson    SSN: _____

Company: GA State Patrol    Department: _____

Authorized by: _____ Title: _____ Time: _____

Telephone: _____ Fax: _____ Pager: _____

Description of Injury: _____

Employee sent to: Redmond Family Care Center at West Rome
2304 Shorter Avenue
Rome, GA 30165

## Physician Information

Diagnosis: _upper back strain_    Time In 10:10 (AM) PM

Treatment/Medications: _Lorcet; Norflex_

**Re-check Date:** after MRI
☐ No Follow-up Needed
☐ Workers' Comp Panel MD
☐ Specialist. Dr. _____
   Date: _____ Time: _____
☐ Physical Therapy (RRMC-P.T.)
   Date: _____ Time: _____
☑ X-Ray / MRI / C.T.
   Date: _____ Time: _____
   Location: _____

Estimated Return to Work Date: 10/28/04

**Work Status:**
☐ No Restrictions    As of: _____
☑ See Physicial Capabilities Below    From: _____ To: _____
☐ Bed Rest    From: _____ To: _____
☐ MMI Achieved    As of: _____

**PHYSICAL CAPABILITIES:**
In an 8-12 hour work day, employee can:

| | Constantly (67-100%) | Frequently (33-66%) | Occasionally (0-33%) | Not all All |
|---|---|---|---|---|
| Climbing | ☐ | ☐ | ☐ | ☑ |
| Stand/Walk | ☐ | ☐ | ☑ | ☐ |
| Sit | ☐ | ☐ | ☑ | ☐ |
| Drive | ☐ | ☐ | ☑ | ☐ |
| Bend | ☐ | ☐ | ☑ | ☐ |
| Squat | ☐ | ☐ | ☑ | ☐ |
| Twist | ☐ | ☐ | ☐ | ☑ |
| Perform Work at Shoulder Level | ☐ | ☐ | ☑ | ☐ |
| Perform Repetitive Motions | ☐ | ☐ | ☑ | ☐ |
| Perform Overhead Work | ☐ | ☐ | ☐ | ☑ |

Employee is able to lift no more than:    ☐ 0-10 lbs.    ☐ 10-25 lbs.    ☐ 25+ lbs.

Comments: _Will get MRI of Thoracic spine – continue PT_

Physician Signature: _Richard Jackson_    Date: 10/28/04

Time Out: 11:29 (AM) PM

WMR 00007

DMS 53016573 (R 12/03)

# RETURN TO WORK FORM

**Redmond Occupational Health**

Redmond FCC
at Lindale
3138 Maple Road
Lindale, GA 30147
706-290-5000

Redmond FCC
at Rockmart
2293 Rome Highway
Rockmart, GA 30153
770-684-0350

Redmond FCC
at Shannon
5865 New Calhoun
Highway, N.E.
Shannon, GA 30172
706-295-1184

Redmond FCC
at Trion
160 Central Avenue
Trion, GA 30753
706-734-7302

Redmond FCC
at East Rome
715 E. 2nd Avenue
Rome, GA 30161
706-235-1102

Redmond FCC
at West Rome
2304 Shorter Avenue
Rome, GA 30165
706-233-4000

Redmond Internal
Medicine
at Cedartown
188 E. Girard Avenue
Suite 104
Cedartown, GA 30125
770-749-1005

Redmond
Emergency Center
501 Redmond Road
Rome, GA 30165
706-291-0291

Polk Medical
Emergency Center
242 N. Main Street
Cedartown, GA 30125
770-748-2500

## Employer Information

Date: _____  ☐ Drug Screen  ☐ Breath Alcohol   Date of Injury: 9/7/04

Employee Name: David Wilson   SSN: _____

Company: GA. State Patrol   Department: _____

Authorized by: _____  Title: _____  Time: _____

Telephone: _____  Fax: _____  Pager: _____

Description of Injury: Back Strain

Employee sent to: Redmond Family Care Center at West Rome
2304 Shorter Avenue
Rome, GA 30165

## Physician Information

Diagnosis: Back Pain / Spasm

Time In _____ AM PM

Treatment/Medications: _____

**Re-check Date:** After Therapy
☐ No Follow-up Needed
☐ Workers' Comp Panel MD
☐ Specialist: Dr. _____
   Date: _____ Time: _____
☐ Physical Therapy (RRMC-P.T.)
   Date: _____ Time: _____
☐ X-Ray / MRI / C.T.
   Date: _____ Time: _____
   Location: _____

Estimated Return to Work Date: _____

**Work Status:**  on 10/16 + 10/17/04
☐ No Restrictions   As of: _____
☐ See Physical Capabilities Below   From: 10/18/04
☐ Bed Rest   From: _____ To: _____
☐ MMI Achieved   As of: _____

### PHYSICAL CAPABILITIES:

In an 8-12 hour work day, employee can:

| | Constantly (67-100%) | Frequently (33-66%) | Occasionally (0-33%) | Not all All |
|---|---|---|---|---|
| Climbing | ☐ | ☐ | ☑ | ☐ |
| Stand/Walk | ☐ | ☑ | ☐ | ☐ |
| Sit | ☐ | ☑ | ☐ | ☐ |
| Drive | ☐ | ☑ | ☐ | ☐ |
| Bend | ☐ | ☐ | ☑ | ☐ |
| Squat | ☐ | ☐ | ☑ | ☐ |
| Twist | ☐ | ☐ | ☑ | ☐ |
| Perform Work at Shoulder Level | ☑ | ☐ | ☐ | ☐ |
| Perform Repetitive Motions | ☑ | ☐ | ☐ | ☐ |
| Perform Overhead Work | ☐ | ☑ | ☐ | ☐ |

Employee is able to lift no more than: ☑ 0-10 lbs. ☐ 10-25 lbs. ☐ 25+ lbs.

Comments: Worked 10/16/04 + 10/17/04
term pass 10/14/04 / is revised

Physician Signature: _____  Date: 10/18/04

Time Out: _____ AM PM

WMR 00008

DMS 53016573 (R 12/03)



# Patient Referral

## ROME

201 Turner McCall Blvd.
Rome, Georgia 30165
Phone: (706) 235-2727
Fax: (706) 235-2726

# ADVANCE REHABILITATION

## CEDARTOWN

1108 North Main Street
Cedartown, Georgia 30125
Phone: (770) 749-0250
Fax: (770) 749-0086

## CHATTOOGA

11606 Highway 27
Summerville, Georgia 30747
Phone: (706) 857-6366
Fax: (706) 857-6372

---

Physical Therapy Appointment:    Date _____ Time _____

Patient Name: _David Wilse_

Diagnosis: _Back pain_

Surgical Procedure: _____

---

☐ Consult: Evaluate & Treat

    Precautions / Recommendations

_resume previous PT_
_DC WHP_

Frequency _2-3/wk_    Duration _x 2 wk_

---

### MODALITIES:
| | | |
|---|---|---|
| ☐ Heat / Cold | ☐ Transfers | ☐ Mckenzie Ex. |
| ☐ Electro-Stimulation | ☐ Balance | ☐ Body Mechanics |
| ☐ Ultrasound | **EXERCISE:** | ☐ Home Ex. Program |
| ☐ Massage | ☐ Passive ROM | ☐ F.C.E. |
| ☐ Other _____ | ☐ Active ROM | ☐ Work Hardening |
| **TRAINING:** | ☐ Resisted ROM | ☐ Traction |
| ☐ Gait | ☐ Spine Stabilization | ☐ Other |
| ☐ Fine Motor | | |

---

I certify that therapy services for the above named patient are required, medically necessary and authorized by me.

Next Appointment with Physician: _____

Physician Signature: _____ Date: _10/14/04_

WMR 00009

# **RETURN TO WORK FORM**



**Redmond Occupational Health**

Redmond FCC
at Lindale
3138 Maple Road
Lindale, GA 30147
706-290-5000

Redmond FCC
at Rockmart
2293 Rome Highway
Rockmart, GA 30153
770-684-0350

Redmond FCC
at Shannon
5865 New Calhoun
Highway, N.E.
Shannon, GA 30172
706-295-1184

Redmond FCC
at Trion
160 Central Avenue
Trion, GA 30753
706-734-7302

Redmond FCC
at East Rome
715 E. 2nd Avenue
Rome, GA 30161
706-235-1102

Redmond FCC
at West Rome
2304 Shorter Avenue
Rome, GA 30165
706-233-4000

Redmond Internal
Medicine
at Cedartown
188 E. Girard Avenue
Suite 104
Cedartown, GA 30125
770-749-1005

Redmond
Emergency Center
501 Redmond Road
Rome, GA 30165
706-291-0291

Polk Medical
Emergency Center
242 N. Main Street
Cedartown, GA 30125
770-748-2500

## Employer Information

Date: _____  ☐ Drug Screen  ☐ Breath Alcohol    Date of Injury: 9/7/04

Employee Name: DAVid Wilson    SSN: _____

Company: Ga State Patrol    Department: _____

Authorized by: _____ Title: _____ Time: _____

Telephone: _____ Fax: _____ Pager: _____

Description of Injury: Back Strain _____

Employee sent to: Redmond Family Care Center at West Rome
2304 Shorter Avenue
Rome, GA 30165

## Physician Information

Diagnosis: Back pain / Spasm    Time In _____ AM  PM

Treatment/Medications: _____

Estimated Return to Work Date: _____

**Work Status:**
☐ No Restrictions                As of: _____
☑ See Physical Capabilities Below  From: _____ To: _____
☐ Bed Rest                       From: _____ To: _____
☐ MMI Achieved                   As of: _____

Re-check Date: 2wk
☐ No Follow-up Needed
☐ Workers' Comp Panel MD
☐ Specialist: Dr. _____
   Date: _____ Time: _____
☑ Physical Therapy (RRMC-P.T.)
   Date: _____ Time: _____
☐ X-Ray / MRI / C.T.
   Date: _____ Time: _____
   Location: _____

**PHYSICAL CAPABILITIES:**
In an 8-12 hour work day, employee can:

| | Constantly (67-100%) | Frequently (33-66%) | Occasionally (0-33%) | Not all All |
|---|---|---|---|---|
| Climbing | ☐ | ☐ | ☑ | ☐ |
| Stand/Walk | ☐ | ☑ | ☐ | ☐ |
| Sit | ☑ | ☐ | ☐ | ☐ |
| Drive | ☐ | ☑ | ☐ | ☐ |
| Bend | ☐ | ☐ | ☑ | ☐ |
| Squat | ☐ | ☐ | ☑ | ☐ |
| Twist | ☐ | ☐ | ☑ | ☐ |
| Perform Work at Shoulder Level | ☑ | ☐ | ☐ | ☐ |
| Perform Repetitive Motions | ☑ | ☐ | ☐ | ☐ |
| Perform Overhead Work | ☐ | ☑ | ☐ | ☐ |

Employee is able to lift no more than: ☑ 0-10 lbs.  ☐ 10-25 lbs.  ☐ 25+ lbs.

Comments: _____

Physician Signature: _____    Date: 12/14/04

WMR 00010

Time Out: _____ AM  PM

DMS 53016573 (R 12/03)

# Advance Rehabilitation and Consulting, Inc.
## 115 Felton Drive
## Rockmart, GA 30153
## Confidential Fax Cover Page

### Facsimile Transmission
### Confidential Health Information Attached

**THE DOCUMENTS ACCOMPANYING THIS TRANSMISSION CONTAIN CONFIDENTIAL HEALTH INFORMATION THAT IS LEGALLY PROTECTED. AS THE RECIPIENT OF THIS TRANSMISSION, YOU ARE OBLIGATED TO MAINTAIN IT IN A SAFE, SECURE AND CONFIDENTIAL MANNER.**

Date: _10-14-04_            Time: _3:17_

To: _Dr. Meier_

Fax No: _706-233-4006_      Phone No: _706-233-4000_

Sender's Name:

Telephone No:   678-757-1899    _fax 678-757-1898_

Message:

_atth. Dr. Meier_
_Work Hardening Eval for David Wilson_

Number of pages transmitted [including cover page]: _2_

Verification:      **Please contact 678-757-1899 to verify the receipt of this facsimile.**

THIS FAX IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. UNAUTHORIZED RE-DISCLOSURE OR A FAILURE TO MAINTAIN THE CONFIDENTIALITY OF THE INFORMATION CONTAINED HEREIN COULD SUBJECT YOU TO PENALTIES UNDER STATE AND FEDERAL LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, THE READER IS HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.

## WORK HARDENING EVALUATION

Name David Wilson     Diagnosis ~~LB~~ Back Strain     DOI Sept 7, 2004
Date 10-14-04 Physician Meier     Case Manager

## HISTORY

Age 47 Employer Georgia State Patrole Occupation/PDL Senior Trooper x 19½ Polk & Haralson Co.

Past Medical History out of work 5 wks.                    Carries 40 caliber Glock.
History Of Injury Was shocked with a tazer. Hips went forward and shoulders
back. Went to the ER and had x-rays and either a CT or MRI scan.
Pain c return to work. Hitting a dip in the rd. ↑ pain. Cannot hold the gun into arm extension

Current Work Status Has worked 3 day.

## SUBJECTIVE

Complaints Report of significant ↑ in LB pain with bending, prolonged standing,
and a lifting in a bent position.

## OBJECTIVE

**Occasional Lift:**                    **Frequent Lift:**
Floor to waist ___12 lbs.___ Having pain that is continued from the FL-WA ___N/T___ Poor Mechanics
Knuckle to shoulder ___45 lbs.___ ℗ thoracic discomfort c pulling. KN-SH ___25 lbs.___ a little discomfort 5:00.
Shoulder to overhead ___20 lbs.___ limited by ℗ thoracic pain. SH-OH ___10 lbs.___ 5:00 "Whole back is irritated.
Carry ~~75~~ →65 Unable to push wt. onto shelf due to pain.                    Pain in the left anterior rib cage region.
~~safe~~ Has to use body to push box on to shelf. (75 lbs.)

**Functional Activities:**
Simulation of tripode stance c gun: 3 secs. Unable to extend arms into firing position
due ↑ed pain in the left thoracic meeting.
Simulation (Push-trunk in standing position): Break away weakness due to pain
under the left shoulder blade.
Push/Pull 45 lbs. Limited by ℗ upper thoracic pain. 24/200 lbs. of force.

## ASSESSMENT

Mr. Wilson demonstrates limited strength with activities performed
extended away from the body. The client does not able to achieve
work postures, such as holding his guns extended, due to ℗ upper
thoracic pain.

---

Current Physical Demand Level Sedentary to Medium Heavy Duty

Goals (STG) ↑ FL-WA occ lift to 35 lbs.     (LTG) ① Demonstrate freq. lift from FL-WA with
② Demonstrate proper functional body mech.     ② ↑ KN-SH occ lift to 50 lbs.     25 lb
③ ↑ SH-OH occ lift to 30 lbs.     ③ Tolerate gun stance c 3 lbs.
④ Tolerate gun stance with 2 lbs.     ④ Tolerate combat position c return of
                              resistance

## Plan

Implement upper thoracic strength/conditioning then ex. as well
as general conditioning. w c focus on strength/endurance
in the extended reach position. Pt. will be educated on proper
body mechanics and functional jet aim tasks will be
added as tolerated.

Therapist Signature Sheri Burrell MS, ATC

David Wilson

10/05/04        (Meier)

Date of Injury:        09/07

S:  Markedly improved. Still a little tenderness. Therapy
    recommends work hardening. I agree. I want him to continue the
    medications to use on a p.r.n. basis. Try regular duty.
    Recheck in two weeks time.

EEM/ATI040



WMR 00013

# RETURN TO WORK FORM

**Redmond Occupational Health**

Redmond FCC
at Lindale
3138 Maple Road
Lindale, GA 30147
706-290-5000

Redmond FCC
at Rockmart
2293 Rome Highway
Rockmart, GA 30153
770-684-0350

Redmond FCC
at Shannon
5865 New Calhoun
Highway, N.E.
Shannon, GA 30172
706-295-1184

Redmond FCC
at Trion
160 Central Avenue
Trion, GA 30753
706-734-7302

Redmond FCC
at East Rome
715 E. 2nd Avenue
Rome, GA 30161
706-235-1102

Redmond FCC
at West Rome
2304 Shorter Avenue
Rome, GA 30165
706-233-4000

Redmond Internal
Medicine
at Cedartown
188 E. Girard Avenue
Suite 104
Cedartown, GA 30125
770-749-1005

Redmond
Emergency Center
501 Redmond Road
Rome, GA 30165
706-291-0291

Polk Medical
Emergency Center
242 N. Main Street
Cedartown, GA 30125
770-748-2500

## Employer Information

Date: 10/5/04    ☐ Drug Screen  ☐ Breath Alcohol    Date of Injury: 9/7/04

Employee Name: David Wilson    SSN: 260 94 5083

Company: Ga State Patrol    Department: _____

Authorized by: _____ Title: _____ Time: _____

Telephone: _____ Fax: _____ Pager: _____

Description of Injury: Back

Employee sent to: Redmond Family Care Center at West Rome
2304 Shorter Avenue
Rome, GA 30165

## Physician Information

Diagnosis: _improved back_ _____

Time In 950 AM PM

Treatment/Medications: _____

Re-check Date: _Sun_ 10-19-04

☐ No Follow-up Needed
☐ Workers' Comp Panel MD
☐ Specialist: Dr. _____
  Date: _____ Time: _____

Estimated Return to Work Date: _____

**Work Status:**
☑ No Restrictions    As of: _____
☐ See Physical Capabilities Below  From: _____ To: _____
☐ Bed Rest    From: _____ To: _____
☐ MMI Achieved    As of: _____

☐ Physical Therapy (RRMC-P.T.)
  Date: _____ Time: _____
☐ X-Ray / MRI / C.T.
  Date: _____ Time: _____
  Location: _____

**PHYSICAL CAPABILITIES:**

| In an 8-12 hour work day, employee can: | Constantly (67-100%) | Frequently (33-66%) | Occasionally (0-33%) | Not all All |
|---|---|---|---|---|
| Climbing | ☐ | ☐ | ☐ | ☐ |
| Stand/Walk | ☐ | ☐ | ☐ | ☐ |
| Sit | ☐ | ☐ | ☐ | ☐ |
| Drive | ☐ | ☐ | ☐ | ☐ |
| Bend | ☐ | ☐ | ☐ | ☐ |
| Squat | ☐ | ☐ | ☐ | ☐ |
| Twist | ☐ | ☐ | ☐ | ☐ |
| Perform Work at Shoulder Level | ☐ | ☐ | ☐ | ☐ |
| Perform Repetitive Motions | ☐ | ☐ | ☐ | ☐ |
| Perform Overhead Work | ☐ | ☐ | ☐ | ☐ |

Employee is able to lift no more than: ☐ 0-10 lbs. ☐ 10-25 lbs. ☐ 25+ lbs.

Comments: _try reg duty._
_rec'd work hardening + IWH_

Physician Signature: _____    Date: 10/5/04

WMR 00014

Time Out: 1135 AM PM

DMS 53016573 (R 12/03)

**F** **MOND FAMILY CARE CENTER AT WEST R** :
2304 Shorter Avenue • Rome, Georgia 30165
706/233-4000

**EDWARD E. MEIER, M.D.**
Lic. # 043426

**SHALINI G. REDDY, M.D.**
Lic. # 045935

NAME _David Wilson_ AGE

ADDRESS _____ DATE _9/10/04_

**R**

Vioxx 25~
1 PO qd #20

Larelplus
1/2 q 4° #20

Flexeril 10~
1 PO qHS #20

Refill _____ times

☐ Label

_____ SIGNATURE _____

To ensure brand name dispensing, prescriber must write 'Brand Necessary'
or 'Brand Medically Necessary' on the prescription.

RR-262 — CALDWELL-ROME

WMR 00015

David Wilson

09/10/04        (Meier)

S:   Follow-up on his back strain. He is somewhat better. He seems
     to have tolerated medications. He has some improvement.
     Minimal pain. A lot of spasms. Limited range-of-motion
     secondary to that.

A/P: We will go with a Toradol shot, given IM. We are going to try
     him on some physical therapy. Keep him on limited duty at
     work. Continue medications.

EEM/ATI040



FAXED

# RETURN TO WORK FORM

**Redmond Occupational Health**

Redmond FCC
at Lindale
3138 Maple Road
Lindale, GA 30147
706-290-5000

Redmond FCC
at Rockmart
2293 Rome Highway
Rockmart, GA 30153
770-684-0350

Redmond FCC
at Shannon
5865 New Calhoun
Highway, N.E.
Shannon, GA 30172
706-295-1184

Redmond FCC
at Trion
160 Central Avenue
Trion, GA 30753
706-734-7302

Redmond FCC
at East Rome
715 E. 2nd Avenue
Rome, GA 30161
706-235-1102

Redmond FCC
at West Rome
2304 Shorter Avenue
Rome, GA 30165
706-233-4000

Redmond Internal
Medicine
at Cedartown
188 E. Girard Avenue
Suite 104
Cedartown, GA 30125
770-749-1005

Redmond
Emergency Center
501 Redmond Road
Rome, GA 30165
706-291-0291

Polk Medical
Emergency Center
242 N. Main Street
Cedartown, GA 30125
770-748-2500

## Employer Information

Date: 9/10/04   ☐ Drug Screen ☐ Breath Alcohol   Date of Injury: 9-7-04

Employee Name: David Wilson   SSN: 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

Company: Ga State Patrol   Department: _____

Authorized by: DOAS   Title: _____   Time: _____

Telephone: _____   Fax: _____   Pager: _____

Description of Injury: _____

Employee sent to: Redmond Family Care Center at West Rome
2304 Shorter Avenue
Rome, GA 30165

## Physician Information

Diagnosis: Back pain / Spasm 2° to tazer

Time In: 11:22 AM/PM

Treatment/Medications: _____

Estimated Return to Work Date: _____

**Work Status:**
- ☐ No Restrictions   As of: _____
- ☒ See Physical Capabilities Below   From: _____ To: _____
- ☐ Bed Rest   From: _____ To: _____
- ☐ MMI Achieved   As of: _____

**Re-check Date:** 2 week
- ☐ No Follow-up Needed 9-24-04
- ☐ Workers' Comp Panel MD
- ☐ Specialist: Dr. _____
  Date: _____ Time: _____
- ☒ Physical Therapy (RRMC-P.T.)
  Date: _____ Time: _____
- ☐ X-Ray / MRI / C.T.
  Date: _____ Time: _____
  Location: _____

**PHYSICAL CAPABILITIES:**

In an 8-12 hour work day, employee can:

| | Constantly (67-100%) | Frequently (33-66%) | Occasionally (0-33%) | Not at All |
|---|---|---|---|---|
| Climbing | ☐ | ☐ | ☐ | ☒ |
| Stand/Walk | ☐ | ☐ | ☒ | ☐ |
| Sit | ☒ | ☐ | ☐ | ☐ |
| Drive | ☐ | ☐ | ☒ | ☐ |
| Bend | ☐ | ☐ | ☐ | ☒ |
| Squat | ☐ | ☐ | ☐ | ☒ |
| Twist | ☐ | ☐ | ☐ | ☒ |
| Perform Work at Shoulder Level | ☒ | ☐ | ☐ | ☐ |
| Perform Repetitive Motions | ☒ | ☐ | ☐ | ☐ |
| Perform Overhead Work | ☐ | ☐ | ☐ | ☒ |

Employee is able to lift no more than: ☒ 0-10 lbs. ☐ 10-25 lbs. ☐ 25+ lbs.

Comments: Sedentary duty @ work

Physician Signature: _____   Date: _____

WMR 00017

Time Out: 1:30 AM/PM

DMS S3016573 (R 12/03)

David Wilson

09/08/04          (Meier)

S:  Back injury.  He states he was shot by a taser as part of
    a training exercise and now with severe back pain and
    spasm and feels like he cannot straighten up.  Seen at
    the ER in Forsyth and had x-rays done and sounds like had
    a CT or MRI.  The patient does not like the pain meds
    because they make him hallucinate.  He is only taking 1/2
    a tablet.  He is also on Robaxin 750.  No previous
    history of medical problems of significance.

O:  Vital signs are stable.  Afebrile, nontoxic white male in
    no acute distress.  HEENT exam:  Unremarkable.  Neck is
    supple.  Back:  Loss of lordosis.  Excessive kyphosis.
    Bilateral spasms and tenderness.  Urine did not show any
    mild ___ .

A/P: We will obtain the records from the hospital.  Give him
     a Toradol shot.  Put him on some Vioxx.  Switch him to
     Flexeril and the hydrocodone.  May consider therapy.  Off
     work until we recheck him.

EEM/atiap



WMR 00018

# RETURN TO WORK FORM

**Redmond Occupational Health**

**Redmond FCC at Lindale**
3138 Maple Road
Lindale, GA 30147
706-290-5000

**Redmond FCC at Rockmart**
2293 Rome Highway
Rockmart, GA 30153
770-684-0350

**Redmond FCC at Shannon**
5865 New Calhoun Highway, N.E.
Shannon, GA 30172
706-295-1184

**Redmond FCC at Trion**
160 Central Avenue
Trion, GA 30753
706-734-7302

**Redmond FCC at East Rome**
715 E. 2nd Avenue
Rome, GA 30161
706-235-1102

**Redmond FCC at West Rome**
2304 Shorter Avenue
Rome, GA 30165
706-233-4000

**Redmond Internal Medicine at Cedartown**
188 E. Girard Avenue
Suite 104
Cedartown, GA 30125
770-749-1005

**Redmond Emergency Center**
501 Redmond Road
Rome, GA 30165
706-291-0291

**Polk Medical Emergency Center**
242 N. Main Street
Cedartown, GA 30125
770-748-2500

## Employer Information

Date: 9-8-04   ☐ Drug Screen  ☐ Breath Alcohol    Date of Injury: 9-7-04

Employee Name: David R Wilson    SSN:

Company: GA State Patrol    Department: Dpt. Of Public Safety

Authorized by: DOAS    Title: Snr. Trooper    Time: 10am C'town

Telephone: 770-749-2200    Fax:    Pager:

Description of Injury: Back injury as a result of taser MX26

Employee sent to: Redmond Family Care Center at West Rome
2304 Shorter Avenue
Rome, GA 30165

## Physician Information

Diagnosis: Back pain / Spasm 2° to Tazer

Time In: _____ AM PM

Treatment/Medications:

Re-check Date: 2d.
☐ No Follow-up Needed 9-10-04
☐ Workers' Comp Panel MD
☐ Specialist: Dr.
  Date: _____ Time: _____
☐ Physical Therapy (RRMC-P.T.)
  Date: _____ Time: _____
☐ X-Ray / MRI / C.T.
  Date: _____ Time: _____
  Location:

Estimated Return to Work Date: _____

**Work Status:**
☐ No Restrictions    As of: _____
☐ See Physical Capabilities Below    From: _____ To: _____
☑ Bed Rest    From: _____ To: _____
☐ MMI Achieved    As of: _____

**PHYSICAL CAPABILITIES:**
In an 8-12 hour work day, employee can:

| | Constantly (67-100%) | Frequently (33-66%) | Occasionally (0-33%) | Not all All |
|---|---|---|---|---|
| Climbing | ☐ | ☐ | ☐ | ☐ |
| Stand/Walk | ☐ | ☐ | ☐ | ☐ |
| Sit | ☐ | ☐ | ☐ | ☐ |
| Drive | ☐ | ☐ | ☐ | ☐ |
| Bend | ☐ | ☐ | ☐ | ☐ |
| Squat | ☐ | ☐ | ☐ | ☐ |
| Twist | ☐ | ☐ | ☐ | ☐ |
| Perform Work at Shoulder Level | ☐ | ☐ | ☐ | ☐ |
| Perform Repetitive Motions | ☐ | ☐ | ☐ | ☐ |
| Perform Overhead Work | ☐ | ☐ | ☐ | ☐ |

9/8/04 @ 3:25pm to Kathy - occ med.

Employee is able to lift no more than: ☐ 0-10 lbs. ☐ 10-25 lbs. ☐ 25+ lbs.

Comments: _____

Physician Signature: _____    Date: 9/8/04

WMR 00019

Time Out: 3:25 AM PM

DMS 53016373 (R 12/03)

**RE**[ ] **ND FAMILY CARE CENTER AT WEST ROM**[ ]

2304 Shorter Avenue • Rome, Georgia 30165

706/233-4000

**EDWARD E. MEIER, M.D.**
Lic. # 043426

**SHALINI G. REDDY, M.D.**
Lic. # 045935

NAME David Wilson AGE _____

ADDRESS _____ DATE 9/3/04

**R**

Flexeril 10g
1 PO q 6-8°
or prn
# 20

Refill _____ times

☐ Label

_____
SIGNATURE

*To ensure brand name dispensing, prescriber must write 'Brand Necessary'*
*or 'Brand Medically Necessary' on the prescription.*

RR-262 – CALDWELL-ROME

WMR 00020

## PATIENT EVALUATION

| NAME (Last, First, MI) | Wilson David | DOB 1-19-57 | AGE 47 | SEX m | DATE 9-8-04 | TIME 220 AM/PM |
|---|---|---|---|---|---|---|
| WEIGHT | HEIGHT | TEMP | PULSE | RESP | B/P | INITIAL EW |

**PATIENT COMPLAINT ONSET/DOI** ~~Bertrect~~ back injury hurts from shoulder blade to midway down, right side is worse than

**HISTORY** left - He was shot w/ 50,000 volt taser gun yesterday AM → then went to ER in Forsyth (Monroe Co. Hospt) Pain from shoulder blades down to lower back. No position provides relief. Does not like pain meds b/c they make him "see things"

**CURRENT MEDICATION** Methocarbam 750 mg, Oxycod/APAP - 5.33 mg Prevacid

**PAST MEDICAL HISTORY** _____

**ALLERGIES** NKDA _____

| FAMILY M.D. Tim Conner |
|---|
| LMP |
| PREGNANT? ☐ Yes ☐ No |
| TETANUS |
| SMOKING HX. |
| ETOH 4-5 beers a day |

## EXAMINATION

| EXAM | WNL | ABN | |
|---|---|---|---|
| HEENT | | | |
| HEART | | | |
| LUNGS | | | |
| ABDOMEN | | | |
| NEURO | | | |
| GENITALIA | | | |
| VS | | | |
| SKIN | | | |
| NECK | | | |

| LABORATORY PROCEDURES | | | |
|---|---|---|---|
| CBC | | GLUCOSE | |
| U/A | | CULTURE | |
| STREP | | PREG. TEST | |
| CHEM P | | OTHER | |
| XRAYS: | | ☐ CHEST PA & LAT | |
| ☐ L/S SPINE | | ☐ OTHER | |

**PHYSICIAN'S DIAGNOSIS** _____

**MEDICATIONS/SUPPLIES** _____

**TREATMENT** Toradol 100 mg IM Rt Hip C—

**INSTRUCTIONS** _____

**REFERRED TO** _____

RECHECK ☐ PRN _____ DAYS _____ WKS _____ MONTHS
NOTE FOR ☐ SCHOOL ☐ WORK _____ DAYS

**APPT. DATE/TIME** _____

WMR 00021

SIGNATURE _____

DICTATED



123040  RM-        119602      P/T-E/R
WILSON DAVID                 M   47
85 AYERS RD        ARAGON        , GA
ROGERS J

09/07/04  B/D 01/19/57

hroe County Hospital
syth, Georgia 31029
8-994-2521

he treatment you have received in the Emergency Department was an emergency treatment only, and is
ot intended to be a substitute for or an effort to provide complete medical care. It is important that you
ontact your physician for follow-up care, and that you report to him/her any new or remaining problems.
is impossible to recognize and treat all elements of injury or illness in a single Emergency Department
isit. Meanwhile, follow the instructions as listed below.

❏ The interpretation of your x-rays as given to you by the physician in the Emergency Room is only a
preliminary report. The x-ray specialist reviews these films. If there is a change in the diagnosis, you
and/or your physician will be notified. If you cannot be reached by phone, please call the E. D. after
11:00 a.m. the next working day for results.

❏ The medication you have been given may cause drowsiness. DO NOT drive or operate machinery.

❏ Please read and follow attached instructions given to you about: _____

_____

❏ Additional Instructions: _Rest_ _Do not drive._ _No strenuous_
_activity._ _See your Dr. as soon_
_as possible._ _See Dr - return - or go to_
_Emergency Room if worse or new symptoms_

by Dr. _____

❏ Call office to arrange an appointment to see your personal physician or Dr. __Taunton__
at phone # __994-0437__ in _____ days for follow-up care or sooner if needed or return to the
E. D. as needed.        _as soon as possible._

I have received and understand the above instructions. I understand that I have had emergency treatment
and that I may be released before all of my medical problems are known or treated. I will arrange follow-
up care.

_____        _9-7-4_        _____
Patient/Responsible Party              Date              Nurse

ORIGINAL:  GOES WITH PATIENT        COPY:  STAYS WITH CHART        WMR 00022



**Redmond**
Occupational Health
**The Center of Attention**

Phone: 706-290-8000
Fax: 706-236-1902

*To:* Sandra
*Fax#:* 233-4006
*From:* Kathy Bennett
*Date:* 9/8/04
*Re:* David Wilson
*Pages:* 2

He is to be in at 2:00 p.m. to see Dr. Meier.

Thank You,
Kathy

*Thank you for your cooperation and assistance, we appreciate the opportunity to work with you. Please call us if we can assist you.*

| | | |
|---|---|---|
| Teresa Fagan, RN,COHN-S/CM<br>Director of Occupational Health | Marie Mitchell, RN,COHN-S/CM<br>Health Services Manager | Myra Bruce, RN, BSN<br>Clinical Coordinator |
| Kay Dixon, RN,BS,CWCP<br>Marketing Manager | Vanita Holden<br>Administrative Assistant | Gwen Rojas<br>Injury Care Coordinator |

*Confidential Notice: The documents accompanying this telecopy transmission contain confidential information belonging to the sender that is legally privileged. If you are not the intended recipient, you are hereby notified that nay disclosure, copying, distribution, use or taking any action on reliance on the contents of this telecopy in error, please notify us by telephone immediately to arrange for the return of the original telecopy transmission.*

*1611 Martha Berry Blvd, Rome, Georgia 30165*

WMR 00023

STATE OF GEORGIA – DOAS
LISA – 404-463-3839

DAVID WILSON
DOB: 01/19/57
SS#: 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
85 Ayers Road
~~Aragon,~~ GA 30104
770-684-3305

YAQON

Date of Injury: 09/07/04

He was at Forsyth, Georgia in a training class. He was shot by a Taser Gun and felt pain all over his back and felt like he could not walk. He went to the Forsyth Hospital in an ambulance.

Lisa could not get a diagnosis from him. She would like for Dr. Meier to see him today at 2:00 p.m.

W/C Billing:
State of Georgia at DOAS
P. O. Box 38198
Atlanta, GA 30334

W/C Claim #: 05531736

WMR 00024

# Redmond
# Family Care at West Rome

2304 Shorter Avenue

Rome, GA 30165

(706) 233-4000

Patient Name: _Wilson, David_    Patient ID: _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_

Date: _9-8-04_    Time: _3 00_    Collected by: _an_

Ordering Health Care Provider: _Meier_

---

## Urinalysis:

Appearance _clear_
Color _yellow_
Glucose _⊖_
Bilirubin _small_
Ketone _trace_
Specific Gravity _1.025_
Blood _⊖_
pH _6.0_
Protein _trace_
Urobilinogen _1.0_
Nitrite _⊖_
Leukocytes _⊖_

## Urine Microscopic Exam:

WBC _____ /HPF
RBC _____ /HPF
Epithelial Cells _____
Bacteria _____
Casts _____
Crystals _____
Trichomonas _____
Yeast _____

**Urine Culture** Ordered - Sent to _____

## Wet Mount / KOH:

Source _____
WBC _____
RBC _____
Epithelial Cells _____
Bacteria _____
Casts _____
Crystals _____
Trichomonas _____
Yeast _____

---

**Glucose (Accuchek)** _____
**H-Pylori** _____
**Influenza** _____
**Mono** _____
**Occult Blood** _____
**Sed Rate (ESR)** _____
**Strep** _____
**Tzanck** _____
**Urine Pregnancy** _____
**Other** _____
_____
_____
_____

**Referred Test(s):**

_____
_____
_____
_____

**Comments:**

_____
_____
_____

---

## Results Reviewed:

Technician _an_

Physician _____

WMR 00025

DMS 53016561 R9/01



C O O S A

# DIAGNOSTIC
C E N T E R

16 Riverbend Drive Rome, Georgia 30161  Phone: 706/378-0611 Fax: 706/378-0143

Patient: WILSON, DAVID
SSN: 260945083   DOB: 1/19/1957
Physician: MICHAEL JACKSON
Exam Date: 11/9/2004 6:30:00 AM

Appointment ID:  0000048533

---

Study :        MRI THORACIC SPINE WITHOUT CONTRAST, 11/9/04
Clinical History:   MID THORACIC BACK PAIN, TRAUMA

---

TECHNIQUE: Sagittal T1 and T2 weighted images were obtained as were axial T2 weighted images.

FINDINGS: No prior similar studies are available for comparison.

Mild wedging of the T6 and T8 vertebral bodies is identified.  This is associated with some superior end plate insufficiency as well as some mild anterior vertebral body compression.  Some minimal marrow edema is seen to be associated with these injuries compatible with relatively acute trauma.  There is some minimal loss of vertebral body height anteriorly.

No evidence for significant thecal sac or neural foraminal compromise is identified.

Axial images reveal no evidence for posterior element involvement.  Some minimal surrounding soft tissue is identified at the T6 and T8 injuries which may represent some adjacent hematoma.  Follow-up imaging may provide clarification.

IMPRESSION: Mild relatively acute appearing wedge compression deformities of the T6 and T8 vertebral with some probable surrounding soft tissue hematoma.  No evidence for posterior element extension is identified.  No evidence for significant thecal sac or neural foraminal compromise is seen.

TF/tk
Electronically signed by:  THOMAS FARMER, MD  11/09/2004 01:32: PM

WMR 00026

# PATIENT PHONE CALLS

MESSAGE FOR _____

URGENT ☐ Yes ☐ No

PATIENT'S NAME _____

DOB _____ WT _____

CALLER _____

HOME # _____ WORK # _____

PHARMACY _____

PHARMACY # _____

MESSAGE

David Wilson

MRI 11/9th - 6:00 AM

Coosa Diag.

OK Paula

RESPONSE

Needs RX Dated for

MRI

Fax #

706 - 378 - 0143

DATE _____ TIME _____ BY _____

BY _____

DMS Form # 5301-474 (R 12/99)

WMR 00027



## COOSA DIAGNOSTIC CENTER

16 Riverbend Drive
Rome, Georgia 30161
706/378-0611 • Fax 706/378-0143

# RADIOLOGY OUTPATIENT ORDER FORM
### ATTENTION PATIENT:
You MUST bring this form with you to COOSA DIAGNOSTIC CENTER.
If you do not have this form, your Procedure will not be done.

Only tests or Medicare Approved Panels that are medically necessary for the diagnosis or treatment of a Medicare or Medicaid patient will be reimbursed. Certain screening tests will not be reimbursed and should not be submitted for payment. The OIG states that a physician who orders medically unnecessary tests for which Medicare or Medicaid reimbursement is claimed may be subject to civil penalties under the False Claims Act.

### Patient Information

| | |
|---|---|
| LAST NAME | Wilson |
| FIRST NAME | David |
| MI | |
| Address | |
| City | St. |
| Social Security No. | 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 |
| Birthdate | 1-1957 |
| Sex | X M □ F |
| Primary Ins. | |
| Pre-cert # | |
| GBHC # | |
| Phone# | |
| Note: | |

### Medical Necessity Information

Sign, Symptom, or Diagnosis and ICD9 info required on all tests ordered.

| Narrative Diagnosis | ICD9 Codes |
|---|---|
| 1. Mid Thoracic Back pain | |
| 2. | |
| 3. | |
| 4. | |

| Code Provided by | Code Received by | ABN Signed? □ Yes □ No |
|---|---|---|

*Appointment*

Date 11-9-    Time 6 AM

| X | CPT | MRI |
|---|---|---|
| | 70551 | MRI Brain (w/o contrast) |
| | 70553 | MRI Brain (with / w/o contrast) |
| | 70540 | MRI Face, Orbit, Neck |
| | 70336 | MRI TMJ |
| | 71550 | MRI Chest |
| | 72141 | MRI Cervical (w/o contrast) |
| | 72156 | MRI Cervical (with / w/o) |
| X | 72146 | MRI Thoracic (w/o contrast) |
| | 72157 | MRI Thoracic (with / w/o) |
| | 72148 | MRI Lumbar (w/o contrast) |
| | 72158 | MRI Lumbar (with / w/o) |
| | 72196 | MRI Pelvis |
| | 73220 | MRI Upper Extremity |
| | 73222 | MRI Shoulder Arth   Rt   Lt |
| | 73221 | MRI Shoulder   Rt   Lt |
| | 73221 | MRI Elbow   Rt   Lt |
| | 73221 | MRI Wrist   Rt   Lt |
| | 73720 | MRI Lower Extremity |
| | 73721 | MRI Ankle   Rt   Lt |
| | 73721 | MRI Knee   Rt   Lt |
| | 74181 | MRI Abdomen |
| | 70544 | MRA Head |
| | 70547 | MRA Neck |
| | 74185 | MRA Abdomen |
| | 73725 | MRA Femoral Art |
| | 75553 | MRI Cardiac |
| | 73225 | MRA Arm |
| | 76390 | MRI Spectroscopy |
| | 73718 | MRI Lower Ext. other than joint |
| | 73218 | MRI Upper Ext. other than joint |

| CPT | MAMMOGRAPHY |
|---|---|
| 76092 | Screening Bil. Mammogram |
| 76091 | Diagnostic Bil. Mammogram |
| 76090 | Diagnostic Mammogram   Rt   Lt |
| 76090 | Additional View Mammogram |
| 76091 | Implants - Bil. Mammogram |

| X | CPT | BONE DENSITY |
|---|---|---|
| | 76075 | Bone Density |

| X | CPT | CT |
|---|---|---|
| | 70450 | CT Head (w/o contrast) |
| | 70460 | CT Head (with contrast) |
| | 70470 | CT Head (with / w/o contrast) |
| | 70481 | CT Face, Orbit |
| | 70491 | CT Neck (with contrast) |
| | 71260 | CT Chest (with contrast) |
| | 72125 | CT Cervical (w/o contrast) |
| | 72126 | CT Cervical (with contrast) |
| | 72127 | CT Cervical (with / w/o) |
| | 72128 | CT Thoracic (with contrast) |
| | 72129 | CT Thoracic (with / w/o) |
| | 72130 | CT Thoracic (with / w/o) |
| | 72131 | CT Lumbar (w/o contrast) |
| | 72132 | CT Lumbar (with contrast) |
| | 72133 | CT Lumbar (with / w/o) |
| | 72193 | CT Pelvis |
| | 73200 | CT Upper Extremity |
| | 73201 | CT Upper Extremity (contrast) |
| | 73700 | CT Lower Extremity |
| | 73701 | CT Lower Extremity (contrast) |
| | 74160 | CT Abdomen |
| | 70486 | CT Sinuses |
| | 76360 | CT Biopsy |
| | 76355 | CT Stereo Sinuses |
| | | CTA |
| | | Cardiac Scoring |

| X | CPT | ULTRASOUND |
|---|---|---|
| | 76536 | U / S Thyroid |
| | 76645 | U / S Breast   Rt   Lt |
| | 76700 | U / S Abdomen |
| | 76705 | U / S GB |
| | 76770 | U / S Renal |
| | 76805 | U / S Fetal Age |
| | 76830 | U / S Transvaginal |
| | 76856 | U / S Pelvis |
| | 93970 | U / S Venous flow Bilateral |
| | 93971 | U / S Venous flow   Rt   Lt |
| | 93978 | U / S Aorta |
| | 93880 | U / S Carotids |

| X | CPT | RADIOLOGY |
|---|---|---|
| | 71020 | Chest PA / Lat |
| | 71010 | Chest PA only |
| | 76000 | Chest Fluoro |
| | 74000 | KUB |
| | 74020 | Abdomen (flat and erect) |
| | 72040 | Cervical Spine AP / Lat |
| | 72050 | Cervical Spine 5 view |
| | 72052 | Cervical Flex-Exten |
| | 72040 | Cervical Spine obls only |
| | 72072 | Thoracic Spine AP / Lat |
| | 72100 | Lumbar Spine AP / Lat |
| | 72110 | Lumbar Spine 5 view |
| | 72114 | DYN 5 |
| | 72120 | Lumbar Flex-Exten |
| | 72090 | Scoliosis Survey |
| | 74246 | UGI |
| | 74220 | Barium Swallow |
| | 74249 | UGI and Small Bowel |
| | 74250 | Small Bowel |
| | 74400 | IVP |
| | 74270 | BE |
| | 73630 | Foot   Rt   Lt |
| | 73660 | Toes   Rt   Lt |
| | 73610 | Ankle   Rt   Lt |
| | 73590 | Tibia-fibula   Rt   Lt |
| | 73562 | Knee   Rt   Lt |
| | 73550 | Femur   Rt   Lt |
| | 73510 | Hip   Rt   Lt |
| | 72170 | Pelvis |
| | 73030 | Shoulder   Rt   Lt |
| | 73000 | Clavicle   Rt   Lt |
| | 73060 | Humerus   Rt   Lt |
| | 73080 | Elbow   Rt   Lt |
| | 73090 | Forearm   Rt   Lt |
| | 73110 | Wrist   Rt   Lt |
| | 73130 | Hand   Rt   Lt |
| | 73140 | Fingers   Rt   Lt |
| | 71100 | Ribs   Rt   Lt |
| | 71111 | Ribs -- Bilateral |
| | 70250 | Skull ap & lat |
| | 70220 | Sinuses |

| X | CPT | ARTERIAL FLOW STUDY |
|---|---|---|
| | 93923 | Arterial Flow Bilateral Leg |
| | 93922 | Arterial Flow   Rt   Lt   Leg |
| | | Other: |

| X | CPT | NUCLEAR MEDICINE |
|---|---|---|
| | 78000 | Thyroid Uptake - single |
| | 78001 | Thyroid Uptake - multiple |
| | 78007 | Thyroid Imaging with Uptake |
| | 78010 | Thyroid Scan |
| | 78018 | Thyroid Mets. Whole Body |
| | 78075 | Adrenal Scan |
| | 78195 | Lymph Gland Scan |
| | 78205 | Liver Scan - spect |
| | 78215 | Liver / Spleen Scan |
| | 78216 | Liver / Spleen - vascular |
| | 78223 | Hepatobiliary Scan (Hidia) |
| | 78262 | Gastric Reflux Scan |
| | 78264 | Gastric Emptying Scan |
| | 78278 | GI Bleed Scan |
| | 78290 | Meckels Scan |
| | 78305 | Bone Scan - limited |
| | 78306 | Bone Scan - whole body |
| | 78315 | Bone Scan - 3 phase |
| | 78320 | Bone Scan - spect |
| | 78458 | Venous Flow Scan |
| | 78465 | Cardiac - Dip Thallium |
| | 78469 | Cardiac Infarct Scan |
| | 78473 | Cardiac Blood Pool |
| | 78580 | Lung Scan - perfusion |
| | 78585 | Lung Scan - vent & perfusion |
| | 78587 | Lung Scan - ventilation |
| | 78605 | Brain Scan |
| | 78606 | Brain with vascular flow |
| | 78607 | Brain - spect |
| | 78635 | CFS Study |
| | 62284 | Inj. for CFS Study |
| | 79000 | Thyroid Therapy |
| | 78709 | Renal Scan - function |
| | 78710 | Renal - spect |
| | 78802 | Tumor Local. Whole Body |

PHYSICIAN SIGNATURE: _____   WMR 00028   DATE / TIME   1-8-04

**JOHNSON LAW**
*A Professional Corporation*
P. O. Box 48

CYNTHIA NOLES JOHNSON
TODD M. JOHNSON

Cohutta, Georgia 30710
Downtown at 313 Wolfe
email: cindy@johnsonlawpc.com

Phone: (706) 694-4298
Fax:    (706) 694-3173

October 24, 2006

Redmond Family Care Center
Attn: Medical Records
2304 Shorter Avenue
Rome, GA 30165

RE:   ***David R. Wilson (DOB: 01/19/57; SSN: 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)***

Dear Sir/Madam:

Enclosed herein you will find the Authorization for Disclosure of Protected Health Information on behalf of our client, **David R. Wilson.** I ask that you send copies of any and all medical records and reports that you have in your possession with regard to treatment rendered on Mr. Wilson's behalf since and including September 7, 2004. I would also ask that you send me a statement as to the total amount of expenses incurred by Mr. Wilson with Redmond Family Care Center.

If there are any charges for these copies, please send us a bill and you will be promptly paid.

Thank you for your time and consideration. Should you have any questions, do not hesitate to contact me.

Sincerely,

JOHNSON LAW, P.C.

By: _Cynthia Noles Johnson_
       Cynthia Noles Johnson

Enclosure

*11/9/06 - all records mailed - BA*

WMR 00029

HCA Enterprise (7)
REDMOND FAMILY CARE CENTER AT WEST ROME (579)
Data Refresh: 11/8/2006 10:41:30 AM

Betty Atkins
11/8/2006 12:07:47 PM
Request ID: 350598

## Current Patient Account Details

**Patient (Account):**

WILSON, DAVID (WC)
**Responsible Person:**
GEORGIA STATE PATROL, WC
1300 JOE FRANK HARRIS PKWY
CARTERSVILLE, GA 30120

Daytime Phone: (770)387-3703
Last Payment Date:
Last Statement Date:
Patient Liability: $0.00
Last Patient Payment: $0.00

### Superbill: 878045

| From | To | Charge | Billed | GL Date | Type | Payer Name | Ref Number | Amount |
|------|-----|--------|--------|---------|------|-----------|-----------|--------|
| 11/16/04 | 11/16/04 | 99214 | $114.00 | 12/17/04 | Insurance Write Off | WC OF GA | 121704.b81549 | |
| | | | | 12/17/04 | Insurance | WC OF GA | 121704.b81549 | $37.00 |
| 11/16/04 | 11/16/04 | J8499 | $14.00 | 12/17/04 | Insurance | WC OF GA | 121704.b81549 | $77.00 |
| | | | | | | | | $14.00 |

Amount Billed: $128.00
Total Amount Due: $0.00
Amount Paid: $91.00
Amount Adjusted: $37.00
Insurance Liablity: $0.00
Patient Liablity: $0.00

### Superbill: 849901

| From | To | Charge | Billed | GL Date | Type | Payer Name | Ref Number | Amount |
|------|-----|--------|--------|---------|------|-----------|-----------|--------|
| 10/28/04 | 10/28/04 | 99214 | $114.00 | 11/18/04 | Insurance Write Off | WC OF GA | 111704.b74963 | |
| | | | | 11/18/04 | Insurance | WC OF GA | 111704.b74963 | $24.00 |
| 10/28/04 | 10/28/04 | J8499 | $59.00 | 11/18/04 | Insurance Write Off | WC OF GA | 111704.b74963 | $90.00 |
| | | | | 11/18/04 | Insurance | WC OF GA | 111704.b74963 | $38.43 |
| | | | | | | | | $20.57 |

Amount Billed: $173.00
Total Amount Due: $0.00
Amount Paid: $110.57
Amount Adjusted: $62.43
Insurance Liablity: $0.00
Patient Liablity: $0.00

### Superbill: 812577

| From | To | Charge | Billed | GL Date | Type | Payer Name | Ref Number | Amount |
|------|-----|--------|--------|---------|------|-----------|-----------|--------|
| 10/05/04 | 10/05/04 | 99213 | $73.00 | 10/29/04 | Insurance Write Off | WC OF GA | 102804.b70329 | |
| | | | | 10/29/04 | Insurance | WC OF GA | 102804.b70329 | $23.50 |
| 10/05/04 | 10/05/04 | J8499 | $14.00 | 10/29/04 | Insurance Write Off | WC OF GA | 102804.b70329 | $49.50 |
| | | | | 10/29/04 | Insurance | WC OF GA | 102804.b70329 | $1.40 |
| | | | | | | | | $12.60 |

Amount Billed: $87.00
Total Amount Due: $0.00
Amount Paid: $62.10
Amount Adjusted: $24.90
Insurance Liablity: $0.00
Patient Liablity: $0.00

### Superbill: 776909

| From | To | Charge | Billed | GL Date | Type | Payer Name | Ref Number | Amount |
|------|-----|--------|--------|---------|------|-----------|-----------|--------|
| 09/10/04 | 09/10/04 | 99213 | $73.00 | 10/21/04 | Insurance Write Off | WC OF GA | 101904.b68179 | |
| | | | | 10/21/04 | Insurance | WC OF GA | 101904.b68179 | $23.50 |
| 09/10/04 | 09/10/04 | J1885 | $70.00 | 10/21/04 | Insurance Write Off | WC OF GA | 101904.b68179 | $49.50 |
| | | | | 10/21/04 | Insurance | WC OF GA | 101904.b68179 | $47.73 |
| | | | | | | | | $22.27 |

Amount Billed: $143.00
Total Amount Due: $0.00
Amount Paid: $71.77
Amount Adjusted: $71.23
Insurance Liablity: $0.00
Patient Liablity: $0.00

WMR 00030

SM Core Report (Version: 1.2)

Information contained in this report is PRIVILEGED and/or CONFIDENTIAL and may
be read or used only by the authorized generating entity

Page 1 of 2

HCA Enterprise (7)
REDMOND FAMILY CARE CENTER AT WEST ROME (579)
Data Refresh: 11/8/2006 10:41:30 AM

Betty Atkins
11/8/2006 12:07:47 PM
Request ID: 350598

## Current Patient Account Details

**Patient (Account):**
WILSON, DAVID (WC)
**Responsible Person:**
GEORGIA STATE PATROL, WC
1300 JOE FRANK HARRIS PKWY
CARTERSVILLE, GA 30120

**Daytime Phone:** (770)387-3703
**Last Payment Date:**
**Last Statement Date:**
**Patient Liability:** $0.00
**Last Patient Payment:** $0.00

Superbill: 878045

| From | To | Charge | Billed | GL Date | Type | Payer Name | Ref Number | Amount |
|------|-----|--------|--------|---------|------|------------|------------|--------|
| 11/16/04 | 11/16/04 | 99214 | $114.00 | 12/17/04 | Insurance Write Off | WC OF GA | 121704.b81549 | $37.00 |
| | | | | 12/17/04 | Insurance | WC OF GA | 121704.b81549 | $77.00 |
| 11/16/04 | 11/16/04 | J8499 | $14.00 | 12/17/04 | Insurance | WC OF GA | 121704.b81549 | $14.00 |

| Amount Billed: $128.00 | Amount Paid: $91.00 | Insurance Liablity: $0.00 |
|---|---|---|
| Total Amount Due: $0.00 | Amount Adjusted: $37.00 | Patient Liablity: $0.00 |

Superbill: 849901

| From | To | Charge | Billed | GL Date | Type | Payer Name | Ref Number | Amount |
|------|-----|--------|--------|---------|------|------------|------------|--------|
| 10/28/04 | 10/28/04 | 99214 | $114.00 | 11/18/04 | Insurance Write Off | WC OF GA | 111704.b74963 | $24.00 |
| | | | | 11/18/04 | Insurance | WC OF GA | 111704.b74963 | $90.00 |
| 10/28/04 | 10/28/04 | J8499 | $59.00 | 11/18/04 | Insurance Write Off | WC OF GA | 111704.b74963 | $38.43 |
| | | | | 11/18/04 | Insurance | WC OF GA | 111704.b74963 | $20.57 |

| Amount Billed: $173.00 | Amount Paid: $110.57 | Insurance Liablity: $0.00 |
|---|---|---|
| Total Amount Due: $0.00 | Amount Adjusted: $62.43 | Patient Liablity: $0.00 |

Superbill: 812577

| From | To | Charge | Billed | GL Date | Type | Payer Name | Ref Number | Amount |
|------|-----|--------|--------|---------|------|------------|------------|--------|
| 10/05/04 | 10/05/04 | 99213 | $73.00 | 10/29/04 | Insurance Write Off | WC OF GA | 102804.b70329 | $23.50 |
| | | | | 10/29/04 | Insurance | WC OF GA | 102804.b70329 | $49.50 |
| 10/05/04 | 10/05/04 | J8499 | $14.00 | 10/29/04 | Insurance Write Off | WC OF GA | 102804.b70329 | $1.40 |
| | | | | 10/29/04 | Insurance | WC OF GA | 102804.b70329 | $12.60 |

| Amount Billed: $87.00 | Amount Paid: $62.10 | Insurance Liablity: $0.00 |
|---|---|---|
| Total Amount Due: $0.00 | Amount Adjusted: $24.90 | Patient Liablity: $0.00 |

Superbill: 776909

| From | To | Charge | Billed | GL Date | Type | Payer Name | Ref Number | Amount |
|------|-----|--------|--------|---------|------|------------|------------|--------|
| 09/10/04 | 09/10/04 | 99213 | $73.00 | 10/21/04 | Insurance Write Off | WC OF GA | 101904.b68179 | $23.50 |
| | | | | 10/21/04 | Insurance | WC OF GA | 101904.b68179 | $49.50 |
| 09/10/04 | 09/10/04 | J1885 | $70.00 | 10/21/04 | Insurance Write Off | WC OF GA | 101904.b68179 | $47.73 |
| | | | | 10/21/04 | Insurance | WC OF GA | 101904.b68179 | $22.27 |

| Amount Billed: $143.00 | Amount Paid: $71.77 | Insurance Liablity: $0.00 |
|---|---|---|
| Total Amount Due: $0.00 | Amount Adjusted: $71.23 | Patient Liablity: $0.00 |

OSM Core Report (Version: 1.2)

Information contained in this report is PRIVILEGED and/or CONFIDENTIAL and may
be read or used only by the authorized generating entity.

Page 1 of 2

WMR 00031

HCA Enterprise (7)
REDMOND FAMILY CARE CENTER AT WEST ROME (579)
Data Refresh: 11/8/2006 10:41:30 AM

Betty Atkins
11/8/2006 12:07:47 PM
Request ID: 350598

Superbill: 773845

| From | To | Charge | Billed | GL Date | Type | Payer Name | Ref Number | Amount |
|------|-----|--------|--------|---------|------|------------|-----------|--------|
| 09/08/04 | 09/08/04 | 99204 | $188.00 | 10/04/04 | Insurance Write Off | WC OF GA | 93004.b62732 | $98.00 |
| | | | | 10/04/04 | Insurance | | 93004.b62732 | $90.00 |
| 09/08/04 | 09/08/04 | 81002 | $20.00 | 10/04/04 | Insurance | WC OF GA | 93004.b62732 | $20.00 |
| 09/08/04 | 09/08/04 | J1885 | $70.00 | 10/04/04 | Insurance Write Off | WC OF GA | 93004.b62732 | $46.40 |
| | | | | 10/04/04 | Insurance | | 93004.b62732 | $23.60 |
| 09/08/04 | 09/08/04 | J8499 | $28.00 | 10/04/04 | Insurance Write Off | WC OF GA | 93004.b62732 | $18.00 |
| | | | | 10/04/04 | Insurance | WC OF GA | 93004.b62732 | $10.00 |

| | | |
|---|---|---|
| **Amount Billed:** $306.00 | **Amount Paid:** $143.60 | **Insurance Liablity:** $0.00 |
| **Total Amount Due:** $0.00 | **Amount Adjusted:** $162.40 | **Patient Liablity:** $0.00 |

WMR 00032

FORM 2

**NEW YORK LIFE INSURANCE COMPANY** 51 Madison Avenue, New York, N.Y. 10010
**NEW YORK LIFE INSURANCE AND ANNUITY CORP.** (A Delaware Corporation)
**NYLIFE INSURANCE COMPANY OF ARIZONA** (Not Licensed in Every State)

## MEDICAL PROVIDER'S STATEMENT
*(The patient is responsible for the completion of this form without expense to the Company)*

**Notice to Provider:** Thank you in advance for your cooperation in completing this form on behalf of your patient identified below. We will consider this information in conjunction with other information gathered to determine the claimant's eligibility for benefits according to the terms of his or her specific contract(s) with us. We will periodically request that you provide updated information, records and chart notes to enable our evaluation of a continuing claim. In order for us to expedite our consideration of your patient's claim, please fully answer each question and sign and date the form where indicated.

1. PATIENT'S NAME: David Richard Wilson   DATE OF BIRTH: 01 / 19 / 1957
   *(First)*        *(Middle)*        *(Last)*         *(Month)* *(Day)* *(Year)*

2. CURRENT MEDICAL CONDITION(s):
   PRIMARY DIAGNOSIS: T4 + T8 Compression Fractures - Secondary to Tazer.   ICD-9-CM CODE: 805.2
   SECONDARY DIAGNOSIS: Reflux from Medications   ICD-9-CM CODE: 530.81

3. DATE THAT SYMPTOMS FIRST APPEARED OR ACCIDENT HAPPENED: 09 / 08 / 2004
   *(Month)* *(Day)* *(Year)*

4. DATE THAT PATIENT FIRST CONSULTED YOU FOR THIS CONDITION: 09 / 08 / 2004
   *(Month)* *(Day)* *(Year)*

5. WAS PATIENT REFERRED TO YOU BY ANOTHER PRACTITIONER?   YES ☐   NO ☒
   *(If "YES", please provide the name and address of that practitioner):* _____

6. HAS THE PATIENT EVER HAD THE SAME OR SIMILAR INJURY OR SICKNESS?   YES ☐   NO ☒
   *(If "YES", please provide details and dates of treatment):* _____

7. HAVE YOU PREVIOUSLY TREATED THIS PATIENT?   YES ☐   NO ☒   *(If "YES", provide diagnosis(es) and dates of prior treatment):* _____

8. OBJECTIVE FINDINGS *(Include x-ray, lab results and clinical findings. If pregnancy, also give LMP and EDC):* T6 AND T8
   Wedge Compression Fracture of Vertebral spine.

9. HAS PATIENT BEEN HOSPITALIZED?   YES ☐   NO ☒   *(If "YES", provide reason, hospital name and dates of confinement):* _____

10. HAVE YOU COMPLETED CLAIM FORMS FOR OTHER INSURANCE CARRIERS?   YES ☐   NO ☒
    *(If "YES", provide name of other insurance carrier(s)):* _____

11. NATURE OF TREATMENT CURRENTLY BEING PROVIDED OR PLANNED *(Include surgery and medications prescribed if applicable):* Unknown - Have not seen patient since 11/16/04.

22024 10/98    4/19/06 - mailed To: New York Life Ins. Co., Cleveland Service Center, Box 6916, Cleveland, Oh. 44101 - BA

CONTINUED ON NEXT PAGE

WMR 00033

## MEDICAL PROVIDER'S STATEMENT
### (CONTINUED FROM PREVIOUS PAGE)

12. HAVE YOU REFERRED THE PATIENT TO ANOTHER PHYSICIAN OR PRACTITIONER? YES ☒ NO ☐
*(If "YES", please provide the name and address of all applicable physicians or practitioners):*

*Dr. Scott Bowerman, Rome, Ga. - orthopedist*

13. IN YOUR OPINION, IS THE PATIENT ABLE TO WORK AT THIS TIME? YES ☐ NO ☒
IF "NO", WHEN DO YOU EXPECT THAT THE
PATIENT WILL BE ABLE TO PERFORM SOME WORK?

*Never* / ____ / ____
(Month)   (Day)   (Year)

14. IS THERE ANY TYPE OF JOB MODIFICATION OR ACCOMMODATION THAT WOULD ENABLE THE
PATIENT TO WORK AT THIS TIME? YES ☐ NO ☒ *(If "YES", please describe):* _____

15. BASED ON OBJECTIVE FINDINGS AND YOUR MEDICAL OPINION:
   a.) THE PATIENT WAS UNABLE TO WORK FROM: ___ / ___ / ___ TO: ___ / ___ / ___
      (Month) (Day) (Year)    (Month) (Day) (Year)

   b.) THE PATIENT WAS ABLE TO PERFORM SOME WORK FROM: ___ / ___ / ___ TO: ___ / ___ / ___
      (Month) (Day) (Year)    (Month) (Day) (Year)

16. LIST ALL CURRENT RESTRICTIONS AND LIMITATIONS YOU HAVE PLACED ON THE PATIENT'S WORK
AND PERSONAL ACTIVITIES DUE TO THEIR MEDICAL CONDITION *(If none, indicate "NONE"):*

*numbers 15 + 16 - deferred to Dr. Bowerman.*

17. IS THE PATIENT COMPETENT TO ENDORSE CHECKS
AND DIRECT THE USE OF THE PROCEEDS THEREOF? YES ☒ NO ☐

18. HAS THE PATIENT BEEN RELEASED FROM YOUR CARE? YES ☒ NO ☐

IF "YES", DATE THEY WERE
RELEASED FROM YOUR CARE: _11_ / _16_ / _04_
    (Month) (Day) (Year)

IF "NO", DATE OF NEXT SCHEDULED
TREATMENT OR EVALUATION: ___ / ___ / ___
    (Month) (Day) (Year)

ANY PERSON WHO KNOWINGLY AND WITH THE INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

### MEDICAL PROVIDER'S DECLARATION AND SIGNATURE

I declare that the answers on this statement are complete and true to the best of my knowledge and belief. I understand that periodic updates (including providing copies of medical records when requested) will be required in the event of a continuing claim.

*Edward E. Meier, M.D.*
PHYSICIAN OR PROVIDER'S NAME (PLEASE PRINT)
*2304 Shorter Avenue*
*Rome, Ga. 30165*
STREET ADDRESS

*62-1662134*
TAX ID/SOCIAL SECURITY #

SIGNATURE OF PROVIDER

*706-233-4000*
TELEPHONE NUMBER

*4/18/2006*
DATE SIGNED

22024 10/98

WMR 00034



CASE#: L544108-01
TEAM:     90
DESK:     9
DATE:    1/23/2006

## RECORDS REQUEST

### RETURN FAX#: (866)839-5027

| | |
|---|---|
| **NAME:** | DAVID R WILSON |
| SSN: | 260 94-5083 |
| DOB: | 1/19/1957 |
| STATE: | GA |

**INSURANCE BENEFITS PENDING**

COMPANY: STANDARD INSURANCE TEAM 17(LTD)
ACCT#:   006851
POLICY#: 00375568

281643-13905

| | |
|---|---|
| FACILITY: | EDWARD METER MD |
| ADDRESS: | 2304 SHORTER AVE |
| CITY/ST: | ROME, GA   30165 |
| PH#: | (706)233-4000 |

REQUESTER: SSTAUFFER
U/W TEAM:

**SPECIAL INSTRUCTIONS:**   PLEASE RETURN THIS FORM WITH RECORDS
AGENT: JENNY VEDDER (503) 321-6614 , AGENCY: STANDARD INSURANCE CO, PLEASE SEND ALL MEDICAL RECORDS, CHART NOTES, OBJECTIVE FINDINGS, AND LAB RESULTS FROM SEPTEMBER 1, 2004 TO THE PRESENT. REQUE....(DRS MEIER AND JACKSON)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

First date seen: _9-8-04_   last date seen: _11-16-04_

Please send *ONLY* records requested in the Special Instructions.
Please call before sending records due to company fee limit.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RETURN TO: P.O. BOX 2505
         TEAM: 90

WACO TX 76702-2505
PHONE:  (800)530-8705

These documents may contain confidential health information that is privileged and legally protected from disclosure by federal law including the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this correspondence is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy these documents.

_1/30/06 - all records mailed - BA_



## lead and innovate

The document(s) accompanying this telecopy transmission contains information from EMSI which is confidential and/or legally privileged. The information is intended only for the use of the person named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited and that the document(s) should be returned to this company immediately. In this regard, if you have received this telecopy in error, please notify us by telephone immediately.

| To: | MEDICAL RECORDS | From: | DATACLAIMS TEAM 90 |
| --- | --- | --- | --- |
| Company: | EDWARD  MEIER MD | Company: | EMSI |
| Fax: | 1-7062334006 | Fax: | 866-839-5027 |
| | | Phone: | 800-530-8705 |

Total Pages: 4 (Including this Cover Page)

Message:

Document generated for Transmission on  1/23/2006 at  8:23:28 AM.

  Case#: L544108
Applicant Name: DAVID R WILSON

IF A FEE IS REQUIRED AND HAS NOT ALREADY BEEN PAID, PLEASE CALL
BEFORE SENDING RECORDS DUE TO COMPANY'S FEE LIMIT

  Sender: EMSI
Address: P.O. BOX 2505
    WACO TX 76702-2505

Remarks: PLEASE FAX RECORDS TODAY.URGENT CLAIM IS
    PENDING.THANKS!!!

WMR 00036

The document in this facsimile transmission may contain confidential health information that is privileged and legally protected from disclosure by federal law including the Health Insurance Portability and Accountability Act (HIPAA). This information is intended for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this facsimile is strictly prohibited. If you have received this information in error, please notify the sender immediately and destroy this facsimile.



**EMPLOYEES'**
**RETIREMENT SYSTEM**
OF GEORGIA

## SECTION 4 – EMPLOYEE DISABILITY INFORMATION INSTRUCTIONS

To be completed by Physician

This patient has applied for disability retirement. Your information is vital in determining the disability status for the job currently held. A job description is attached.

You have been named as a treating physician by this patient. We need a current evaluation. Please state specifically whether or not you determined that this patient is disabled for the current job held. The patient's signed authorization for release of any and all medical records will be found on page one of this form. Confidentiality will be maintained.

Document diseases, diagnoses, current condition, and prognosis and include copies of tests, office notes, blood tests and imaging reports for the past 18 months. Be sure to include any records that document and support the medical diagnosis, such as history, hospital admissions, operative notes, discharge summaries and referral reports.

Please bill the patient for any charges relating to this request.

If you need more space to answer these questions, please attach additional pages.

## Section 5 – PHYSICIAN / HOSPITAL / CLINIC CERTIFICATION

Please return this completed authorization and any attachments within 10 business days to the ERSGA office at the following address:

*mailed*
*TO →*
*8/30/05*
*BA*

Employees' Retirement System of Georgia
Two Northside 75, Suite 300
Atlanta, GA 30318-7778

6

WMR 00037