# EXHIBIT "E-2"
## Continuation of Medical Records
## Attached to Meier Affidavit



**EMPLOYEES'**
**RETIREMENT SYSTEM**
OF GEORGIA

SSN #: 260 / 94 / 5085

# EMPLOYEE'S REQUEST FOR DISABILITY INFORMATION FROM PHYSICIAN/PHYSICIAN'S REPORT
## (ERS, PSERS & GJRS ONLY)
### (Return to ERSGA within 10 Business Days)

Please read all instructions on the opposite facing page carefully before filling out this form.

### SECTION 1 – EMPLOYEE GENERAL INFORMATION – To be completed by employee

Name: MR WILSON DAVID R   DoB 01 19 1957
*(Suffix, Last, First, and Middle Initial)*

Position Title: SENIOR TROOPER

NOTE: Attach a copy of your complete employer job description which details job responsibilities, including critical job duties.

### SECTION 2 – PHYSICIAN INFORMATION – To be completed by employee

Physician's Name *(Last, First and Middle Initial, if applicable)* and Specialty:

MEIER, EDWARD E. AND JACKSON, MICHAEL S

Mailing Address: 2304 SHORTER AVE   ROME   GA   30161
Number, Street, and Apartment #   City   State   Zip Code   Country (if not USA)

Daytime Phone: (706) 233-4000   Fax Number: (706) 233-4006

E-mail Address *(if applicable)*: _____

### SECTION 3 – EMPLOYEE AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

*"This is my written authorization to release to the Employees' Retirement System of Georgia (ERSGA) any and all medical records and information for the purpose of processing my disability retirement application. This includes any psychiatric/psychological records."*

Signature: _David R Wilson_   Date: 08/12/2005
*(MM/DD/YYYY)*

3

WMR 00038



EMPLOYEES'
RETIREMENT SYSTEM
OF GEORGIA

SSN #: 260 / 94 / 5083

**IMPORTANT:** Please read all instructions on page 4 carefully before answering the questions below.

What is/are the diagnosis/diagnoses for the cause of the disability?

*acute compression fracture thoracic spine T20 to T8 zw*

When was the onset of the disability?

*09-07-2004*

What are the specific physical findings and test results confirming this diagnosis? Please attach copies of these test results. If cancer is involved, attach copies of the confirming pathology reports. If AIDS is involved, attach copies of HIV and CD4 test reports. If you do not have copies of these reports, please tell us where they can be obtained.

*See attached MRI report.*

What are the specific conditions disabling this patient?

*Severe back pain; compression fracture*

What treatment have you recommended? Has the patient followed through with the recommended treatment? Please give dates *(MM/DD/YYYY)* and the results of treatment.

*treated conservatively — Pt. seen here from 9-8-04 through 11-16-04 — and care transferred to specialist.*

Are any treatments, tests, or surgery pending or anticipated? Please list.

*deferred to specialist*

Have you referred this patient to any other physician(s)? If so, please give the name, specialty, address and date of referral.

*Yes — Dr. Scott Bowerman*
*Orthopedics)*
*1013 North 5th Avenue, St. 7*
*Rome, Ga. 30165*

WMR 00039

EMPLOYEES'
RETIREMENT SYSTEM
OF GEORGIA

Please give any other information that you think will assist in the determination of this person's case. If more space is needed, please attach additional pages.

For the currently held position and according to the attached employer job description, I find that this patient is (*please check one*):

\_\_\_ Able to perform the job as described.

\_\_\_ Unable to perform the job as described *at this time,* but may be able to recover sufficiently to return to work by _____.
  *(MM/DD/YYYY)*

✓ Unable to perform the job as described and I am recommending disability retirement. Please enter the specific job duties that the patient cannot perform: after reviewing Dr Bowerman's note, and assessment, also psych assessment, I feel pt. cannot perform his job and recommend disability retirement.

*"I certify that the above information is true."*

Physician/Hospital/Clinic's Authorized Signature: _____

Title: \_\_\_\_MD_____  Date: \_\_8/23/05_____
  *(MM/DD/YYYY)*

Phone Number: ( 706 ) 233-4000  Fax Number: (706) 233-4006

WMR 00040

# RICHARD D. HARK, Ph.D., P.C.

P. O. BOX 5986
ROME, GEORGIA 30162-5986

LICENSED PSYCHOLOGIST

706/291-0631

April 29, 2005

Mr. Miles Gammage
Attorney At Law
P. O. Box 930
Cedartown, GA  30125

                         RE:   David R. Wilson
                         SSN:   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
                DATE SEEN:   4/29/05

Dear Mr. Gammage:

I appreciate your referring Mr. Wilson for a psychological IME and
providing copies of copious medical records including the clinical
notes of Dr. Bowerman.   Mr. Wilson is a 48-year-old male who
completed the 12th grade and has worked as a Georgia State
patrolman from 1990 until his taser-related accident on September
7, 2004.   Since that time, he has been employed on a light duty job
as a dispatcher.

**Current Status.**   As you know, Mr. Wilson was subjected to a taser
gun exposure as required by the GSP and, as a result, he suffered
a compression fracture at T-6 and T-8.   Currently, he takes no Rx
medications to treat pain and does not wear a brace or use a TNS
unit or assistive devices.   However, he reports experiencing
localized and often lancinating pain or burning and soreness in the
thoracic portion of his spine.   The pain is periodic and often
caused by performing nonstressful activities such as placing a
pitcher of iced tea in the refrigerator or reaching in front of him
while cooking, etc.   Mr. Wilson describes this pain as often almost
heart stopping in intensity.

Because of his chronic and periodic pain, Mr. Wilson feels that he
would not be able to participate in a required defensive tactics
course, yearly qualify at the firing range (e.g., firing a shot
gun) or engage in a high speed driving chase.   He feels unable to
physically control an unruly perpetrator and is discouraged by his
limitations.

Mr. Wilson has never been treated or evaluated by a mental health
professional and readily admits experiencing anxiety or "worry"
about losing his job or even being near a taser gun.   He explained
that his fellow officers will jokingly aim the laser beam from the

WMR 00041

taser gun at him while he is sitting at his desk dispatching. The sight of the red dot causes immediate panic or anxiety. Prior to the taser accident, Mr. Wilson acknowledges being afraid of electricity and was very worried about participating in the test.

Further, he is perplexed as to how mental health treatment or "talking" could help his problems. In addition, he denies experiencing auditory or visual hallucinations, delusional thinking or suicidal/homicidal ideation.

**Social History/Daily Activities**. Mr. Wilson denies having ever been arrested and convicted of a misdemeanor or felony, estimates drinking 12 beers/week and has used no illegal drugs since his teenage years. Further, he has been married to his first wife for 26+ years, and his 20-year-old son lives with them. He denies experiencing any marital conflicts but has problems with sexual impotency and will discuss these issues with his treating physician at his yearly physical exam in June.

Mr. Wilson completes all laundry chores, cooks the evening meal and cleans the kitchen. He does not engage in any yard, house or auto maintenance tasks and spends most of his nonworking time visiting friends, completing errands for his family and occasionally traveling. He is not an avid reader and does not watch much TV.

**Clinical/Behavioral Observations/Mental Status**. Mr. Wilson is 5'10" tall, weighs 175 lbs. and appeared casually/cleanly dressed. He had a day's growth of beard, wore a ball cap which he did not remove and was also wearing a pair of Rx glasses. He was always cooperative, polite and somewhat reserved. He is a soft-spoken individual who became quietly tearful when discussing the taser accident and his worries about his job security. His affect was subdued, and his mood was noticeably depressed and anxious. Further, he has little psychological insight or mindfulness but good judgment.

His speech was articulate and occasionally terse, and his thoughts were logical but somewhat concrete and included many irrelevant details. He appeared obsessed by his pain and physical malfunctioning; however, he did not display histrionic pain behavior but did on occasion shift from one hip to the other while seated and stood once during the clinical interview. He did not moan, groan, vigorously rub his back or stand and sit like a jack-in-the-box.

**Psychological Test Results**.  Mr. Wilson was administered the Minnesota Multiphasic Personality Inventory-2 (MMPI-2), and his test results are summarized below:

(a)  Mr. Wilson was honest and forthright in answering the test questions and did not attempt to overstate or exaggerate his emotional problems.  All of the Validity Scales were within normal limits.  Hence, the results of the clinical testing is a valid assessment of his current psychological status and problems.

(b)  Mr. Wilson has many of the symptoms of subjective depression and therefore feels nervous and tense most of the time, lacks self-confidence and feels generally unhappy and blue.  He feels mentally dull and at times overwhelmed by the problems of everyday life.

(c)  Mr. Wilson is also a chronically anxious and apprehensive individual who feels insecure, uncomfortable in making decisions and is somewhat obsessive-compulsive.

In addition, Mr. Wilson is a somewhat phobic, ruminative and overideational person who has developed passive-aggressive personality traits and is often privately angry and frustrated.  However, he is also a dependent individual and will not likely have frank and open discussions about his psychological problems and unmet needs.  Instead, Mr. Wilson will use alcohol to decrease his intense anxiety and discomfort.

(d)  Mr. Wilson is not likely to benefit from traditional psychotherapeutic intervention. He will not be able to tolerate the increased anxiety that this process causes and may terminate treatment prematurely.  He is not psychologically mindful and will not appreciate the severity of his problems or how they can be helped by "talking" about them. He also believes that he has concerns that cannot be shared with anyone.  Nonetheless, Mr. Wilson currently feels intense emotional distress.

**Diagnoses.** **(DSM-IV)**

Axis I:    300.02    Generalized Anxiety Disorder

           304.4     Dysthymic Disorder, Late Onset

Axis II:   301.9     Personality Disorder NOS (with dependent
                     and passive-aggressive features)

**Recommendations.**

     1.   Mr. Wilson is not faking or malingering his emotional
problems.  He has always been a chronically anxious individual who
has struggled to overcome his strong sense of dependency and fear
of failure; however, he was able to adequately perform all of the
job duties as a state patrolman until his injury.

He admits having anticipatory anxiety prior to the exposure to the
taser gun and being an unwilling participant.   Hence, he was
physically tense and frightened at the time of the exposure which
certainly increased the probability of an emotional and/or physical
injury.

Currently, his intense anxiety and emotional distress will preclude
his reliably performing all of the duties of a highway patrolman.
He will be hyper alert, intensely frightened and fearful in any
emergency situation and will unavoidably endanger himself or those
citizens with whom he comes in contact during the execution of a
crime or serious legal violation.  Mr. Wilson will be uncertain in
situations that demand a quick, confident and decisive response,
and he will likely use bad judgment because of fear.  He lacks the
confidence to do his job.

     2.   Mr. Wilson may be abusing alcohol as a way of self-
medicating,    and    he    needs    help    in    understanding    the
inappropriateness of his drinking behavior.  Instead, he should be
taking psychotropic medication to better control his symptoms.  He
would benefit most from a direct, goal-oriented treatment approach
as   opposed   to   traditional   psychotherapeutic   intervention.    He
should consult with a psychiatrist who can manage his medication
and offer concrete and practical strategies which Mr. Wilson can
use to feel more confident and less anxious.  For example, he would
benefit  from  consulting  with  Dr.  Frank  Pratt,  a  Cartersville
psychiatrist.   Dr. Pratt often consults with individuals who are
employed  in  law  enforcement  and  is  aware  of  the  demands  and
stresses of that type of work.

WMR 00044

RE: David R. Wilson
Page 5


3. Further, the clinical test results indicate that Mr. Wilson is not the kind of person who will convert emotional difficulties into physical or somatic problems. There is no evidence from the test results that he is a conversion hysteric or likely to confabulate his physical complaints. While he is worried about his pain and discomfort, Mr. Wilson is not preoccupied with it.

Again, I appreciate your asking me to evaluate Mr. Wilson and hope that this information will be of help to you in your work with him.

Very sincerely,

Richard D. Hark, Ph.D.
Licensed Psychologist

RDH:kb

Transcribed & mailed: April 29, 2005

WMR 00045

# MMPI-2 Minnesota Multiphasic Personality Inventory-2™

Date Tested 4/29/05

Address _____ Occupation _____ Age _____ Marital Status _____

Education _____ Referred by _____

MMPI-2 Code _____

Scorer's Initials _____

NCS Assessments™

Product Number 24001

## Profile for Validity and Clinical Scales

Excerpted from the *MMPI-2™ (Minnesota Multiphasic Personality Inventory-2™) Manual for Administration, Scoring, and Interpretation, Revised Edition.* Copyright © 2001 The Regents of the University of Minnesota. All rights reserved.
Distributed exclusively under license from the University of Minnesota by NCS PEARSON, INC., P.O. Box 1416,
Minneapolis, MN 55440  800-627-7271  http://assessments.ncspearson.com
Printed in the United States of America.
"MMPI-2 and "Minnesota Multiphasic Personality Inventory-2" are trademarks of the University of Minnesota. The NCS
Assessments logo is a trademark of NCS Pearson, Inc.

**MALE**



Profile chart for Validity and Clinical Scales.

| | VRIN | TRIN | F | F_B | F_P | L | K | S | Hs+.5K | D | Hy | Pd+.4K | Mf | Pa | Pt+1K | Sc+1K | Ma+.2K | Si |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw Score | 6 | 2 | 6 | 2 | 0 | 2 | 14 | 16 | 10 | 28 | 24 | 24 | 27 | 10 | 22 | 18 | 16 | 23 |
| K to be Added | | | | | | | | | 7 | | | 6 | | | 14 | 14 | 3 | |
| Raw Score with K | | | | | | | | | 17 | | | 30 | | | 36 | 32 | 19 | |

WMR 0004

# MMPI-2™ Minnesota Multiphasic Personality Inventory-2™

## Harris-Lingoes and Si Subscales Score Record

Excerpted from the MMPI-2™ (Minnesota Multiphasic Personality Inventory-2™) Manual for Administration, Scoring, and Interpretation, Revised Edition. Copyright © 2001 The Regents of the University of Minnesota. All rights reserved. Distributed exclusively under license from the University of Minnesota by NCS PEARSON, INC., P.O. Box 1416, Minneapolis, MN 55440  800-627-7271  http://assessments.ncspearson.com
Printed in the United States of America.
"MMPI-2" and "Minnesota Multiphasic Personality Inventory-2" are trademarks of the University of Minnesota. The NCS Assessments logo is a trademark of NCS Pearson, Inc.

Name  David Wilson

**MALE**



WMR 00047

Raw Score row: 13  6  5  7  2 _ _ _ _ _ _ _ _ _ _ _ _ 3  3  6  6 _ _ _ _ _ _ _ _ _ _ _ _

NCS Assessments™

# MMPI-2™ Minnesota Multiphasic Personality Inventory-2™

## Profile for Supplementary Scales

Excerpted from the MMPI-2™ (Minnesota Multiphasic Personality Inventory-2™) Manual for Administration, Scoring, and Interpretation, Revised Edition. Copyright © 2001 The Regents of the University of Minnesota. All rights reserved.
Distributed exclusively under license from the University of Minnesota by NCS PEARSON, INC., P. O. Box 1416,
Minneapolis, MN 55440  800-627-7271  www.pearsonassessments.com.
Printed in the United States of America.
"MMPI-2" and "Minnesota Multiphasic Personality Inventory-2" are trademarks of the University of Minnesota.

Name _David Wilson_

Address _____

Occupation _____ Age _____

Education _____ Marital Status _____

Referred by _____

MMPI-2 Code _____

Date Tested _4/29/6_

Scorer's Initials _____

PEARSON
Assessments
Product Number

MALE

| | AGGR | PSYC | DISC | NEGE | INTR | A | R | Es | Do | Re | Mt | PK | MDS | Ho | O-H | MAC-R | AAS | APS | GM | GF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw Score | 8 | 6 | 10 | 14 | 15 | 19 | 21 | 33 | 13 | 19 | 21 | 11 | 4 | 25 | 9 | 19 | 5 | 26 | 29 | 25 |

WMR 00048

B C D E 2001

# MMPI-2

### Minnesota Multiphasic
### Personality Inventory-2™

## Profile for Content Scales

Excerpted from the *MMPI-2™ (Minnesota Multiphasic Personality Inventory-2™) Manual for Administration, Scoring, and Interpretation, Revised Edition.* Copyright © 2001 The Regents of the University of Minnesota. All rights reserved.
Distributed exclusively under license from the University of Minnesota by NCS PEARSON, INC., P. O. Box 1416,
Minneapolis, MN 55440. 800-627-7271 www.pearsonassessments.com
Printed in the United States of America.
"MMPI-2 and "Minnesota Multiphasic Personality Inventory-2" are trademarks of the University of Minnesota.

MALE

851-3411
Lower

Address _____
Occupation _____ Date Tested _____
Education _____ Age _____ Marital Status _____
Referred by _____
MMPI-2 Code _____
Scorer's Initials _____

| | ANX | FRS | OBS | DEP | HEA | BIZ | ANG | CYN | ASP | TPA | LSE | SOD | FAM | WRK | TRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw Score | 15 | 5 | 9 | 11 | 9 | 4 | 8 | 16 | 12 | 11 | 12 | 2 | 6 | 18 | 11 |

PEARSON
Assessments
Product Number
24002

A B C D 2001

## IN THE STATE BOARD OF WORKERS COMPENSATION

### STATE OF GEORGIA

DAVID WILSON,

     Employee/Claimant,

v.

GEORGIA STATE PATROL and
DEPARTMENT OF ADMINISTRATIVE
SERVICES,

     Employer/Insurer.

CLAIM NO. 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

S&S: 244.0101339

**ENCLOSE RECORDS FOR
ALL TREATMENT DATES**

## WORKERS' COMPENSATION
### REQUEST FOR PRODUCTION OF DOCUMENTS

**TO:**    Medical Records Custodian
       Dr. Michael Jackson
       Redmond Family Care
       2304 Shorter Ave.
       Rome, GA 30165

1.

I herewith serve upon you the following Request for Production of Documents pursuant to the provisions of Sec. 34 of the Georgia Civil Practice Act (O.C.G.A. §9-11-34), and of the Georgia Workers Compensation Act (O.C.G.A. §34-9-207).

2.

You are hereby requested and required by law to produce the documents hereinafter set forth to **WALLACE SPEED**, Speed & Seta, LLC, 114 Stone Mountain Street, Lawrenceville, GA 30045, within thirty (30) days as prescribed by law, or you may comply with this request by mailing certified copies of the documents hereinafter set forth to **WALLACE SPEED** at the above address.

SPEED&SETA, LLC
ATTORNEYS AT LAW
4 STONE MOUNTAIN ST.
LAWRENCEVILLE, GA 30045
(770) 822-2911
FAX (770) 822-2912

5/23/05 - all records mailed BA

WMR 00050

3.

This request for medical records involves the workers compensation claim shown above and is therefore NOT-PRIVILEGED. (See O.C.G.A. §34-9-207).

4.

You are requested and required to produce certified copies of any and all medical records including, but not limited to, clinical reports, history, medical reports, evaluations, physicians notes, and all other information pertaining to **David Wilson (Social Security No. 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).**

*Please mail the requested items to: WALLACE SPEED, ESQ., Speed & Seta, LLC, 114 Stone Mountain Street, Lawrenceville, GA 30045.*

**WALLACE SPEED**
Georgia Bar No. 670600
Attorney for Employer/Insurer

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this day served the foregoing Request for Production of Documents upon the following parties by depositing a true and correct copy thereof in the United States Mail with adequate postage thereon to ensure delivery, and addressed as follows:

**Miles Gammage, Esq.
P.O. Box 930
Cedartown, Georgia 30125**

This 16th day of May, 2005.

**WALLACE SPEED**

SPEED&SETA, LLC
ATTORNEYS AT LAW
114 STONE MOUNTAIN ST.
LAWRENCEVILLE, GA 30045
(770) 822-2911
FAX (770) 822-2912

WMR 00051

Cell 770-38- **HCA PHYSICIAN SERVIC** 3 770-684-3305
3351   Redmond Family Care Center   Call when ready

# AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

<table>
<tr><td colspan="2"><b>Section A:</b> Will the PHI be created for research and include treatment of the patient?<br>If yes, complete the Authorization for Research Form. If no, skip to Section B.</td></tr>
<tr><td colspan="2"><b>Section B:</b> This section must be completed for all Authorizations for Release of PHI or Right to Access</td></tr>
</table>

| Patient Name: DAVID R WILSON | Birth Date: 01 19 57 | Social Security No. *(optional):* 260945-088 |
|---|---|---|
| Patient's Address: 85 AYERS RD | colspan | |

| Recipient's Name: | Address 85 AYERS RD |
|---|---|

| | City: ARAGON | State: GA | Zip: 30104 |
|---|---|---|---|

This authorization will expire on the following: (Fill in the Date or the Event, but not both.)
Date: 04 04 05     Event:

Purpose of Disclosure:

**Description of information to be used or disclosed**

Is this request for psychotherapy notes? ☐ Yes, then this is the only item you may request on this authorization. You must submit another authorization for other items below. ☐ No, then you may check as many items below as you need.

| Description: | Date(s): | Description: | Date(s): | Description: | Date(s): |
|---|---|---|---|---|---|
| ☐ All PHI in medical record | | ☐ Physician Orders | | ☐ Demographics | |
| ☐ History and Physical | | ☐ Laboratory | | ☐ Rehabilitation Services | |
| ☐ Consult Report | | ☐ Imaging/Radiology | | ☐ Special Test/Therapy | |
| ☐ Operative Report | | ☐ Nursing Notes | | ☐ Itemized Bill | |
| ☐ Progress Notes | | ☐ Medication Record | | ☐ Claim Forms | |
| | | | | ☐ Other: | |

I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug abuse, psychiatric, HIV testing, HIV results or AIDS information.                    (Initial)

I understand that:
1.  I may refuse to sign this authorization and that it is strictly voluntary.  If I refuse to sign, my records can not be released.
2.  I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation.  Further details may be found in the Notice of Privacy Practices.
3.  If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be redisclosed.
4.  I understand that I may see and obtain a copy the information described on this form, for a reasonable copy fee, if I ask for it.
5.  I will receive a copy of this form after I sign it.

**Section C:** Is the Requester of this PHI another health plan or health care provider?
If yes, the health plan or health care provider must complete Section B, otherwise skip to Section C.

What is the purpose of this use or disclosure?

Will the requester receive financial or in-kind compensation in exchange for using or disclosing this information?   ☐ Yes ☐ No
    If yes, describe:

**Section D:** Signatures

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Guardian/Patient Representative: | Date: 04 04 05 |
|---|---|
| Print Name of Patient's Representative: | Relationship to Patient: |

WMR 00052

Original – Practice
Copy – Patient
Copy -- Recipient

HIM.PRI.001 - Authorizations

**Revision Date:** March 12, 2003

4/11/05 - all records copied to pt - BA



*Trust · Excellence · Service*

# Department of Administrative Services
## Risk Management Services
### Elaine Townes, Director

February 23, 2005

Michael Jackson, M. D.
Redmond Family Care
2304 Shorter Ave.
Rome, Ga. 30165

Re: Employee: David R Wilson
    Claim Number: WC05531736
    SSN: 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
    Date of Loss: 09/07/2004
    Nature of Injury: Thoracic spine compression fracture following taser gun injury

Dear Dr. Jackson:

We acknowledge receipt of Dr. Soctt Bowerman's IME/consultation report dated 12/10/04. On February 23, 2005, we informed Dr. Scott Bowerman the referral to Dr. Richard Hark ( psychologist) would not be authorized, since he was not the primary care physician.

We would like to inform you, David R. Wilson has returned to work with the Georgia State Patrol as a radio operator for now. On Mr. Wilson's next follow up appointment we would appreciate your addressing the following questions and return this letter :

1. When do you anticipate David R. Wilson reaching maximum medical improvement as a result of his injury he sustained on 9/07/04 ?

2. When will David Wilson be able to return to his regular job as a State Trooper ?

3. Will there be restrictions? If so, are the restrictions permanent ?

Thank you for your assistance.

Sincerely,

Bayonne Starks
Workers' Compensation Specialist

WMR 00053

Billing Info:
State of Georgia /DOAS
PO. Box 38198 Capital Hill Station
Atlanta, GA 30334-9010
Toll:877-657-7475 Fax: 404-656-9178



**STATE OF GEORGIA**
**DEPARTMENT OF**
**ADMINISTRATIVE SERVICES**
**RISK MANAGEMENT**

| | | | |
|---|---|---|---|
| **To:** | Redmond Occupational Health Attn: Cathy Daniels | **From:** | Denise Goodman (Triage Analyst) |
| **Fax:** | 706-233-4006 | **Pages:** | (includes cover page) 1 |
| **Phone:** | | **Date:** | 3/29/05 |
| **Re:** | David Wilson | **CLAIM#** | WC 05531736 |

**X** **Attach Medical Note**

**Please fax detailed medical records for this employee for the State of Georgia. Please complete the form listed below with Mr. Wilson's work status. Thanks, Denise**

Date of Last Office Visit 11|16|04     Next Office Visit NO follow up - Referred to Orthopedic specialis

Diagnosis T6-T8 Compression fracture    Prognosis _____

**WORK STATUS:** (please check)

Full Duty _____    No Work _____    Discharged from Care _____    Date _____

If not at Full Duty, can injured work return to **Modified Work** at this time?    YES    NO
What are the restrictions? _____

Is the injury/diagnosis caused/aggravated by an employment activity?    YES    NO

Is Injured Worker at **Maximum Medical Improvement**?    YES    NO
If no, please provide estimated timeframe. _____ PPD Rating? YES  NO  % _____

Treatment Plan / Recommendation _____

Physician Signature *Michael J. Johnson*, MD Date: 3/30/05

3/30/05 This patient was referred to Dr. Scott Bowerman for further treatment. His last office visit here was 11/16/04.

FAXED
3/30/05

WMR 00054

**SCOTT G. BOWERMAN, M.D.**
SPORTS MEDICINE AND
GENERAL ORTHOPAEDICS

**THOMAS T. DOVAN, M.D.**
HAND, UPPER EXTREMITY
AND GENERAL ORTHOPAEDICS

**CHARLES B. MAY, JR., M.D.**
SPORTS MEDICINE AND
GENERAL ORTHOPAEDICS

December 10, 2004

Michael Jackson, MD
2304 Shorter Ave
Rome, GA 30165

**RE: David Wilson**
**ACCT#: 63691**
**DOB: 01/19/57**



Dear Dr. Jackson:

I saw your patient, David Wilson, in my office today for an orthopaedic consultation. Thank you for asking me to see him.

As you will recall, he is a 47-yr-old gentleman who has been working for the GA State Patrol for approx. 19 yrs. He presents for an evaluation of a work injury that is very unusual. As a state patrol officer, there has been a policy that he should be subjected to a taser gun. This was done on 09/07/04, and this caused him to be hospitalized because of pain in his back. He spent a day in the hospital in Forsyth, and apparently, his workup was negative, but recently, an MRI scan has shown a compression fracture at T6 and T8 on 11/09/04. He presents now for an orthopaedic consultation.

He's still having some aggravating discomfort and pain in his upper thoracic spine. He states there are times that he seems to be feeling better, but then there are some times when he sneezes or coughs, and he feels some pain between his shoulder blades. He denies any neck pain or numbness. There is occasional radiating pain on the L side of his chest below his nipple. He has managed to return to light duty work as a radio operator for the State Patrol. He tried PT, but that seemed to increase his pain.

PAST MEDICAL HISTORY: History of acid reflux, cataracts.

ALLERGIES: None.

CURRENT MEDICATIONS: Ibuprofen, recent use of Lorcet prn.

SOCIAL HISTORY: He is married w/ children. He denies tobacco use and reports weekly alcohol use.

WMR 00055

PHYSICAL EXAMINATION: WT-191, HT-5'9". Inspection of his back reveals good alignment and symmetry. He has mild discomfort on fist percussion. There is no abnormal alignment. He was able to raise both arms overhead w/ good strength of rotator cuff function. SLR test was negative. Reflexes were symmetric bilaterally, 2+ patella tendon. There is no clonus. He walks w/ out a limp.

**IMPRESSION:** Thoracic spine compression fractures following taser gun injury.

I had concerns today after talking w/ Mr. Wilson that mentally he has been affected deeply by this accident. He was very reluctant to undergo the test, and he still seems emotionally effected by the injury that occurred 3 months ago. I recommend that he have some sort of counseling setup for him. I've also recommended that PT be held until his next visit in 1 month when I will recheck plain x-rays of his thoracic spine. It is ok for him to continue working the radio, which I think will be helpful for him to transition back to his regular job. I expect a 6-month time course of recovery from this injury.

Please call me if you have any questions regarding his evaluation. Again thank you for asking me to see him.

Sincerely,

Scott G. Bowerman, MD

SB/kn

# Redmond Occupational Health

Experts in Healthcare, Neighbors for Life!

# Specialty Network Provider Referral Form

(For questions or assistance, call Kay Dixon, B.S., R.N., C.W.C.P., Injury Manager, at 706-290-8012.)

**This patient is referred to you for:** ☐ Consultation & Recommendations Only   ☐ Evaluation & Treatment

Referred To: *Dr Bowerman*   Referred By: *Michael Jackson*   Appt. *12-7-04 1:30*

Reason for Referral: *Compression FX*   Authorized By: *Deborah Cook*

## PATIENT INFORMATION

| PATIENT/EMPLOYEE | EMPLOYER | CARRIER |
|---|---|---|
| NAME: *David Wilson* | NAME: *State of GA* | NAME: *Risk Mgt* |
| DOI: *9-7-04* | CONTACT: *Lisa* | CONTACT: *Deborah Cook* |
| DOB: *1-19-57* | PHONE: *770-324-3351* | CLAIM # (if assigned) *WC0553136* |
| SS#: *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* | FAX: | PHONE: *404-656-9497* |
| PHONE: *770-684-3305* | ADDRESS: *1300 Jr Frank Harris* | ADDRESS: *200 Piedmont Ave* |
| ADDRESS: *85 Ayers Rd Aragon GA 30104* | *Cartersville GA 30120* | *Su 1208 West Tower - Atl GA 30334* |
| | Description of Accident: | |

**DEAR PHYSICIAN: Please complete and fax this form within four (4) hours of your evaluation to (706) 290-8518.**

## PHYSICIAN INFORMATION

Diagnosis: _____

Recommendations/Treatment/Medications: _____

_____

☐ Re-check: Date: _____ Time: _____

☐ No Follow-up Needed
☐ Physical Therapy-R.R.M.C.-P.T.
☐ X-ray / MRI / C.T. / NCV / EMG
☐ Surgery

All Surgical, Ancillary & Diagnostic Procedures not provided at Specialty Network Provider Site must be performed at Redmond Facility.

**R.T.W. Disposition:**

☐ Regular Work   As of: _____
☐ Temporary Modified   From: _____ To: _____
☐ Bed Rest   From: _____ To: _____
☐ MMI Achieved: _____

**Physical Capabilities:** _____

In an 8-12 hour work day, employee can:

| | Constantly (67-100%) | Frequently (33-66%) | Occasionally (0-33%) | Not at All |
|---|---|---|---|---|
| Stand/Walk | ☐ | ☐ | ☐ | ☐ |
| Sit | ☐ | ☐ | ☐ | ☐ |
| Drive | ☐ | ☐ | ☐ | ☐ |
| Bend | ☐ | ☐ | ☐ | ☐ |
| Squat | ☐ | ☐ | ☐ | ☐ |
| Twist | ☐ | ☐ | ☐ | ☐ |
| Perform Work at Shoulder Level | ☐ | ☐ | ☐ | ☐ |
| Perform Repetitive Motions | ☐ | ☐ | ☐ | ☐ |
| Perform Overhead Work | ☐ | ☐ | ☐ | ☐ |

Employee is able to lift no more than: ☐ 0-10 lbs.   ☐ 10-25 lbs.   ☐ 25+ lbs.

Comments: _____

Physician Signature: _____   Date: _____

Sender's Name: _____

WMR 00057

WHITE COPY - FAX to Injury Manager - Specialist Retains   /   YELLOW COPY - Employer Via Patient

Phone:  404-463-6308
Fax:       404-656-9178

**Rochelle Riley**
**Medical Management**
**MCO Nurse**
State of Georgia
Department of Administrative Services
P.O.Box 38198, Capitol Hill Station
Atlanta, Georgia  30334-9010

Date: 10/06/04

'Dr. Meier

Our injured worker David Wilson/WC05531736 has been treating with you for his work related injury.  Last update received was dated 09/10/04. We need the following information to address continued Workers' Comp benefits for your patient.

Date of Last Office Visit _10/5/04_      Next Office Visit _10/19/04_

Diagnosis _Improving Back Pain._

Current Treatment Plan _Work Hardening Evaluation & Recheck._

PROGNOSIS _Good._

**WORK STATUS:** (please check)

No Work _____

Full Duty Release ____V____ (DATE) _10/6/04_

If not at Full Duty, can injured work return to **Modified Work** at this time?     YES      NO

Is injury/diagnosis work related?      (YES)        NO

What are the **restrictions**?   n/A
_____

Is Injured Worker at Maximum **Medical Improvement**?      YES     (NO)
If no, please provide estimated timeframe. _____

What is PPD rating? _____

Physician Signature _Edward Emerson_          Date _10 | 6 | 04_

10/6/04
BA

WMR 00058

## GEORGIA STATE BOARD OF WORKERS' COMPENSATION

**A.  EMPLOYER'S FIRST REPORT OF INJURY OR OCCUPATIONAL DISEASE**

| OSHA File No. | |
|---|---|
| Insurer File No. | WC06531756 |

| Employer | Employer Phone No. | Insurer/Self Insurer Name | TPA/Claims Office |
|---|---|---|---|
| Dept Of Public Safety | | DOAS Risk Management, State of Georgia | |

| Address | | | Employer FEIN | TPA FEIN |
|---|---|---|---|---|
| PO BOX 1456 | | | | |

| City | State/Zip | Nature of Business (Mfg., Trade, Transp., Etc.) | Address |
|---|---|---|---|
| Atlanta | GA  30371- | | |

| Employer Location Address (If Different) | City | State/Zip | City | State/Zip |
|---|---|---|---|---|
| Po Box 1456 | Atlanta | GA  30316 | | |

| Place of Accident or Exposure ( Address or Location) | Job Classification Code | TPA/Claims Office Phone No. |
|---|---|---|
| GEORGIA PUBLIC SAFETY TRAINING | SENIOR TROOPER | |

| Employee Name (Last) (First) (Middle) | Date of Birth | County of Injury |
|---|---|---|
| Wilson, David R | 01/19/1957 | Monroe |

| Address | Date of Injury | Employee Social Security Number |
|---|---|---|
| 85 Ayers Rd. | 09/07/2004 | 260945083 |

| City | State/Zip | Employee's Home Ph. # | Number of Dependents Including Spouse | DO NOT WRITE IN THIS COLUMN |
|---|---|---|---|---|
| Aragon | GA  30104 | 770 684-3305 | 2 | |

| Male ○ | Female ○ | Time of Injury 10:00 am | Time Workday Began | Date Employer Notified 09/07/2004 | Insurer No. |
|---|---|---|---|---|---|

| Date Hired 06/16/1985 | Did Employee Work the Next Day? Yes ○  No ○ | First Date Employee Failed to Work a Full Day 09/07/2004 | Did Employee Receive Full Pay for Date of Injury? Yes ● No ○ | SIC |
|---|---|---|---|---|
| | | | | Date of Birth |

| Hours Worked Per Day  ( 8  ) Per Week  ( 40  ) | Number of Days Worked Per Week( 5 | List Normally Scheduled Off Days Sat, Sun | Wage Rate at Time of Injury or Disease ____ Hour ○  Day ○ Week ○  Mo. ○ | Sex |
|---|---|---|---|---|
| | | | | County of Injury |

COMPLETE WAGE STATEMENT ON REVERSE: If employee is paid hourly, on commission or piecework basis, enter average weekly amount
$

If board, lodging, or other advantages were furnished, enter average weekly amount
$

| | Employer Aware |
|---|---|

| Did Injury/ Illness Exposure Occur on Employer's Premises? Yes ●  No  ○ | Type of Injury/Illness Unclassified - Insufficient I | Part of Body Affected Back | Nature |
|---|---|---|---|

How Injury or Illness / Abnormal Health Condition Occured. What was employee doing just prior to the accident?
Caller stated he was in a taser stun gun class,          when he was shot with the taser gun. This resulted in an unspecified inj

| Body Part |
|---|

| If Returned to Work, Give Date 00/00/0000 | Returned at What Wage ____ per Week | If Fatal: Give Date of Death | Cause |
|---|---|---|---|
| | | | Job Classification Code |

| Treating Physician (Name and Address ) | Initial Treatment | Hospital/Treating Facility (Name and Address) | M.O. |
|---|---|---|---|
| HARBIN CLINIC | ○ No Treatment | UNK | |
| Unk  Dr. Tim Connor | ○ Minor: By Employer | Unk  Unk | Controvert |
| Unk, GA | ○ Minor: Clinic/Hospital ○ Emergency Care ○ Hospitalized >24 hrs. MCO  Yes ○  No ● | Forsyth, GA | D. First |

| Report Prepared By (Print or Type) Wilson, David | Position SENIOR TROOPER | Telephone Number ( 770  ) 324-3351 | Date of Report 09/08/2004 |
|---|---|---|---|

**EMPLOYER'S FAILURE TO SUBMIT THIS REPORT TO INSURER IMMEDIATELY MAY RESULT IN PENALTY**

**B.                                    FOR USE BY INSURER/SELF-INSURER**

Average weekly wage: $ _____   Weekly benefit: $ _____   Date of disability: _____   Date of first payment: _____
Compensation paid: $ _____   Penalty paid: $ _____   Previously Medical Only   Yes ○  No ○
BENEFITS ARE PAYABLE FROM _____
☐ Total/temporary total disability   ☐ Temporary partial disability   ☐ Permanent partial disability of __ to __ or ____ecks   Part of Body
UNTIL _____ WHEN THE EMPLOYEE ACTUALLY RETURNED TO WORK. ALL OTHER SUSPENSIONS REQUIRE THE FILING OF FORM WC2 WITH THE STATE BOARD OF WORKERS' COMPENSATION AND THE EMPLOYEE.

By _____
       (Insurer/Self Insurer: Type or Print Name of Person Filing Form and Sign)        (Date)      ( )    (Phone)      (Extension)

**C.                        NOTICE TO CONTROVERT PAYMENT OF COMPENSATION (over for additional information)**

Benefits will not be paid because:

By _____
       (Insurer/Self Insurer: Type or Print Name of Person Filing Form and Sign)        (Date)      ( ) -    (Phone)      (Extension)

Willfully making a false statement for the purpose of obtaining or denying benefits is a crime subject to penalties of up to $10,000.00 per violation(O.C.G.A.. §34-9-18 and §34-9-19).

Form WC-1      Rev. Date 7/2003              **1**              Employer's First Report of Injury or Occupational Disease

WMR 00059

10-5-04

ADVANCE
REHABILITATION

Patient: David Wilson

Physician: Dr. Conner

Date: 10-04-04     Total Visits: 6

Patient Status: Pt. has attended 6 PT visits for T/S paraspinal spasms 2° Tazer shock.
Good progression. Pt. reports spasms have stopped however soreness conts especially c̄ physical activity such as washing vehicle & running.
Strength (B) UE's ↑'d to 5/5
c̄o TTP & muscle guarding.
Pt. not working at this time.
Has not attempted pushups. Pt. concerned about having to run p̄ person or having physical confrontation.

P.T. Recommendations: Pt. would benefit from Work Hardening to prepare for return to work due to physical nature of job if need arises.
Please advise.                                    Thank you!

Frequency / Duration: _____

P.T.: Melica Kosmitopris          M.D.: _____

Advance Rehabilitation
of Rome
201 Turner McCall Blvd.
Rome, Georgia 30165

Phone: (706) 235-2727
Fax: (706) 235-2726

Advance Rehabilitation
of Cedartown
1108 North Main Street
Cedartown, Georgia 30125

Phone: (770) 749-0250
Fax: (770) 749-0086

Advance Rehabilitation
of Chattooga
11638 Highway 27, Suite 1
Summerville, Georgia 30747

Phone: (706) 857-6366
Fax: (706) 857-6372

Advance Rehabilitation
of Rockmart
115 Felton Drive
Rockmart, Georgia 30153

Phone: (678) 757-1899
Fax: (678) 757-1898

WMR 00060



**Redmond Physical Therapy**

*Experts in Healthcare, Neighbors For Life!*

**610 Shorter Avenue, Suite 20 • Rome, Georgia 30165**
**Phone: (706) 236-1911 • FAX: (706) 236-1908**

Patient Name: David Wilson                    Appointment Date: _____

Diagnosis: S/P Back Sprain   ICD-9 Code: _____   Appointment Time: _____

Precautions or special instructions: 20 lb Tazer shock

➡ See __2__ times a week for __2__ weeks   ✓ **Evaluate and treat as indicated:**

**Modalities:**

| | **Women's Health:** |
|---|---|
| _____ Cryotherapy - 66720 | _____ Massage - 97124 | _____ Biofeedback Training/Muscle Re-education - 90901 |
| _____ Electrical Stimulation - 97014 | _____ ROM Exercise - 95833 | _____ Soft Tissue Mobilization/Trigger Point Release - 97140 |
| _____ Gait Training - 97116 | _____ TENS - 64550 | _____ Biobehavioral Patient Education - 99078 |
| _____ Hot Packs - 97010 | _____ Therapeutic Exercise - 97110 | _____ Therapeutic Exercise - 97110 |
| _____ Iontophoresis - 97033 | _____ Traction - 97012 | _____ Jobst Compression - 97012 |
| _____ Joint Mobilization - 97140 | _____ Ultrasound - 97035 | _____ OB/GYN Therapeutic Exercise - 97110 |
| _____ Jobst Compression - 97012 | _____ Whirlpool - 97022 | _____ OB/GYN Posture/Positioning Re-education |
| _____ Taping | _____ Biofeedback - 90901 | _____ Osteoporosis Program |
| _____ Dressing - 16020 | | |

**Testing:**

| | **Special Programs:** | |
|---|---|---|
| _____ Functional Capacity Evaluation - 97750 | _____ Back School | _____ TMJ |
| _____ Kin-Com Evaluation - 97750 | _____ Job Site Evaluation | _____ Work Hardening - 97545 |
| _____ Musculosketeletal Assessments - 97001 | _____ Spinal Stabilization | _____ Diabetic Foot Care |
| | _____ Lymphedema Program | _____ Aquatic Rehabilitation - 97113 |

**Outpatient services located at Redmond Regional Medical Center / Inpatient PT Department (706) 802-3160:**

| _____ Speech Therapy - 92507 | _____ Occupational Therapy-97003 |
|---|---|
| _____ Pediatric Therapy | _____ Hand Therapy |

*I hereby certify these services as medically necessary for the patient's plan of care.*

➡ **Physician Signature:** _____   **Date:** 4/10/0 y

cell #
770 - 324 - 3351
w/ 770 - 684 - 3305

## REFERRAL REQUEST

**PATIENT'S NAME:** David Wilson

**REFER TO:** MRI

**DIAGNOSIS CODE (MUST HAVE):** Chronic Thoracic muscle pain +
(Mid thoracic back weakness pain)

**APPOINTMENT DATE & TIME:** _____

**PATIENT NOTIFIED:** _____

**RECORDS FAXED:** _____

Carrier Schedules Apto

DAIS 53016534 (R 8/00)

WMR 00061



**ADVANCE REHABILITATION**

Patient: David Wilson

Physician: Dr. Meier

Date: 10/28/04          Total Visits: 12

Patient Status: Pt. has attended a total of 12 PT visit, 6 visits since 10/15/04.

Continues to c/o (L) T/S & mid T/spine pain especially c lifting objects away from body. Pain c getting cornbread from oven, wet clothes from washer, lifting bag of dog food - all requiring T/S flexion. Pain c over head activity over 30 seconds & lifting objects overhead.

↓'d (R) T/S Rotation & pain on (L) T/S c (R) Rotation

Rx consisted of Therapeutic exercise/stretches, ultrasound, Moist heat, Cold packs & Estim.

P.T. Recommendations: Cont PT c emphasis on ↑ing functional lifting & movements & controlling pain.
Please advise,                    Thank you!

Frequency / Duration: _____

WMR 00062

P.T. Melisa Ko Smith PTA          M.D.: _____

**Rome**
201 Turner McCall Blvd.
Rome, Georgia 30165

Phone: (706) 235-2727
Fax: (706) 235-2726

**Cedartown**
1108 North Main Street
Cedartown, Georgia 30125

Phone: (770) 749-0250
Fax: (770) 749-0086

**Chattooga**
11638 Highway 27, Suite 1
Summerville, Georgia 30747

Phone: (706) 857-6366
Fax: (706) 857-6372

**Rockmart**
115 Felton Drive
Rockmart, Georgia 30153

Phone: (678) 757-1899
Fax: (678) 757-1898

**Adairsville**
10 Legacy Way, Suite E
Adairsville, Georgia 30103

Phone: (770) 773-9315
Fax: (770) 773-9317

**Calhoun**
263 Highway 53
Calhoun, Georgia 30701

Phone: (706) 773-9315
Fax: (706) 773-9317



# Specialty Network Provider Referral Form

(For questions or assistance, call Kay Dixon, B.S., R.N., C.W.C.P., Injury Manager, at 706-290-8012.)

**This patient is referred to you for:** ☐ **Consultation & Recommendations Only** ☐ **Evaluation & Treatment**

Referred To: *MRI I Spine*    Referred By: *M. Chael I. Jackson*   Appt. _____

Reason for Referral: _____ Authorized By: _____

| PATIENT/EMPLOYEE | EMPLOYER | CARRIER |
|---|---|---|
| NAME: *David Wilson* | NAME: _____ | NAME: _____ |
| DOI: *9-2-04* | CONTACT: _____ | CONTACT: _____ |
| DOB: *1-19-57* | PHONE: _____ | CLAIM # (if assigned): _____ |
| SS#: *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* | FAX: _____ | PHONE: _____ |
| PHONE: *770-684-3305* | ADDRESS: _____ | ADDRESS: _____ |
| ADDRESS: *85 Ayers Rd* | | |
| *Aragon Ba 30104* | **Description of Accident:** | |

**DEAR PHYSICIAN: Please complete and fax this form within four (4) hours of your evaluation to (706) 290-8518.**

Diagnosis: _____

Recommendations/Treatment/Medications: _____

_____

**R.T.W. Disposition:**

☐ Regular Work    As of: _____

☐ Temporary Modified   From: _____ To: _____

☐ Bed Rest    From: _____ To: _____

☐ MMI Achieved: _____

**Physical Capabilities:** _____

In an 8-12 hour work day, employee can:

| | Constantly (67-100%) | Frequently (33-66%) | Occasionally (0-33%) | Not at All |
|---|---|---|---|---|
| Stand/Walk | ☐ | ☐ | ☐ | ☐ |
| Sit | ☐ | ☐ | ☐ | ☐ |
| Drive | ☐ | ☐ | ☐ | ☐ |
| Bend | ☐ | ☐ | ☐ | ☐ |
| Squat | ☐ | ☐ | ☐ | ☐ |
| Twist | ☐ | ☐ | ☐ | ☐ |
| Perform Work at Shoulder Level | ☐ | ☐ | ☐ | ☐ |
| Perform Repetitive Motions | ☐ | ☐ | ☐ | ☐ |
| Perform Overhead Work | ☐ | ☐ | ☐ | ☐ |

Employee is able to lift no more than: ☐ 0-10 lbs. ☐ 10-25 lbs. ☐ 25+ lbs.

☐ **Re-check:** Date: _____ Time: _____

☐ No Follow-up Needed
☐ Physical Therapy-R.R.M.C.-P.T.
☐ X-ray / MRI / C.T. / NCV / EMG
☐ Surgery

All Surgical, Ancillary & Diagnostic Procedures not provided at Specialty Network Provider Site must be performed at Redmond Facility.

Comments: _____

_____

Physician Signature: _____ Date: _____

Sender's Name: _____    WMR 00063

WHITE COPY: FAX to Injury Manager - Specialist Retains / YELLOW COPY: Employer Via Patient

# REFERRAL REQUEST

770-684-hm
3305

770 324 c
3357

PATIENT'S NAME: _David Wilson_

REFER TO: _Work hardening_

DIAGNOSIS CODE (MUST HAVE): _____

APPOINTMENT DATE & TIME: _____

PATIENT NOTIFIED: _____

RECORDS FAXED: _____

DMS 53016534 (R 8/00)

---

## ADVANCE REHABILITATION

**Patient Referral**

**CEDARTOWN**
1108 North Main Street
Cedartown, Georgia 30125
Phone: (770) 749-0250
Fax: (770) 749-0086

**ROME**
201 Turner McCall Blvd.
Rome, Georgia 30165
Phone: (706) 235-2727
Fax: (706) 235-2726

**CHATTOOGA**
11606 Highway 27
Summerville, Georgia 30747
Phone: (706) 857-6366
Fax: (706) 857-6372

Patient Name: _David Wilson_

Diagnosis: _Back Strain_

Surgical Procedure: _Work Hardening_

☐ Consult: Evaluate & Treat

Physical Therapy Appointment: _____ Date _____ Time

Precautions / Recommendations

**MODALITIES:**
☐ Heat / Cold
☐ Electro-Stimulation
☐ Ultrasound
☐ Massage
☐ Other _____
☐ TRAINING:
☐ Gait
☐ Fine Motor

☐ Transfers
☐ Balance
**EXERCISE:**
☐ Passive ROM
☐ Active ROM
☐ Resisted ROM
☐ Spine Stabilization

☐ Mckenzie Ex.
☐ Body Mechanics
☐ Home Ex. Program
☐ F.C.E.
☒ Work Hardening
☐ Traction
☐ Other

Frequency _____ Duration _____

I certify that therapy services for the above named patient are required, medically necessary and authorized by me.

Next Appointment with Physician: _10-19-04_

Physician Signature: _____ Date: _10-5-04_

WMR 00064

200 Piedmont Ave., SE
Suite 1208, West Tower
Atlanta, GA  30334-9010
Phone: 404-463-6308/877-656-7475
Fax: 404-656-9178



**STATE OF GEORGIA**
**DEPARTMENT OF**
**ADMINISTRATIVE SERVICES**
**RISK MANAGEMENT**

# Fax

| **To:** | Redmond Occupational Health | **From:** | Rochelle Riley |
|---|---|---|---|
| **Fax:** | 706-233-4006 | **Pages:** | (includes cover page) 3 |
| **Phone:** | | **Date:** | 10/06/04 |
| **Re:** | David Wilson | **CLAIM#** | WC05531736 |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

This serves as a written request for current  visit note, work and treatment status upon availability. Give me a call if you have any additional questions.  Thank You

**Employee:  David Wilson**

**Employer:  Department of Public Safety/770-324-3351**

**Adjuster:  Deborah Cook/404-656-9483** 97

**DOI:  09/07/04, DOB:  01/19/57, SS# 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, Claim# WC05531736**

1-866-456-7475

**Rochelle Riley**
**Medical Management**
**MCO Nurse**

Phone: 404-463-6308
Fax: 404-656-9178

FAXED
10/6/04
BA

WMR 00065


Redmond
Occupational
Health
*A member of the Redmond Healthcare Network*

# Physical Therapy Referral & Evaluation Form

For questions or assistance, call Redmond Occupational Health at 290-8000.

| Referred To: HealthSouth | Authorized By: | Appt. Date / Time: |
|---|---|---|

### Patient/Employee
Name: DAVid WilSon
DOI: 9-7-04
DOB: 1-19-57
SSN: 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
Phone: 770-684-3305
Address: 85 Ayers Rd
ARAGON GA 30104

### Employer
Name: GA STATe PATrol
Contact: LisA
Phone: 770-387-3203
Fax:
Address: 1300 Je Frank HArris
CARTersVille GA 30120
Description of Accident:

### Carrier
Name: D.O.A.S.
Contact: LisA RAShAw
Claim# (if assigned) 0 553/736
Phone: 404-656-6245
Address: PO Box 38098
ATl GA 30334

The patient is referred to you for:

Diagnosis: CARrier MAKing Appt   404 656-9178
                                              652-1188

Surgical Procedures and Precautions:
DebrA 404 656 9677

Evaluate & Treat as Indicated: ☐   Frequency: _____   Duration: _____

**Modalities:** 
☐ Cryotherapy
☐ Elec. Stimulation
☐ Gait Training
☐ Hot Packs
☐ Iontophoresis
☐ Joint Mobilzation
☐ Jobst Compression
☐ Taping

☐ Massage
☐ ROM Exercises
☐ TENS
☐ Therapeutic Exercise
☐ Traction
☐ Ultrasound
☐ Whirlpool
☐ Biofeedback

**Testing:**
☐ Functional Capacity Evaluation
☐ Kin-Com Evaluation
☐ Musculoskeletal Assessments

**Special Programs:**
☐ Back School
☐ Hand Therapy
☐ Spinal Stabilization
☐ Work Hardening
☐ Job Site Analysis
☐ Diabetic Foot Care

**Patient Visit Status:** ☐ Phy Therapy Initial Eval   ☐ 1 Week Eval   ☐ 2 Week Eval   ☐ 3 Week Eval   ☐ 4 Week

**Physical Capabilities:**
In an 8-12 hour work day, employee can:

| | Constantly (67-100%) | Frequently (33-66%) | Occasionally (0-33%) | Not at All |
|---|---|---|---|---|
| Stand/Walk | ☐ | ☐ | ☐ | ☐ |
| Sit | ☐ | ☐ | ☐ | ☐ |
| Drive | ☐ | ☐ | ☐ | ☐ |
| Bend | ☐ | ☐ | ☐ | ☐ |
| Squat | ☐ | ☐ | ☐ | ☐ |
| Twist | ☐ | ☐ | ☐ | ☐ |
| Perform Overhead Work | ☐ | ☐ | ☐ | ☐ |
| Perform Repetitive Motions | ☐ | ☐ | ☐ | ☐ |
| Perform Work at Shoulder Level | ☐ | ☐ | ☐ | ☐ |

Employee is able to lift no more than:   ☐ 0-10 lbs.   ☐ 10-25 lbs.   ☐ 25+ lbs.

**Physical Therapist Recommendations:**
☐ . . . . . Progressing well, continue same plan and treatment
☐ . . . . . Slow progress, recommend physician re-evaluation to determine continuance of physical therapy
☐ . . . . . Subjective complaints inconsistent with findings
☐ . . . . . No progress, poor rehabilitation potential, discontinue therapy

Comments: _____
_____
_____

WMR 00066

Physical Therapist Signature: _____   Date: _____

---

**ATTENTION: FAX TO INJURY MANAGER AT 706-236-1902 IMMEDIATELY FOLLOWING VISIT. THANK YOU.**

Sender's Name: _____

# FAX COVER SHEET

**MONROE COUNTY HOSPITAL**
MEDICAL RECORDS DEPARTMENT
88 MARTIN LUTHER KING JR DR
FORSYTH, GA 31029

PHONE: 478-994-2521
FAX: 478-994-1965

| SEND TO | | From , Deborah |
|---|---|---|
| Company name HCA | | Date 9/8/04 |
| Attention April | | Office location Med. Records |
| Office location Dr. Ed Meyers | | Phone number |
| Fax number 706-233-4006 | | |

☐ Urgent   ☐ Reply ASAP   ☐ Please comment   ☐ Please review   ☐ For your information

Total pages, including cover:  9

## COMMENTS

INSTRUCTIONS TO RECEIVER: Please verify the number of pages received. If any information is missing or received in error, please notify the sender immediately. The recipient of this confidential patient information is prohibited from disclosing the information to any other party. Once the information is no longer needed, please shred.

WMR 00067

MONROE COUNTY HOSPITAL

PO BOX 1068

FORSYTH                    GA 31029    *amb.*

| SUB TYPE | SERVICE E/R | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PATIENT NUMBER 123040 | TYPE 3 | PATIENT NAME WILSON DAVID | | AGE 47 | BIRTHDATE 1/19/1957 | SEX M | M/S UU | DATE OF SERVICE 9/07/04 | TIME 11:41 | CLERK |

EMERGENCY ROOM • OUTPATIENT REC

| ADDRESS - LINE 1 85 AYERS RD | ADDRESS - LINE 2 | | | | | |
|---|---|---|---|---|---|---|
| PATIENT SSN 260945083 | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | CITY ARAGON | STATE GA | ZIP CODE 30104 | TELEPHONE 770-684-33 |
| INSURANCE COMPANY | | | ADDRESS | | | TELEPHONE |

| | | | CONTRACT OR GROUP NUMBER | | DATE | PLACE |
|---|---|---|---|---|---|---|
| GUARANTOR NAME WILSON DAVID | | GUARANTOR ADDRESS 85 AYERS RD | | CITY ARAGON | TIME | EVENT |
| GUARANTOR EMPLOYER | | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | STATE GA ZIP CODE 30104 | GUAR. TELEPHONE 684-3305 | |
| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | | | GUAR. EMPL. TELEPHONE | |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | MED. REC. # 119602 | ADMITTING/2ND PHYSICIAN ROGERS J / | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT, ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient. Authorization is hereby granted for such treatment and procedures, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital.
2. It has been made as to the results that may be obtained. The undersigned has read the above authorization and understands that no guarantee of assurance has been made as to the results that may be obtained.
3. The undersigned agrees to pay for services rendered by hospital upon release of patient.
4. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a third party, payable by any party, for the above patient, to hospital unless I pay the account in full upon release of patient. I/we hereby authorize the Administrator of Hospital to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account. I may owe said hospital.

| DATE | TIME | SIGNED PATIENT |
|---|---|---|

CHIEF COMPLAINT (If Accident State How, When, and Where)
AMBULANCE

SIGNED GUARANTOR

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | | |
|---|---|---|---|---|---|---|
| NURSES NOTES: | | | | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |

LAB DATA (Including X-Rays, EKGs, etc.)                    NURSE'S SIGNATURE (RN OR LPN)

PHYSICIAN'S REPORT

# DIAGNOSIS:

TREATMENT:

INSTRUCTIONS TO PATIENT:

| | CONDITION ON DISC | | |
|---|---|---|---|
| | IMP | STABLE | EXPIRED |

WMR 00068

FOLLOW-UP WITH

M.D.

PATIENT'S SIGNATURE ON DISCHARGE
BY SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP INSTRUCTIONS RECEIVED BY ME IN WRITING, WHICH HAVE EXPLAINED TO ME.

DATE - TIME OF DISC.

PHYSICIAN'S SIGNATURE                    M.D.

© 1996 - 2002 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

08

**Monroe County Hospital**
88 Martin Luther King, Jr. Drive Forsyth, GA 31029
**EMERGENCY PHYSICIAN RECORD**
Low Back Pain / Injury (5)

123040 RN- 119602 P/T-E/R
WILSON DAVID M 47
85 AYERS RD ARAGON , GA
ROGERS J
09/07/04 B/D 01/19/57

DATE: 9-2-4 TIME: 1145 ROOM: 187 (EMS Arrival)
HISTORIAN: (patient) spouse (paramedics)
_HX / _EXAM LIMITED BY: _____

**HPI** chief complaint (back pain / injury) chronic back pain

started (occurred): ___
___

recent injury? _no _yes _possibly



Did not fall    Location & radiation of pain:

pain
paresthesias
paresis

quality and severity of pain:
burning / sharp (acute)
dull / radiating
similar to prior back pain(s)
mild moderate severe

neurologic symptoms:
_bowel dysfunction
_bladder dysfunction
_radiation to leg
_sensory-motor loss

**ROS**
GU
_trouble w/ urination
_frequent urination
_blood in urine

OTHER
fever
_subjective / to _____ °F
chills

**PAST HX** _negative
_prior back injury
_prior back pain
episode(s) chronic
_intervert. disc disease
_sciatica
_arthritis
_compression fracture(s)
_other problems GERD

Surgeries / Procedures
_none / _noncontributory
back surgery
laminectomy fusion discectomy

Medications _none _see nurses note
ASA _NSAID _acetaminophen

Allergies (NKDA)
_see nurses note

Page 1 of 2

WMR 00069

# PHYSICAL EXAM
HR____ RR____ Temp____
__Alert __Lethargic
**Distress**- __NAD __mild __moderate __severe
**Other**- __c-collar (PTA / in ED) __back-board __IV

## EENT
__nml ENT inspection __scleral icterus / pale conjunctivae
__pharynx nml __pharyngeal erythema

## NECK
__nml inspection __thyromegaly
__non-tender __lymphadenopathy
__painless ROM __limited ROM

## RESPIRATORY
__no resp. distress __see diagram
__breath sounds nml __wheezing
__rales / rhonchi

## CVS
__reg. rate & rhythm __tachycardia / bradycardia
__heart sounds nml __pulse deficit

## ABDOMEN
__non-tender __see diagram
__no organomegaly __hepatomegaly / splenomegaly
__no pulsatile mass __mass / prominent aortic pulsation
__femoral pulse deficit

## BACK
__non-tender __see diagram
__nml inspection __decreased ROM
__painless ROM __muscle spasm
__CVA tenderness
__vertebral point-tenderness

## SKIN
__color nml, no rash __cyanosis / diaphoresis / pallor
__warm, dry __skin rash

## EXTREMITIES
__non-tender, full ROM __pedal edema
__no pedal edema __calf tenderness

## LABS, XRAYS and PROGRESS
**LABS:** CBC  WBC  HCT  PLT
UA  H/H  RBC
BHCG / as appropriate  POS/NEG

**XRAYS** □Interp. by me  □Reviewed by me  □Discsd w/ radiologist
D-Spine  LS-Spine
__nml / NAD __reversal / straightening of cerv. lordosis
__no fracture __DJD / spondylosis / spurring
__nml alignment
__soft tissues nml

**Other** □See separate report

Time _____ __re-examined □ __unchanged __improved

## CLINICAL IMPRESSION:      Fall   Alleged Assault
Acute Myofascial Strain          Aortic Abdominal Aneurysm
dorsal  lumbar  sacral            ruptured  enlarging
Low Back Pain - acute chronic    Acute Sciatica  L / R
Contusion - lumbar dorsal        Acute Herniated Disc at ____
Spondylolysis  Spondylosis       Degenerative Disc Dz
Spondylolisthesis (at ____)      Urinary Tract Infection

## NEURO / PSYCH
__oriented x3 __disorientation / CN deficit
__mood / affect nml
__no apparent motor __sensory / motor deficit
or sensory deficit
__dorsiflexion of great __antalgic gait
toes normal bilaterally __decreased rectal tone
__reflexes nml __clonus

**DISPOSITION**- □home □admitted □transferred
**CONDITION**- □unchanged □improved □stable

**PHYSICIAN SIGNATURE**-
□Dictated Addendum □Progress Sheet □Template Complete

Low Back Pain - 08  Page 2 of 2

WMR 00070

# PHYSICIAN'S ORDERS

MONROE COUNTY HOSPITAL

EMERGENCY DEPARTMENT

| NAME | |
|------|--|
| ROOM NO (ADDRES | 123040 RM- 119602 P/T-E/R |
| HOSP. NQ | WILSON DAVID M 47 |
| | 95 AYERS RD ARAGON , GA |
| PHYSICIAN | ROGERS J |
| | 09/07/04 B/D 01/19/57 |

| Date & Time | | Nurse Initials |
|---|---|---|
| 9.7.4 1130 | | |
| NS iv @ KVO - pm fls | | |
| UA - unable to obtain | | |
| Xr. T spine L spine - Erg | | |
| 11⁴⁰ MSO4 4mg iv - 1140 - | | |
| 1335 | | |
| MSO4 2mg iv - 1332 - | | |
| CT - T spine | | |
| 1610 | | |
| MSO4 2g iv - 1610 - | | |

**PLEASE! USE BALL POINT PEN ONLY**

order # 160024 • (478) 742-6309

PHYSICIAN'S ORDERS

WMR 00071

# EMERGENCY DEPARTMENT
## Monroe County Hospital
88 Martin Luther King Jr. Drive
Forsyth, GA 31029

## NURSING ASSESSMENT FORM

123040  RM-
WILSON DAVID     119602     P/T-E/R
85 AYERS RD              M  47
ROGERS J            ARAGON      , GA
09/07/04  B/D 01/19/57

Date: 9-7-4          Time: 1120 hours          Patient Name

NAME: (Last, First): Wilson, David 47

COMPLAINT: Tazer gun to back

**ARRIVED BY:**
- ☐ Walked
- ☐ Carried
- ☐ Wheelchair
- ☑ EMS

**Accompanied by:**
- ☐ Self
- ☐ Spouse
- ☐ Parent
- ☐ Other:_____

**Condition:**
- ☐ Good
- ☐ Fair
- ☐ Poor
- ☐ CPR
- ☐ DOA

**Pre-Hospital:**
- ☐ C-collar
- ☑ Backboard
- ☑ IV/Fluids
- ☐ Splint
- ☑ Meds
- ☐ Other: #18 RAC

- ☐ Monitor
- ☐ Intubation
- ☐ CPR
- ☐ Dressing
- ☐ O2

**Pediatric:**
Immun. Current: ☐ Yes ☐ No
Weight:_____
- ☐ Actions appropriate for age
- ☐ If No, Explain:_____
- ☐ Other: _____

**ARRIVED FROM:** ☐ Home  ☐ Nursing Home  ☐ Other:_____

**VITAL SIGNS:** ☐ Oral ☐ Axillary ☐ Rectal

| Time | B/P | Temp | Pulse | Resp |
|------|-----|------|-------|------|
| 1125 | 147/94 | 97.5 | 76 | 18 |
| 1300 | 137/89 | | 72 | 20 |
| 1730 | | | | |

**PAIN SCALE:** (0-10) 0 = None  10 = Severe

| Time | Level | Location | Onset |
|------|-------|----------|-------|
| 1120 | 10 | L mess | 76 |

**FACES PAIN SCALE:**

| 0 | 1-2 | 3-4 | 5-6 | 7-8 | 9-10 |
|---|-----|-----|-----|-----|------|
| ☺ | ☺ | ☺ | ☹ | ☹ | ☹ |

**TRIAGE LEVEL:**
☐ Level III  ☐ Level II  ☐ Level I

**PULSE Ox READING:** ☐ N/A

| Time: | | | |
|-------|--|--|--|
| Result: | | | |
| On 02?: | | | |
| # Liters: | | | |

**FAMILY PHYSICIAN:** Out of town MD

**HEALTH HISTORY:**
- ☐ Negative
- ☐ Smoker
- ☐ ETOH
- ☐ Diabetes
- ☐ Cardiac
- ☐ COPD
- ☐ Seizures
- ☐ HTN
- ☐ Asthma
- ☐ Other: GERD

**RESPIRATORY:** ☐ N/A
- ☐ Clear
- ☐ Obstructed
- ☐ Diminished
- ☐ Rhonchi
- ☐ Rales
- ☐ Audible Wheezing
- ☐ Dyspneic
- ☐ Retractions
- ☐ Nasal Flaring
- ☐ Shallow
- ☐ Labored
- ☐ Assisted
- ☐ Tachypneic
- ☐ Cough
- ☐ Productive
- ☐ Non Prod.

**CARDIAC:** ☐ N/A
- ☐ Denies Complaint

**CHEST PAIN:**
- ☐ Yes
- ☐ No
- ☐ Constant
- ☐ Intermittent

**PULSE:**
- ☑ Regular
- ☐ Weak
- ☐ Bounding
- ☐ Irregular

**SKIN:**
- ☐ Warm
- ☐ Pink
- ☐ Pale
- ☐ Flushed
- ☐ Cyanotic
- ☐ Jaundiced
- ☐ Normal
- ☐ Hot ☐ Cool
- ☐ Dry ☐ Rash
- ☐ Diaphoretic
- ☐ Decreased

**TUGOR:**

**NAIL BEDS:** ☐ N/A
- ☑ Pink
- ☐ Dusky
- ☐ Pale
- ☐ Cyanotic

**MENTAL STATUS:**
- ☑ Awake
- ☑ Oriented x 3
- ☐ Confused
- ☐ Lethargic
- ☐ Unresponsive
- ☐ Non-Verbal

**CURRENT MEDS/DOSAGES:**
Prevacid

**ALLERGIES (Drug, Food):**
Latex: ☐ Yes ☐ No
☑ NK

**CAPILLARY REFILL:** ☐ N/A
☐ > 2 sec   ☑ < 2 sec

**GYN:** ☐ N/A
LMP:_____
- ☐ Vaginal Bleeding
- ☐ Vaginal Discharge
G:___ P:___ AB:___
EDC:_____
FHT:_____

**NEURO-Psycho/Social:**
- ☑ Cooperative
- ☐ Agitated
- ☐ Combative
- ☐ Anxious
- ☐ Crying
- ☐ Depressed
- ☐ Flat
- ☐ Quiet
- ☐ Homicidal
- ☐ Suicidal
- ☐ Behavior Age Appropriate

Reorder # 151296

WMR 00070

GASEP. 8.2004N/A.    N/A

**Nausea:**
☐ Yes  ☐ No

**Vomiting:**
☐ Yes  ☐ No  ☐ Blood Noted

**Bowel Function:**
☐ Normal
☐ Constipation
☐ Diarrhea
☐ Diarrhea > 24 hrs.
☐ Rectal Bleeding

**Abdomen:** ☐ N/A
☐ Soft
☐ Rigid
☐ Distended
☐ Tender
☐ Non-Tender
☐ Bowel Sounds
  ☐ Hyper
  ☐ Hypo
  ☐ Normal

**Urinary:** ☐ N/A
☐ Normal
☐ Burning
☐ Frequency
☐ Blood in Urine
☐ Incontinent
☐ Urgency
☐ Flank Pain (R) (L)

**Pupillary Response:** ☐ N/A.
☐ Equal & Reactive
☐ Non-Reactive
☐ Brisk
☐ Sluggish
☐ Unequal
☐ Rt Pupil _____ mm
☐ Lt Pupil _____ mm

**Visual Acuity:**
RT_____
LT _____

1  2  3  4  5  6  7  8

**MUSCULOSKELETAL:** ☑ N/A
Location: _____
☐ Pain        ☐ Dislocation
☐ Swelling    ☐ Skin Broken
☐ Deformity

Circulatory status distal to injury site:
Neurological status distal to injury site:  ☐ Normal ☐ Abnormal  ☐ Normal ☐ Abnormal

**FUNCTIONAL ASSESSMENT:** ☑ Full ROM
☐ Limited ROM   Do you have problems
performing normal activities of daily living?
☐ Yes ☐ No
Describe: _____

**TRAUMA:** ☐ N/A
Mechanism of Injury:
☐ MVA
☐ Other: _____
Area Affected: _____

LOC: ☐ Yes ☐ No

**TYPE OF WOUND:**
☐ Laceration _____ cm
☐ Abrasion
☐ Avulsion
☐ Contusion
☐ Burn
☐ Site: _____
☐ Date of last Tetanus:

**NURSE'S NOTES:** Ativan 2 x IV en rote by Ems _Dont GSP tranny_ + had Taser ozg to back → fell back + injured back B42 of back problems SVFS + let the w firs. 1540 - At medicated for pain prn. Since arrival. Position _for Coft?_ 1500

* **SIGNATURE OF NURSE:** _[signature]_

**PAIN RE-ASSESSMENT**

| TIME | LEVEL | INITIALS |
|------|-------|----------|
|      | 2 /10 |          |
|      | /10   |          |
|      | /10   |          |

**DISPOSITION OF PATIENT:** Driver: ☐ Yes ☐ No
☐ Discharged
☐ Admitted to Room _____
☐ Deceased @ _____
☐ Transferred to: _____
☐ Left w/o Tx (indicate time): _____ per _____
☐ AMA (indicate time): _____
  ☐ signed AMA sheet ☐ refused (explain: _____)
  ☐ signed AMA sheet ☐ refused (explain: _____)

**CONDITION ON DISCHARGE:**
☐ Improved
☐ Unchanged
☐ Stable
☐ Critical
☐ Deceased

**DISCHARGED TO:**
☐ Home
☐ Work
☐ Nursing Home
☐ Other: _____

**LEFT VIA:**
☐ Auto
☐ Ambulance
☐ Carried
☐ Wheelchair
☐ Ambulatory

Discharge instructions sheet given to patient: ☐ N/A ☐ Yes ☐ No  Type: _____

Vital signs repeated if indicated:  ☐ Hourly ☐ If above 170/100 ☐ Prior to Transfer

Time of discharge, admission, transfer _1755_ hours

admission Report Called to: _____

* **Signature of Discharge Nurse:** _[signature]_

# EMERGENCY DEPARTMENT
## AFTERCARE INSTRUCTIONS

Monroe County Hospital
Forsyth, Georgia 31029
478-994-2521

```
123040  RM-        119602    P/T-E/R
NILSON DAVID             M   47
85 AYERS RD             ARAGON        , GA
ROGERS J
          09/07/04  B/D 01/19/57
```

The treatment you have received in the Emergency Department was an emergency treatment only, and is not intended to be a substitute for or an effort to provide complete medical care. It is important that you contact your physician for follow-up care, and that you report to him/her any new or remaining problems. It is impossible to recognize and treat all elements of injury or illness in a single Emergency Department visit. Meanwhile, follow the instructions as listed below.

☑ The interpretation of your x-rays as given to you by the physician in the Emergency Room is only a preliminary report. The x-ray specialist reviews these films. If there is a change in the diagnosis, you and/or your physician will be notified. If you cannot be reached by phone, please call the E. D. after 11:00 a.m. the next working day for results.

☑ The medication you have been given may cause drowsiness. DO NOT drive or operate machinery.

☐ Please read and follow attached instructions given to you about:

_____

☐ Additional Instructions: Real Do not drive _____
_____
_____
Emergency Room if worse or new symptoms

by Dr. _____

☐ Call office to arrange an appointment to see your personal physician or Dr. ___ Lawton
at phone # 994 0437 in ___ days for follow-up care or sooner if needed or return to the
E. D. as needed.

I have received and understand the above instructions. I understand that I have had emergency treatment and that I may be released before all of my medical problems are known or treated. I will arrange follow-up care.

_____        9 - 24        _____
Patient/Responsible Party                   Date                          Nurse

ORIGINAL: GOES WITH PATIENT     COPY: STAYS WITH CHART

WMR 00074

# State of Georgia - Patient Care Report

Use Blue/Black Ink - Press Firm

| Service Name | Thomas C. Ford | Service # 246 | Response # 04-2474 | Today's Date 7-07-04 |

**Incident Location** GPSTC

**Transported To** MCH ER

**PATIENT INFO**

Patient Last Name: Wilson First: David MI:
Street Address: 85 Ayers Rd
City: Macon State: GA Zip Code: 30105
Phone: 479-634-3585 Age: 47 DOB: 1-29-57 Gender:
Social Security #: 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 Hosp. Record #:

Personal MD:
Responsible Party:
Treating MD:
Phone:
Street Address:
City: State: Zip Code:

**CHIEF COMPLAINT** Back Pain

**CURRENT MEDICATIONS** — None Known
**ALLERGIES (MEDS)** — None Known
**PAST MEDICAL HX** — None Known
**NARRATIVE** About Rheumatoid

① EMS resp to GPSTC GSP class for major back pain Allowing him stand
& stun gun. Upon arrival pt sitting in chair C/o ③. ABC's intact radial
resp strong ® skin cool/dry hands cold. CMS × 2 secs. Guarding & severe
resp distress. Pt denies LOC. Pain is back on 10 on scale 1-10 & it
lowers as is moved. Pt unable to stand. Breath sounds clear. ⊗® Pupils
PEARL. & ④ N.D. Alert & oriented × ?

② Seen

③ Pt transported to MCH ER by euro bag & sly Hy following meds
enroute. Care transferred to staff.

| TIME | EMT # | PULSE | RESP | B/P | Sa02 | NEURO | ORDERS - TREATMENT - RESPONSE - Rx - EKG |
|------|-------|-------|------|-----|------|-------|------|
| | 6×8 | 62 | 16 | 160/88 | 96 | A | Pt Assess |
| | | | | / | | | Vs Pulse Ox O₂ via NC @ 2Lpm |
| | | | | / | | | Cardiac Monitor SR Decherg |
| | | | | / | | | IV 18 g @ AC Labs × 4 tubes |
| | | | | / | | | O₂ but @ 104 & HR |
| 11:07 | | | | / | | | 2 mg Ativan slow IV push |
| | 70 | 20 | 160/82 | 98 | A | | 1000cc bag running @ 500cc/hr |
| | | | | / | | | Reassess |
| | | | | / | | | |
| | | | | / | | | |
| | | | | / | | | |

Patient Received By:
Date: 9-7-04
Drv/Medic: Certification and Number 35857
Physician's Signature:
Date:
Medic 1: Certification and Number
Medic 2: Certification and Number

12818434

WMR 00075

pt. is here now!

# HCA PHYSICIAN SERVICES

## [PRACTICE NAME]

## AUTHORIZATION FOR RELEASE OF PROTECTED HEALTH INFORMATION (PHI)

**Section A: Will the Protected Health Information (PHI) be created or used for research and include treatment of the patient? If yes, complete the Authorization for Research Form. If no, proceed to Section B**

**Section B: Required for all Authorizations for Release of PHI or Right to Access**

| Patient Name: David R Wilson | Birth Date: 1-19-57 | Social Security No. *(optional)* 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 |
|---|---|---|

| Patient's Address: 85 Ayers Rd | Address/City/State/Zip Aragon GA 30104 | Requestor's Name/Phone Number (if patient is not the requestor): Redmond Family Care @ West Rome / 706-233-4C |
|---|---|---|

| PHI Recipient Name: RFC @ West Rome | Address/City/State/Zip 2304 Shorter Ave / Rome/Ga/30105 | Phone Number: 706-233-40C Fax Number: 706-233-40C |
|---|---|---|

| PHI Sender Name: Monroe Co. Hospital | Address/City/State/Zip Forsyth/Ga/31029 | Phone Number: 478-994-25 Fax Number: 478-994-196 |
|---|---|---|

This authorization will expire on the following: (Fill in the Date or the Event, **but not both**.)
Date: _____ Event: _____

Purpose of Disclosure: labs + x-ray report

Is this request for psychotherapy notes?
- [ ] Yes, then this is the only item you may request on **this** authorization.
- [x] No, then you may check as many items below as you need.

| Description: | Date(s) | Description: | Date(s) | Description: | Date(s) |
|---|---|---|---|---|---|
| [ ] All PHI in record | | [ ] Physician Orders | | [ ] Demographics | |
| [ ] History and Physical | | [x] Laboratory | 9-7-04 | [ ] Rehabilitation | |
| [ ] Consult Report | | [x] Imaging/Radiology | 9-7-04 | Services | |
| [ ] Operative Report | | [ ] Nursing Notes | | [ ] Special Test/Therapy | |
| [ ] Progress Notes | | [ ] Medication Record | | [ ] Itemized Bill/Claims | |
| | | | | [ ] Other: | |

1. I acknowledge, and hereby consent to such, that the released information may contain alcohol, drug. abuse, psychiatric, HIV testing, HIV results or AIDS information. _____ (Initial)
2. I may refuse to sign this authorization and my treatment will not be conditioned upon signature of this authorization (except for non-health related services such as pre-employment testing, life insurance exams, or drug screenings).
3. I may revoke this authorization at any time in writing, but if I do, it will not have any affect on any actions taken prior to receiving the revocation. Further details may be found in the Notice of Privacy Practices.
4. If the requester or receiver is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations and may be re-disclosed.
5. I understand that I may see and obtain a copy the information described on this form, for a reasonable copy fee, if I ask for it.
6. I will receive a copy of this form after I sign it.

**Section C: Signatures**

I have read the above and authorize the disclosure of the protected health information as stated.

| Signature of Patient/Guardian/Patient Representative: *David Wilson* | Date: 9-8-04 |
|---|---|
| Print Name of Patient's Representative: David Wilson | Relationship to Patient: pt |