# EXHIBIT "F"
E-mail from Dr. James St. Ville
Re: Powers Injury

# DILLINGHAM & REYNOLDS L.L.P.

Lawyers

John L. Dillingham
James W. Reynolds

5080 North 40th Street
Suite 335
Phoenix, AZ 85018

Telephone: 602.468.1811
Facsimile: 602.468.0442

April 23, 2007

**VIA FAX (706) 694-3173 & MAIL**

Cindy Johnson, Esq.
Johnson Law Offices
P. O. Box 48
Cohutta, Georgia 30710

Re: **Powers v. Taser International**

Dear Cindy:

As per your request, enclosed please find a copy of James St. Ville's May 1, 2003 E-mail. If you have any questions concerning the enclosed, please give me a call.

Very truly yours,

DILLINGHAM & REYNOLDS L.L.P.

John L. Dillingham

JLD/slc
Enclosure
cc: Thomas C. Wilmer, Esq. (w/o encl.)
I:\5500#\5512.001\L 042307 Johnson, Cindy

| | |
|---|---|
| From: | Steve Tuttle [Steve@taser.com] |
| Sent: | Thursday, May 01, 2003 5:26 PM |
| To: | 'James St. Ville' |
| Subject: | RE: TASER INJURY CLAIM |

That is OUTSTANDING! THANK YOU and I will get back to you to see if this
sparks any interest.

Sincerely,
Steve Tuttle
Director of Government & Law Enforcement Affairs

TASER International (NASDAQ: TASR & TASRW)
7860 East McClain Dr., #2, Scottsdale, AZ 85260-1627
Steve@TASER.com * 800-978-2737 ext. 2006 * Fax 480-991-0791 * CELL
602-451-8569

-----Original Message-----
From: James St. Ville [mailto:James.St_Ville@hyi-usa.com]
Sent: Thursday, May 01, 2003 9:12 AM
To: Steve Tuttle
Cc: HANS1CQB@aol.com
Subject: RE: TASER INJURY CLAIM

Steve: A couple of observations after reviewing the tape:

When you breakdown, from a forensic engineering point-of-view, what
happens
during an event like this you try and justify your opinions in one of
two
ways. Either you definitively disprove their claims or you present
enough
related information that makes their claims less believable.

Facts:

1) When a vertebrae fractures the individual has immediate pain and
suffering. He is usually not able or willing to stand up straight. The
individual will exhibit point tenderness immediately at the level of
involvement (i.e. L2, L3, etc.). This fact stresses the importance of
seeing
if there is any more film footage available?? Did he show pain
immediately??
Could he stand up straight?? Do we know any more history on when the
pain
occurred??

2) Vertebral fractures have specific fracture patterns based on the
biomechanics of the forces. For example, the mechanism of injury of the
'vertebral body' is different than the mechanism for the 'pedicle' or
the
'spinous process'. Depending upon the type of fracture, it might be
determined that the TASER hit is totally unrelated. Having said this,
are
there any x-rays or CAT scan available to determine what the
biomechanics of
the fracture might have been?? If, for instance, he has a torsional type
of
fracture pattern, just from this video you can see he had no twisting

1

component associated with the TASER hit. the x-rays/ scans and other medical
history may provide an entirely new root cause for the injury (i.e. old
injury, metastatic bone disease, etc.)

3) The most common types of electrical exposure seen in the medical and
bioengineering fields deal with ECT (electro convulsive treatment),
electrical burns, and electrical executions. The biomechanics of fractures
for these has been reported in the medical and bioengineering literature.
Comparing the volts/amps for each of these scenarios to the TASER could cast
large doubt on the argument that the M26 has the power to cause
tetany-induced vertebral fractures.

4) Finally, there is a fair amount of bioengineering research, performed by
myself and others, that can define the force range necessary to cause
various types of fractures in and around vertebrae, for people about his
size. This information is scattered throughout the biomechanics of the spine
literature.

Steve, these are a few thoughts that immediately come to mind when I
reviewed the video. Hopefully you will find this somewhat helpful when you
organize your strategy on how to proceed.

cheers

jim.