# EXHIBIT "G"
Deposition Exhibit 3
(X26 Operating Manual)

# X26 OPERATING MANUAL
## (LAW ENFORCEMENT ONLY)



Version X
www.TASER.com



TASER
INTERNATIONAL®
DEFENDING LIVES EVERYDAY

EXHIBIT

EX, 3

## WARNING: READ BEFORE USING

The TASER X26 is a non-lethal weapon. It is designed to incapacitate a target from a safe distance without causing death or permanent injury. While the extensive medical evidence strongly supports the TASER X26 will not cause lasting aftereffects or fatality, it is important to remember that the very nature of physical confrontation involves a degree of risk that someone will get hurt or may even be killed due to unforeseen circumstances and individual susceptibilities. Accordingly, the TASER X26 should be treated as a serious weapon and should only be deployed in situations where the alternative would be to use other force measures which carry similar or higher degrees of risk. Law enforcement customers are deployment and tactical experts and will determine all deployment and tactical practices including where the TASER X26 fits in their respective use of force continuum.

## GENERAL WARNINGS:

DO NOT ATTEMPT TO USE THIS WEAPON UNLESS YOU HAVE RECEIVED THE REQUIRED TRAINING PER DEPARTMENT SOP.

AVOID AIMING THE TASER X26 AT THE EYES OR FACE.

DO NOT POINT AT PEOPLE UNLESS INTENDING TO FIRE.

KEEP THE TASER X26 OUT OF THE REACH OF CHILDREN.

ALWAYS REPLACE DPM (ENERGY SUPPLY) THAT INDICATES BELOW 20% DPM / ENERGY CELL LIFE REMAINING.

DROPPING THE X26 MAY DAMAGE THE UNIT. IF A WEAPON HAS BEEN DROPPED OR OTHERWISE DAMAGED, OR IF A WEAPON HAS BEEN EXPOSED TO SIGNIFICANT MOISTURE, DO NOT PUT THE SAFETY SWITCH IN THE UP (ARMED) POSITION UNTIL AFTER CONDUCTING THE "HOW TO TEST FIRE THE AIR CARTRIDGE" INSTRUCTIONS ON PAGE 14. FAILURE TO PERFORM THIS CHECK MAY RESULT IN AN ACCIDENTAL DISCHARGE WHEN THE SAFETY SWITCH IS PLACED IN THE UP (ARMED) POSITION.

KEEP HANDS AWAY FROM THE FRONT OF THE UNIT AT ALL TIMES UNLESS THE SAFETY SWITCH IS IN THE DOWN (SAFE) POSITION.

IF GOING ON AN AIRPLANE, YOU MUST PUT THE TASER X26 IN YOUR CHECKED LUGGAGE. IT CANNOT BE CARRIED ON BOARD. ALTHOUGH THE TASER X26 IS NOT CLASSIFIED AS A FIREARM, YOU SHOULD CARRY THE TASER X26 IN A HARD CASE AND ADVISE TSA PRIOR TO BAG SCREEN THAT YOU ARE CARRYING THE TASER X26 IN YOUR CHECKED BAGGAGE.

ALWAYS REPLACE AIR CARTRIDGES BY THE 5 YEAR EXPIRATION DATE PRINTED ON EACH AIR CARTRIDGE.

HANDLE WITH CARE. PROBES MAY DEPLOY UNEXPECTEDLY IF EXPOSED TO STATIC ELECTRICITY OR PHYSICAL SHOCK. DO NOT POINT TOWARD FACE. KEEP HANDS CLEAR OF FRONT OF CARTRIDGE.

DO NOT FIRE THE TASER X26 NEAR FLAMMABLE LIQUIDS AND FUMES. THE TASER X26 CAN IGNITE GASOLINE OR OTHER FLAMMABLES. SOME SELF-DEFENSE SPRAYS USE FLAMMABLE CARRIERS LIKE ALCOHOL AND WOULD BE EXTREMELY DANGEROUS TO USE IN IMMEDIATE CONJUNCTION WITH TASER X26.

THE TASER X26 CAUSES TEMPORARY INCAPACITATION AND THE INABILITY FOR SUBJECTS TO CATCH OR PROTECT THEMSELVES IN A FALL. THIS INCAPACITATION AND THE RESULTING FALL CAN BE DANGEROUS AND EVEN FATAL UNDER SPECIFIC CIRCUMSTANCES. FOR EXAMPLE, SOMEONE SHOT BY THE X26 IN A HIGH PLACE COULD BE SERIOUSLY INJURED IN A FALL OR SOMEONE SHOT IN A SWIMMING POOL COULD POSSIBLY DROWN AS THEY COULD NOT SWIM OR SUPPORT THEMSELVES.

WHENEVER THE TASER X26 IS BEING USED DURING TRAINING OR DEMONSTRATIONS, MAKE SURE THAT TWO PEOPLE ARE ACTING AS HANDLERS TO SUPPORT THE UPPER ARMS OF THE PERSON BEING SHOT, ONE ON EITHER





## GENERAL WARNINGS CONT.

UPPER ARM, SO THAT THE PERSON CAN BE SAFELY SUPPORTED AND LOWERED TO THE GROUND AFTER BEING HIT. PROVIDED THAT NO PROBES ARE ATTACHED TO THE PERSONS ARMS, THERE SHOULD BE NO ELECTRICAL PULSES FLOWING INTO THE HANDLERS AND THEY CAN SAFELY SUPPORT THE PERSON BEING SHOT WITHOUT ANY NEGATIVE IMPACT

THE TASER X26 CAUSES MUSCLE CONTRACTIONS THAT MAY RESULT IN ATHLETIC EXERTION TYPE INJURIES TO SOME PEOPLE.

ALWAYS MAKE CERTAIN YOUR SAFETY SWITCH IS IN THE DOWN (SAFE) POSITION WHENEVER YOUR TASER X26 IS LOADED AND NOT INTENDED FOR IMMEDIATE USE.

IT IS RECOMMENDED THAT YOU CARRY THE TASER X26 ONLY IN A CERTIFIED HOLSTER OR CARRYING CASE. CONTACT THE COMPANY FOR DETAILS ON HOLSTERING ACCESSORIES.

DO NOT CARRY THE DPM IN A POCKET OR ANYWHERE THE GOLD CONTACTS MAY TOUCH METAL. ONCE OPENED, STORE DPM IN THE X26 WEAPON.

## WHAT IS THE TASER X26?

The TASER X26 is a conducted energy weapon that utilizes compressed nitrogen to deploy two small probes up to 15 or 21 feet (4.5 or 6.4 meters) (21 foot cartridges sold to law enforcement and security agencies only). These probes are connected to the weapon by high-

voltage insulated wire. When the probes make contact with the target, the TASER X26 transmits powerful electrical pulses along the wires and into the body of the target through up to two inches of clothing.

The TASER X26 is the fourth generation of TASER® brand conducted energy weapons. Conducted energy weapons use electrical energy to effect the signaling mechanisms used by the human body to communicate. This electrical output simply "jams" the communication system of the body. The TASER X26 sends a series of energy pulses quite similar to those used by the brain to communicate with the body. Much like radio jamming, the T-Waves overpower the normal electrical signals within the body's nerve fibers. The human target instantly loses muscular control of his body and cannot perform coordinated action, usually falling to the ground.

## HISTORY OF TASER® WEAPONS

TASER® is a brand name for our less-lethal weapons. TASER unofficially stands for Thomas A. Swift's Electric Rifle (T.A.S.E.R.), named after the boyhood hero in Thomas Appleton's 1910-1941 Tom Swift book series, of the original TASER inventor, Jack Cover. The generic term for these weapons is conducted energy weapons.

focused individuals.

## THE FIRST GENERATION TASER STUN FIREARM WEAPON: 1974



The original, first generation TASER was introduced in 1974. This system used a 7-Watt pulsed energy discharge to "stun" the target, creating a stun effect by stimulating the nervous system with electrical interference. Muscles, over-stimulated by the electrical energy, are stunned and the target usually capitulates under the discomfort of the stun effect. These 7-Watt systems have had an effectiveness rating varying from 33% to 86%. Highly motivated individuals, or people under the influence of narcotics that numb the normal human pain-response mechanism can maintain an ability to fight through the effects of these first generation weapons.

## THE SECOND GENERATION AIR TASER STUN WEAPON: 1995



TASER International introduced the second generation of TASER technology with a 7-Watt output in 1995: the AIR TASER 34000 series. The 2nd generation 34000 series improved on the 1st generation by reducing the size and weight by over 50%, adding battery level indicators, and adding an automatic discharge timer. While the AIR TASER improved many features of the original TASER, 7-Watt output power could be overcome by aggressive,

## THE THIRD GENERATION ADVANCED TASER M26 EMD WEAPON: 1999



In 1999, TASER International introduced the 3rd generation of TASER technology with the ADVANCED TASER M26. Unlike the earlier 7-Watt stun systems, the ADVANCED TASER operates at 26 Watts with a newly developed pulsed energy output, known as Electro-Muscular Disruption, or EMD Technology. These higher-powered EMD systems not only stun the target; they directly stimulate the muscles, causing an uncontrollable contraction. The uncontrollable muscle tissue contraction caused by the EMD Technology allows the M26 to physically debilitate a target regardless of pain tolerance or mental focus.

Since the launch of the M-Series, thousands of elite volunteers from SWAT teams, military Special Forces, and police agencies were hit with the 26-Watt M26 ADVANCED TASER EMD systems with over 99% immediate incapacitation rate. Each individual was immobilized in less than 1/2 second. The ADVANCED TASER M26 has a 94% success rate in actual uses. The ADVANCED TASER M-Series are the first non-lethal weapons that stop focused, goal-oriented individuals. Now, the fourth generation TASER® technology refines the EMD effect with new patent pending Shaped Pulse™ technology.

3

## THE FOURTH GENERATION TASER X26 EMD SHAPED PULSE™ TECHNOLOGY: 2003



The Shaped Pulse Generator is the technology revolution that made the X26 possible. Like the TASER® weapons before it, the X26 fires two probes up to a distance of 21 feet (6.4 meters). The X26 transmits pulsed energy through the wires into the central nervous system of the target causing immediate involuntary incapacitation.

Previous generation conducted energy weapons use a simple high-energy, "blunt" pulse to penetrate through the skin and clothing barriers that serve as protective armor around the body. Well over 90% of the energy is lost in the process of barrier penetration. For this reason, high power levels (26-Watts) are required to generate an EMD effect, requiring large batteries that add weight and size to the M26 weapon (18 ounces total).

The 4th generation patented Shaped Pulse technology in the X26 uses a highly refined energy pulse that concentrates a small portion of energy to first penetrate the barrier, while the majority of electrical charge is held in reserve, flowing freely through the barrier once the leading edge has penetrated. The Shaped Pulse is comprised of two pulse phases.

The first phase, called the "Arc Phase" is optimized to generate a very high voltage to penetrate clothing, skin or other barriers. The "Arc Phase" is a very high voltage short duration pulse that can arc through up to 2 inches of clothing or barriers. Once the arc is created, the air in the

arc is ionized and becomes a low impedance electrical conductor that conducts the second pulse phase into the body.

The second phase of the Shaped Pulse is the stimulation phase, or "Stim Phase." The Stim Phase does not have to arc across a barrier, since this was accomplished by the Arc Phase. The Stim phase only has to flow across the highly conductive arc from the Arc Phase. Hence, the Stim Phase is optimized to provide maximum incapacitation for a human target while operating at super-efficient power levels.

The timing is so fast that to most electronic instrumentation, and all human observers, the Shaped Pulse appears as just one output pulse (arc).

The result of Shaped Pulse EMD technology is a high-performance, highly efficient non-lethal weapon with an incapacitating effect that's 5% greater than even the vaunted M26, in a weapon that is 60% smaller, 60% lighter and consumes 1/5th the power.

4



## Traditional "Blunt" Pulse

High energy pulse "brute force" barrier penetration.



Over 90% of the energy is lost during barrier penetration. (The energy is lost as heat even if there is no barrier.)

## New Shaped Pulse™

Sharp, high voltage leading edge penetrates barrier, energy then flows freely through the arc to stimulate the subject's nervous system.



Almost 100% of the energy penetrates the barrier to incapacitate the target.



# INCAPACITATION RATINGS



|  | AIR TASER MODEL #34000 | ADVANCED TASER M26 | TASER X26 |

## MEASURING INCAPACITATION: MDU'S

In order to optimize the Shaped Pulse technology that made the X26 possible, our development team first needed to develop a tool to quantify the Electro-Muscular Disruption (EMD) effect of the ADVANCED TASER M26. That tool is a proprietary bio-response rating scale known as MDUs or Muscular Disruption Units. MDU's quantify the amount of incapacitation caused by a pulsed energy weapon. Since the M26 is well established as the superior standard in less-lethal incapacitation, the effect of the M26 is defined as the baseline at 100 MDU's. In the final development, the X26 was tuned to operate at 105 MDU's, or 5% above the M26, offering the highest degree of take down power ever available.

# TASER X26

WITH SHAPED PULSE TECHNOLOGY



- Illumination Selector
- Safety (ambidextrous)
- Serial Number Plate
- Mechanical Sights
- Nitrogen Propulsion System
- Air Cartridge
- AFID Tags
- Enhanced Grip Zones
- DPM Release
- Probes
- Trigger
- DPC Digital Pulse Controller
- Stainless Steel Shock Plates
- Laser Sight
- DPM Digital Power Magazine
- High Voltage Insulated TASER Wire
- Blast Doors
- Low Intensity Lights

## TASER X26 FEATURES AMBIDEXTROUS SAFETY SWITCHES



The safety switches on the X26 alternate the weapon between "Safe" and "Armed" modes. The safety shows a green "S" when the safety is in the down (safe) position and shows a red "F" when the safety is in the up (armed) position. When the safety switch is in the down (safe) position power is removed from the weapon. When the safety switch is in the up (armed) position the trigger is armed, the CID illuminates, and the laser/low intensity

illuminators are activated.

## DIGITAL POWER MAGAZINE (DPM):



The Digital Power Magazine is a custom lithium energy cell power supply system for the X26. The bottom of the DPM is protected by a stainless steel shock plate. In addition to the lithium energy cells that power the X26, the DPM also contains an on board memory chip (DPM %Life Monitor) that maintains a

7

continuously running record of the remaining power level in the DPM. The DPM's on-board memory also contains specific information of energy cell performance and life expectancy for the energy cell pack over temperature and for various loads. The X26 keeps track of how much the various features of the weapon are affecting the energy cell life and updates the memory in the DPM accordingly. The table on the next page shows how many hours of operation a new DPM provides for each operating mode.

**Do not store the DPM anywhere that the gold contacts on the top of the DPM may touch metal objects.** If you cause an electrical short between these contacts, it will drain the lithium energy cells, but the DPM will continue to show 99% power. The power level indicator only registers power consumed by the X26. If you

## DPM ENERGY CELL LIFE TABLE

| Mode | Temperature | | | | Units |
|------|-------------|--|--|--|-------|
| | -20° C (-4° F) | 0° C (32° F) | 25° C (77° F) | 40° C (104° F) | |
| Safe | 10 + | 10 + | 10 + | 10 + | Years |
| Laser Only (LO) | 14 | 30 | 48 | 59 | Hours |
| Only Flashlight (OF) | 6 | 14 | 22 | 27 | Hours |
| Laser & Light (LF) | 5 | 10 | 16 | 20 | Hours |
| Stealth (OO) | 27 | 59 | 93 | 113 | Hours |
| Firing | 435 | 875 | 1,300 | 1,750 | Seconds |

The DPM is rated to 260 firings (full 5-second bursts) at room temperatures (25° C or 77° F). The number of firings in field use will increase for warmer temperatures and decrease for colder temperatures. The X26 has a built-in temperature sensor that will compensate the DPM %Life Monitor to account for temperature conditions. Firings at cold temperatures will deduct more %Life than firings at warmer temperatures.

short circuit the DPM, the DPM will malfunction and the energy lost during the short circuit will not be registered or tracked in the DPM.

## CENTRAL INFORMATION DISPLAY (CID):



The CID is a two digit display on the back of the X26. The CID communicates the following information:

## 0-99% DPM POWER LEVEL (ENERGY CELL INDICATOR)

When the safety switch is up (armed), the CID will display the percentage of DPM power remaining. This indication will last for 5 seconds. After 5 seconds, the CID will display two dots to indicate the weapon remains armed.

## BURST TIME COUNTDOWN

When the X26 is deployed, it delivers a 5-second Shaped Pulse energy burst. The CID displays a countdown from 5 to 0 indicating how

many seconds remain in the current burst. The burst can be stopped at any time by positioning the safety switch to the down (safe) position.

## ILLUMINATION STATUS

The X26 is equipped with a laser sight in addition to two low-intensity lights. When the Illumination Selector Switch is depressed the CID will display one of four codes to indicate which illuminators will be activated upon arming of the X26. The illumination selector switch operates only when the safety switch is in the down (safe) position.

LF: Laser and Flashlight both illuminate

LO: Laser Only will illuminate

OF: Only Flashlight will illuminate

OO: (Off / Off) Nothing will illuminate

## WARRANTY AND GENERAL SYSTEM STATUS

When the DPM is installed, the X26 performs a system diagnostic and the CID will display the codes below indicating the warranty status of the unit. The X26 ships with a standard 1 year limited warranty. This warranty starts from the date the weapon is first activated with the trigger (the warranty can be extended by purchasing extended warranty DPM packs).

To check the warranty status at any given time, remove the DPM for five seconds, then reinstall. Once the DPM is installed, the codes below will be displayed:

### 1. Date of Warranty Expiration

The unit will display the date of warranty expiration as YY (year) for 2 seconds followed by MM (month) and day of expiration.

Extended warranties are available for purchase, but extended warranties can be applied only before the expiration of the

unit's existing warranty. See "Warranty" section for details.

After the Warranty Date, Double Bars (- -) will show for 2 seconds as a separator before showing the current system date and time (GMT).

### 2. Current System Date and Time

The current system date and time will be displayed as YY (Year), MM (Month), DD (Day), HH (Hour), MM (Minute). Each number displayed will last for 2 seconds. The system time can only be reset by persons with password access using the USB Dataport system. The system time is always displayed in GMT.

After the System Time, Double Bars (--) will be displayed as a separator.

### 3. Current System Temperature

The current internal temperature of the X26 measured inside the unit will be displayed in Celsius. If the temperature is below zero, the number will blink to indicate a negative number. After the system temperature, double bars (--) will be displayed as a separator.

### 4. Software Version

The last number displayed in the system diagnostic display is the software version number. Upgrades to the weapon software are made through a DPM which allows the weapon to be upgraded to new software without returning it to the factory. Specific instructions for uploading new software versions are included with the new DPM.

## RE-ARM REQUIRED STATUS

If the X26 safety switch is left in the up (armed) position for more than 20 minutes, the system will shut down into a Re-Arm required status to preserve DPM battery life.

To re-arm the weapon simply cycle the safety switch to the down (safe) position, then back to the up (armed) position.

## DIGITAL PULSE CONTROLLER (DPC):



The Digital Pulse Controller (DPC) is an internal circuit including the microprocessor of the X26 and various support hardware. When the X26 is fired, the DPC measures the time between each shaped pulse discharged from the weapon. The DPC then regulates the power throughput of the pulse generator to maintain a constant pulse rate.

In previous generation pulse energy weapons such as the M26, the pulse rate of the weapon would vary greatly depending on battery conditions. Particularly, in colder weather, the pulse rate could slow dramatically as battery performance decreased. The DPC in the X26 adjusts power consumption to compensate for changes in environmental conditions in order to maintain a constant pulse rate, and therefore consistent incapacitation performance, across a broad temperature range from - 4° F (- 20° C) to 122° F (50° C).

The DPC automatically delivers a 5-second burst for each pull of the trigger. The DPC uses a constant pulse rate for optimal performance. The DPC runs at 19 pulses per second.

## INTEGRATED LASER SIGHT:



Laser    LIL

The TASER X26 comes standard with an integrated laser sight. The laser sight activates automatically when the safety switch is in the up (armed) postion (unless this function is disabled using the Illumination Selector). The laser sight will indicate the location where the top probe will impact the target.

## LOW INTENSITY LIGHTS (LIL):

The TASER X26 comes standard with two super-bright LED illuminators to provide a degree of illumination in very dark conditions to both aid the officer in observing suspect behavior, and to provide a degree of vision impairment to the suspect (it is difficult to discern the X26 operator behind the LIL in dark conditions). The LIL activates automatically when the safety switch is in the up (armed) postion (unless this function is disabled using the Illumination Selector).

## ILLUMINATION SELECTOR



**Top View**

This switch changes which features will illuminate when using the X26. In order to change the illumination setting:

1. Place the safety switch in the down (safe) position, remove the air cartridge and aim the X26 in a safe area (such as toward the ground).

2. Press and hold the Illumination Selector for approximately 1 second until the CID display illuminates.

3. Press and release the Illumination Selector to toggle through the four available settings until the setting you desire is designated on the CID. Stop when the setting you desire is displayed. The Codes are listed below:

*LF:* Laser and Flashlight both illuminate

*LO:* Laser Only will illuminate

*OF:* Only Flashlight will illuminate

*OO:* Neither laser nor light will illuminate

The X26 displays the selected mode on the information display as well as activates the selected features for 5 seconds, then reverts back to the safe mode.

## INTERNAL USB DATAPORT:



The X26 has a highly advanced dataport download function that stores the time, date and duration of the firing cycles. This data protects officers from claims of excessive use of force by providing complete and accurate documentation of the time and date for each firing. The dataport also provides law enforcement with a powerful management tool to track usage patterns and prevent misuse.

The X26 improves upon the M26 dataport system:

**USB Plug and Play:** The X26 interface uses a USB "plug and play" adapter (sold separately) to connect to any Windows® 98, 2000, XP or ME computer. Whereas the M26 used a serial interface that required users to deal with the infamous "Com Port" error and other issues, the simplicity of USB makes using the dataport a much easier and faster process.

**Interior data connection:** The dataport on the M26 used an Ethernet style connector on the outside of the weapon. This required a separate rubber plug to keep dirt and moisture from penetrating into the weapon. On the X26, the dataport interface is inside the DPM compartment and can only be accessed by removing the DPM. This reduces the risk of particulate matter and moisture penetrating to the operating electronics of the X26.

11

**Automatic Daylight Savings and Time Zone Calculations:** The X26 is programmed to Greenwich Mean Time (GMT). The conversion to local time, including adjustments to daylight savings time, are all computed in the PC based software. There is no need to program the weapon to local time or to reprogram the weapon to daylight savings time. Each weapon is programmed to GMT at the factory, and should only need to be re-programmed in the field in the event of a malfunction or loss of power for an extended period of time. The X26 data download reports show the time and date in both GMT and local time. If the X26 time is ever lost or reprogrammed, the firing log will show the time change information in the fire log data.

**Secure ".x26" data files:** The data downloads are saved in encrypted data files that are secure from tampering. This preserves the admissibility of X26 dataport download reports for court admissibility. The X26 will store the last 1500 + firings in its memory.

**Duration of discharge and temperature:** The X26 dataport stores not only the time and date of each discharge, but also the duration of each discharge and the system internal temperature at the time of discharge. If the trigger is pressed again and held down during the first 5-second discharge, this is counted as one firing period (even if the trigger is held down beyond the normal five seconds, extending the cycle). If the first firing stops and the trigger is pressed again, the log will show two separate firings.

### AFID CARTRIDGE TRACKING



Every time an Air Cartridge is deployed, up to 40 small confetti-like ID tags called AFIDs are ejected, as have all preceding TASER

International products. Each AFID is printed with the serial number of the cartridge deployed, allowing departments to determine which officer deployed the cartridge.

## HIGH VISIBILITY SIGHTS



The mechanical sights on the X26 are molded in a bright yellow polymer to assist visualization in aiming the weapon.

## STAINLESS STEEL SERIALIZATION PLATE

**Top View**



Every X26 is serialized with a stainless steel plate.

## STAINLESS STEEL SHOCK PLATES



The DPM and internal components of the X26 are shielded by protective plates of stainless steel mounted to the high impact polymer frame.

## ENHANCED GRIP ZONES



Shaped Pulse technology enables the X26 to be packaged in such a small weapon that the human interface is critical. The handle of the X26 is optimized for maximum grip in a minimal package. Enhanced grip zones strategically located in the areas of maximum hand-to-weapon friction offer superior grip and weapon control under stress.

## EXOSKELETON HOLSTER



The X26 ships with an eXoskeleton holster that conveniently carries the X26 on the belt. A variety of accessories are available for the eXoskeleton including cartridge carriers, and other attaching means such as the quick-release BladeTech Tek-Lok™.

The eXoskeleton is ambidextrous and can be reconfigured for left-hand carry in a matter of minutes with an included hex key. See Holster Reconfiguration, Page 22.

## OTHER ACCESSORIES (SOLD SEPARATELY):

## EXTENDED DIGITAL POWER MAGAZINE (XDPM)



SPARE CARTRIDGE

For those officers who seek an even more secure grip, an Extended Digital Power Magazine (XDPM) is available separately. The

13

XDPM extends the handle for a more secure grip and offers a convenient storage location for a spare cartridge.

## DUAL CARTRIDGE HOLSTER



The Dual Cartridge Holster attaches to the top of the eXoskeleton holster (screws and hex key included), allowing you to carry two spare cartridges conveniently on your belt. The Dual Cartridge Holster can also be attached to a Tek-Lok belt mount by itself (or even two Dual Cartridge Holsters can be attached to a Tek-Lok, holding 4 Cartridges on your belt).

## OPERATING THE X26



## HOW TO INSTALL THE DPM:

The unit is shipped with the DPM pre-installed. To change the DPM:

14

1. Place the safety switch in the down (safe) position.

2. Remove the Air Cartridge.

3. To unload the DPM, depress the DPM release button and remove the DPM from the handle of the weapon.

4. Wait approximately 5 seconds, then reinstall the DPM. When the DPM is installed, the X26 will run a system diagnostic and display the following information:

System Diagnostic Data:

1. Warranty Expiration (Year, Month, Day --)
2. Current System Time
   (Year, Month, Day, Hour, Minute, --)
3. Current X26 Internal Temperature (C)
   (blinking indicates negative value, --)
4. Software version number

## HOW TO TEST FIRE THE X26 WITHOUT AN AIR CARTRIDGE



KEEP FINGERS CLEAR

1. Always keep your fingers away from the front of the unit unless the safety switch is in the down (safe) position. **DO NOT POINT AT PEOPLE UNLESS INTENDING TO FIRE.** Never place fingers on the shaded area shown in the illustration and try to remove an Air Cartridge unless the safety switch is in the down (safe) position. This area will emit EMD Pulses whenever the unit is firing, so do not touch this area or you could get stunned. **ALWAYS HAVE THE SAFETY SWITCH IN THE DOWN (SAFE) POSITION BEFORE REMOVING AIR CARTRIDGES OR TOUCHING A LOADED AIR CARTRIDGE.**

UNLOADED



LOADED



**2.** Next, test fire the unit WITHOUT the Air Cartridge in place. Make sure the unit is unloaded. If the unit is not loaded with an Air Cartridge, it will function as a "Stun Gun." The term stun gun is typically used to denote the arcing action of a TASER when no Air Cartridge is present or when the spent Air Cartridge is left in place and then directly applied to a target. Touching this electrical arc to a person will deter the subject. This is explained in further detail in the Drive Stun section. Note, from this point forward the term Drive Stun will be used to describe the arcing action of the X26 when turned on without an Air Cartridge or when an Air Cartridge has been fired and will be directly applied to a human target. To demonstrate the Stun Gun feature:

**A.** Hold the unit with fingers away from the front area.

**B.** Place the safety switch to the up (armed) position. Before pressing the Trigger Switch, remember the unit will fire for 5 seconds automatically unless you interupt the cycle with the safety switch.

**C.** Press the Trigger Switch.

**D.** Place the safety switch to the down (safe) position. Once the unit has fired for a second or two, place the safety in the down (safe) position. Do not allow the unit to go through the entire timing cycle as this will deplete the DPM unnecessarily.

## LOADING THE AIR CARTRIDGES

**AS SOON AS THE TASER X26 IS LOADED WITH AN AIR CARTRIDGE, IT IS A "LIVE" WEAPON. TREAT IT VERY CAREFULLY. DO NOT POINT AT PEOPLE UNLESS INTENDING TO FIRE.** The Air Cartridges are very easy to load and unload. To load, simply take an Air Cartridge and snap it into the front of the unit.



15

The Air Cartridge has been specifically designed so there is no "up" or "down" position - enabling you to quickly reload it in a stressful situation without worrying about putting it in upside down.

To unload the Air Cartridge, first make sure the Safety switch is in the down (safe) position. If you touch the Air Cartridge while the unit is firing, you will be shocked by the stun electrodes on the front. Once the safety is down, simply squeeze on the two round release buttons on the side of the Air Cartridge and pull it out. You can now reload with another Air Cartridge. The probes, the compressed air, and the TASER wires are all contained in the Air Cartridge -- all you have to change is the Air Cartridge to be ready to shoot again.

**NEVER ATTEMPT TO OPEN AN AIR CARTRIDGE PRIOR TO FIRING — TAMPERING WITH A LIVE AIR CARTRIDGE COULD CAUSE IT TO FIRE OR MALFUNCTION.**

**HANDLE WITH CARE. PROBES MAY DEPLOY UNEXPECTEDLY IF EXPOSED TO STATIC ELECTRICITY OR PHYSICAL SHOCK. DO NOT POINT TOWARD FACE. KEEP HANDS CLEAR OF FRONT OF CARTRIDGE.**

## PRACTICE FIRING

1. Set up the target in a location where there are no hard objects. Set up a practice target on a cardboard, corkboard or dry wall area or use a firing range. Make sure there are no metal objects behind the target or right around it that could cause a ricochet.

2. Learn to judge 21 feet (6.4 meters). It is much further than most of us imagine. Get a tape measure and measure out 21 feet (6.4 meters) from the target. In most rooms, you will not be able to get that far away. However, know your limits and never fire the TASER X26 at a target more than 21 feet (6.4 meters) away. The X26 can be fired from 0-21 feet (0-6.4 meters), but the optimal range is 7-15 feet (2.1-4.5 meters) to keep a safe distance from the threat. Optimum range provides a balance between several factors. Very close range results in high accuracy but less probe spread and a much greater chance of officer injury. Long range provides increased officer safety and increased probe spread, but increases the likelihood of a missed shot. A range of 7-15 feet (2.1-4.5 meters) provides the best overall compromise between accuracy and officer safety.



HOLD LEVEL



DO NOT TILT



# DISTANCE = 7 X SPREAD



|  | .6 m | 1.5 m | 2.1 m | 3 m | 4.5 m | 6.4 m |
|---|---|---|---|---|---|---|
| Distance to Target | 2 ft | 5 ft | 7 ft | 10 ft | 15 ft | 21 ft |
| Spread | 3" | 8" | 12" | 17" | 25" | 35" |
|  | 7.6 cm | 20 cm | 30.5 cm | 43.2 cm | 63.5 cm | 89 cm |

**3.** Always hold the TASER X26 level when firing. NEVER TILT THE UNIT SIDEWAYS UNLESS THE TARGET IS PRONE OR AT AN ANGLE. The TASER X26 deploys 2 probes. The first probe will go where you are aiming (center of the chest of the target). The second probe is aimed slightly down so the probes spread apart and can inject T-Waves into a greater area of the target, making it more effective. If you tilt the TASER X26, it will misdirect the bottom dart. The rule of thumb is that for every 7 feet (2.1 meters) the probes travel, there will be 1 foot (30.5 cm) of separation between the probes - see chart.

**4.** Use the sight on the top of the TASER X26 to aim similar to a firearm or, use the laser sight to aim. However, it is important to learn to aim without the laser sight in case you need to deploy the TASER X26 in bright lighting conditions where the laser dot may not be visible.

**5.** Fire. Place the safety switch in the up (armed) position. Next, aim at the center of the target and gently squeeze the Trigger Switch. There will be a popping sound, but there is very little "recoil." Notice the pulsed energy on the surface of the practice target. These pulses are not visible in a real confrontation because they are absorbed by the body of the target. These pulses are also very loud on paper targets. When deployed in actual use, the pulses should be much quieter. Always place the safety switch in the down (safe) position before removing the Air Cartridge.

**AGAIN, ALWAYS KEEP YOUR FINGERS AWAY FROM THE FRONT OF THE TASER X26 UNLESS THE SAFETY SWITCH IS IN THE DOWN (SAFE) POSITION.**

## "DRIVE STUN" BACKUP

To use the drive stun after deploying an air cartridge, press down the trigger switch, then press the front of the TASER X26 firmly against the body of an assailant, driving the X26 into him. Simply "touching" the X26 is not sufficient. A combative subject will not "pass out" or simply collapse from a "touch" stun. He is likely to recoil and try to get away from the stun electrodes. Hence the term "Drive-Stun" — it is necessary to aggressively drive the front of the X26 into the subject for the entire 5-second burst for maximum effect.

The TASER X26 works for "Drive Stun" with a <u>used</u> Air Cartridge or without the Air Cartridge in place. If an Air Cartridge has been fired, and stays in place, the metal electrodes or prongs on the front of the TASER X26 will deliver pulsed energy directly to the body of the target

17

without having to remove the Air Cartridge. The drive stun works more effectively when aggressively applied to pressure points on nerve bundles. This involves the brachial area, common peronial, mastoid, and pelvic triangle. A simple "touch" will not incapacitate an aggressive subject. The TASER X26 must be actively depressed or aggressively driven into the nerve bundles in a "drive stun" manner to be effective in drive stun mode.

## RECOMMENDED DRIVE STUN AREAS FOR MAXIMUM EFFECT



## QUICK REVIEW OF HOW TO USE THE X26:

1. Place the safety switch in the up (armed) position.

2. Aim for the center of the back or the chest of the subject. However, if the subject is wearing a thick jacket, aim for the legs or area of tight fitting clothes if possible).

3. Deploy — simply squeeze the Trigger to deploy the probes.

4. If the subject is not down or there are multiple subjects (or you are attacked from behind), hold the unit firmly and prepare to use it in "Drive Stun" mode.

5. The TASER X26 can be used for Drive Stun
**18**

with the **used** Air Cartridge still in the weapon or without a cartridge in place. However, if there is an **unused** cartridge in place, remember that the cartridge will fire probes first before you can use the TASER X26 for Drive Stun. Once the probes have been launched you can use the TASER X26 for a drive stun.

## WHEN TO USE THE TASER X26

The TASER X26 is a serious, state of the art, defensive weapon and should be treated accordingly. Although the unit is designed to be as nonviolent as possible in stopping a combatant, its use can result in injuries such as getting a probe embedded in an eye, or secondary injuries related to falling. Be sure, however, not to fire at a subject who is over 21 feet (6.4 meters) away (measure 21 feet (6.4 meters) to see how far this is — it will probably be further than you think). If you do fire at someone more than 21 feet (6.4 meters) away, the probes will not have sufficient TASER wire to reach the target. REFER TO YOUR DEPARTMENT'S USE OF FORCE AND DEPLOYMENT POLICY ON WHEN TO USE THE X26.

## STORAGE FOR THE X26

Always store the X26 in the eXoskeleton holster. This will protect the weapon, and will prevent accidental discharges. The eXoskeleton is designed such that the safety is retained in a safe position. The X26 is a complex electronic device. Hence, there is a (very small) possibility that an electronic malfunction could cause the weapon to fire. Should this highly unlikely event happen, the eXoskeleton holster is designed to automatically move the safety switch to the down (safe) position.

If you are storing the X26 at home, it should be kept well away from children. In general, we recommend you treat the TASER X26 exactly as you would a gun — find a place that is accessible only to you, but not to children or other people unfamiliar with its use.

## TEMPERATURE RANGE

The X26 is designed to operate from -5° F (-20° C ) to 122° F (50° C).

## MAINTAINING THE X26

Replace the DPM whenever the CID indicates less than 20% DPM life remaining.

Replace spent cartridges and always be careful to throw out used Air Cartridges where the sharp probes will not injure anyone.

Replace cartridges beyond expiration date. Use expired cartridges only for training.

Never throw out a "live" Air Cartridge, and especially not into a fire as this could cause the Air Cartridge to burst.

## TASER X26: EFFECTIVE TAKE DOWN POWER

Effective Target Zones



Sprays   TASER   Guns
Technology

TASER technology is so highly effective because the electrical signal penetrates the nervous system regardless of the placement of the probes. The entire human body is covered by a neural net which the TASER X26 uses to knock out the target. Because the Shaped Pulses can penetrate approximately 2 cumulative inches of clothing, the probes do not have to penetrate the flesh or cause bodily harm to be effective.

For a bullet to be instantly effective, it must hit the brain or spinal cord. Similarly, chemical sprays must hit an assailant accurately in the face. The TASER X26 can be used more easily and effectively than other less-lethal technologies.

## EFFECTIVENESS ON ANIMALS:

The nervous systems of animals differ greatly from human beings. The TASER X26 is designed to be effective on a human subject. Accordingly, it will not be as effective at incapacitating an animal as it is on a human being. The TASER X26 should not be used as sole protection from wild, uncontrollable, or attacking animals. Law enforcement can use the TASER X26 on dogs, but it is advisable to have animal control officers present to "collar" the incapacitated dog while the X26 is operating.

TASER International manufactures a higher power TASER MX for use against animals. This system is calibrated for maximum effects on large animals and has been tested on animals as large as a 1,200 lb bull resulting in complete incapacitation. The TASER MX is not rated for safe human use. More information is available at www.TASER.com.

# eXoskeleton Holster Assembly



## PARTS LIST

| ITEM | DESCRIPTION | QTY. |
|------|-------------|------|
| 1 | HOLSTER BODY | 1 |
| 2 | STAINLESS STEEL PLATE | 1 |
| 3 | STAINLESS STEEL WASHER | 3 |
| 4 | HOLSTER STRAP | 1 |
| 5 | HOLSTER SCREW | 3 |
| 6 | HOLSTER BOLT | 3 |
| 7 | SNAP OR ONE BACK TOP PLATE | 1 |
| 8 | HOLSTER STRAP | 1 |
| 9 | SNAP ASSEMBLY. STRAP | 1 |
| 10 | BELT LOOP | 1 |
| 11 | BELT LOOP ADJUSTMENT BAR | 1 |
| 12 | BELT LOOP BAR SCREW ' | 2 |
| 13 | 3/32 HEX ALLEN WRENCH | 2 |

ADDITIONAL TOOL SATOR HARDWARE
PROVIDED WITH EVERY HOLSTER

BELT LOOP AND STRAP ASSEMBLY DIAGRAM



FINISHED LEFT-HAND CONFIGURATION

21

# SPECIFICATIONS: TASER X26 (LAW ENFORCEMENT MODEL)

| | |
|---|---|
| Size | 175 cm³ (10.7 cubic in.)<br>15.3 cm x 8.2 cm x 3.3 cm (6.0" x 3.2" x 1.3") |
| Weight | 175 grams (0.45 pounds or 7 ounces) |
| Incapacitation | 105 MDU's (Muscular Disruption Units) |
| Power Output | Shaped Pulse Discharge<br>50,000 Peak Voltage<br>2.1 Milliampere Average Current (0.0021 Amperes)<br>151 Milliampere Root Mean Square Body Current (0.151 A rms) |
| Range | 0-7 Meters (0-21 ft) plus contact stun backup capability |
| Digital Power Magazine (DPM) | Power Source w. Lithium Energy Cells and Digital Memory<br>6 Volt Input, 10 yr shelf life, 260 firings at 25°C |
| Energy Cell Indicator | 00 - 99% Remaining Power Level |
| Digital Pulse Controller (DPC) | Automatic 5 sec burst (interruptible)<br>19 pulses per second |
| Clothing Penetration | Up to 5 cm (2 inches) |
| Temperature Range | -5° F (-20° C ) to 122° F (50° C) |
| USB Dataport System | Stores Time, Date, Duration of Trigger Pull, Temperature, DPM Status of over 1,500 firings. Data accessed through USB into secure file format on Windows PC. |
| Target Illumination | 650 nm laser sighted to center grouping at 13 feet plus two super bright LED's for Low Intensity Illumination |
| Cartridges | 15 or 21 foot (4.5 or 6.4 meters) range, 1800 psi nitrogen propellant, reversible design with 8° probe separation angle. Extra-clothing penetration cartridges and training simulation cartridges are also available. |
| Central Info Display (CID) | 2 Digit LED displays energy level, burst time, warranty expiration |
| Safety | Ambidextrous levers with Safe "S", Fire "F" markings |
| Holster | eXoskeleton molded polymer and stainless steel holster included. Ambidextrous (shipped in right hand configuration). |
| Warranty | 1-year standard, extended warranties available |

## THE SAFETY RECORD

Because the TASER X26 "jams" the communication system of the body, it does not need to cause bodily injury to be effective. It is the nature of the signaling effect within the nervous system that makes it effective. The graph below uses internationally recognized safety guidelines for electrical currents. The safe area is considered safe electrical exposure for a 2-year-old child or a 75-year-old man. Notice the TASER X26's output is well below the potentially dangerous level. In animal testing, the X26 was found to have a safety margin of 20 times (the X26 was 1/20th of the danger level).

The TASER X26 was tested extensively on both animals and human volunteers and has been found to cause no dangerous cardiac or other effects. Further, the TASER output will not damage an implanted pacemaker. Pacemakers are designed to withstand the pulses of electrical defibrillators hundreds of times stronger than TASER pulses.



**Electrical Safety Levels**
TASER X26 and M26



## LEGALITY

The Bureau of Alcohol, Tobacco, and Firearms (ATF) has classified our TASERs as a non-firearm because it uses compressed air, rather than an explosive to launch the projectiles. Because the TASER X26 is not a firearm, it can be carried for off duty use without a permit (check state laws). It can also be purchased through mail order with direct shipment. The TASER X26 is restricted from off duty use in the following states: Washington DC, Hawaii, Massachusetts, Michigan, New Jersey, New York, Rhode Island, and Wisconsin.

## TASER X26 WARRANTY TERMS AND CONDITIONS

### Limited One Year Warranty

TASER International, Inc. ("TASER") warrants that TASER X26's are free from defects in workmanship and materials for a period of one (1) year from the date of first activation. TASER agrees to repair or replace such defective products which, under normal use as defined in the written and video instructions that accompanied the product at time of purchase, fail to function provided that the disclosed defect is determined to be TASER's fault. After one (1) year, TASER offers time and material repair services that vary according to the nature of the problem.

To make a warranty claim, you must first verify that your X26 is within it's active warranty period. To validate your weapon's warranty status, remove the DPM for a period of 5 seconds or more, then reinstall while observing the CID display on the back of the weapon. The CID will flash the date on which the warranty will expire (or has expired).

Customer has the responsibility to return the defective product to TASER International via prepaid postage and provide written information as to the nature of the defect. If damage during the first year is determined by TASER International to be caused by other than a defect in material or workmanship, TASER will charge for time and material repair services that vary according to the nature of the problem.

### "No Questions Asked" Extended Warranty

TASER International, Inc. ("TASER") warrants it will repair or replace any TASER X26

23

for customers who have purchased a "No Questions Asked" Extended Warranty which fails to function for any reason during an additional period of time from the date of first activation (the time duration depends on which extended warranty was purchased). Extended Warranties are sold packaged in a special DPM module. When loaded into an X26, the Warranty DPM will reprogram the X26 to extend its warranty period by a given number of years. **HOWEVER, THE WARRANTY ON AN X26 CAN ONLY BE EXTENDED PRIOR TO THE ORIGINAL EXPIRATION OF THE MANUFACTURER'S 1 YEAR LIMITED WARRANTY.**

Customer has the responsibility to return the defective product to TASER via prepaid postage and provide written information as to the nature of the problem. If the weapon is out of warranty, TASER International will respond with a quotation for repair costs.

## Warranty Terms and Procedure

TASER's sole responsibility under either warranty shall be to either repair or replace, at TASER's sole option, any damaged product and return it via prepaid postage. Air cartridges, batteries, and other accessories are not covered under either warranty. The above warranties are TASER's only warranties and may not be changed or enlarged by any agent, distributor, dealer or other person.

To register a claim under either warranty, first obtain a Return Material Authorization ("RMA") number within the warranty period from TASER by mail or toll free telephone number at 800 418 9283. TASER will advise what parts need to be returned for repairs. Mail the defective parts with postage prepaid together with a written description of the defect to: TASER International, Inc., 7860 East McClain Drive, Suite 2, Scottsdale, Arizona 85260 Attn: Warranty Department. Please note the RMA number on the outside of the package. Please provide your name, address, and phone number of where to return the repaired items. Failure to provide the required information may delay the return of the repaired items.

24

## Warranty Exclusions

**TASER'S WARRANTY AS STATED ABOVE IS THE EXCLUSIVE WARRANTY WITH RESPECT TO THIS PRODUCT. TASER DISCLAIMS ANY AND ALL OTHER WARRANTIES, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, WARRANTIES, WHETHER EXPRESS, IMPLIED OR STATUTORY, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, DESIGN OR FITNESS FOR A PARTICULAR PURPOSE OR ARISING FROM A COURSE OF DEALING, USAGE OR TRADE PRACTICE, OR ANY WARRANTY AGAINST PATENT INFRINGEMENT. IF THE EXCLUSION OF IMPLIED WARRANTIES IS PROHIBITED BY STATE LAW, THEN ANY APPLICABLE IMPLIED WARRANTIES SHALL BE LIMITED TO THE DURATION OF THE EXPRESS WARRANTY DESCRIBED ABOVE AND OTHER PROVISIONS CONTAINED HEREIN.**

**THE EXPRESS WARRANTY STATED ABOVE SHALL BE VOID AND TASER SHALL NOT BE RESPONSIBLE FOR ANY LOSS, DAMAGE OR FOR ANY OTHER LIABILITIES ARISING FROM ALTERATIONS, ADDITIONS, ADJUSTMENTS OR REPAIRS WHICH ARE MADE TO THE PRODUCT BY OTHER THAN AUTHORIZED REPRESENTATIVES OF TASER OR FROM THE USE OF AIR CARTRIDGES OR OTHER PARTS OR ACCESSORIES THAT ARE NOT MANUFACTURED OR RECOMMENDED BY TASER.**

## Accessory Warranties
Accessories come with a 90 day warranty.

## Limitation of Remedies

PURCHASER AGREES TO ASSUME ALL RISKS AND LIABILITY FOR ANY DAMAGES AND BODILY INJURY WHICH MAY RESULT FROM THE DEPLOYMENT, USE OR MISUSE OF THE PRODUCT BY THE PURCHASER OR ANY OTHER PERSON. TASER'S CUMULATIVE LIABILITY TO ANY PARTY FOR ANY LOSS OR DAMAGES RESULTING FROM ANY CLAIMS, DEMANDS, OR ACTIONS ARISING OUT OF OR RELATING TO THIS PRODUCT SHALL NOT EXCEED THE PURCHASE PRICE PAID TO TASER FOR THE PRODUCT. IN NO EVENT WILL TASER BE LIABLE FOR ANY SPECIAL, INDIRECT, INCIDENTAL, EXEMPLARY OR CONSEQUENTIAL DAMAGES, HOWEVER CAUSED, WHETHER FOR BREACH OF WARRANTY, NEGLIGENCE, STRICT LIABILITY OR OTHERWISE, EVEN IF TASER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR IF SUCH DAMAGE COULD HAVE BEEN REASONABLY FORESEEN, AND NOTWITHSTANDING ANY FAILURE OF ESSENTIAL PURPOSE OF ANY EXCLUSIVE REMEDY PROVIDED HEREIN. SOME STATES DO NOT ALLOW FOR THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

TASER®, AIR TASER®, X26™, X26ᶜ™, M26™, M18™, M18L™, MDU™, Shaped Pulse™, and the Globe & Lightning Bolt Logo are trademarks of TASER International.

Patents: U.S. #5,078,117; U.S. #5,771,663 and others pending U.S. and Worldwide.

© 2003, 2004 TASER International, Inc.



**800.978.2737 • 480.991.0797**
**Fax: 480.991.0791 • www.TASER.com**

**Made in the U.S.A.**

TASER®, AIR TASER®, X26™, X26ᶜ™, Shaped Pulse™, M26™, M18™, M18L™, MDU™ and the Globe & Lightning Bolt Logo are trademarks of TASER International. Patents: U.S. #5,078,117; U.S. #5,771,663 and others pending U.S. and Worldwide.

© 2003, 2004 TASER International, Inc.