# EXHIBIT "H"
## Deposition Exhibit 4
(Weapon Information and Lesson Plans)



# Comparison of Injuries
## TASER Technology Reduces Injuries

Suspect Injured ■ Officer Injured / Effected

Source: Study of Use of Force at Los Angeles Police Department, Greg Meyer. Statistics are for TASER technology deployed at LAPD in the TASER TE-86, a 7 Watt TASER. However, human volunteer studies of over 1,000 volunteers have confirmed a 0% injury rate for the 26 Watt ADVANCED TASER.
Original Study Available at http://home.earthlink.net/~gregmeyer/injury.html on the internet.


EXHIBIT



# TASER® X26 / M26 Volunteer Exposure Demo Report

Age: _____ Sex: _____ Height: _____ Weight: _____ Check: ☐ M26 ☐ X26

**Did dart contacts penetrate the subject's skin?** Y / N

**Air Cartridge Type:** ☐ Regular Darts ☐ XP Darts

**Did the application cause injury:** Y / N
**If yes, was the subject treated for the injury:** Y / N

APPLICATION AREAS
Please place "X's" on the points of contact

Please list effects, comments and or how it felt. (Note, could you fight back?):

_____
_____
_____
_____

This information is requested for the *International Association of Chiefs of Police Use of Force National Database Project, National Tactical Officer's Association Less-Lethal Database,* and published in our medical research.

May we quote your comments? Y / N

Name/Rank: _____

Signature: _____



# Instructor Certification Lesson Plan
VERSION 11.0

January 2004

# TASER® X26
# and
# ADVANCED TASER M26

TABLE OF CONTENTS

Effective upon receipt: All previous versions of the TASER training CDs

are obsolete upon receipt of TASER CD Version 11.0

**Explanation of Changes**

**Course Outline**

**CD-ROM Instructions Warnings**

**Detailed Lesson Plan**

**Training Review Questions for Class Discussions**

# EXPLANATION OF CHANGES TO TASER INTERNATIONAL, INC'S TRAINING CD VERSION 11.0 JANUARY 2004

Background: In early 2003, TASER International formed a Training Board to oversee all aspects of our training programs including development, delivery, and quality control processes. The Board's mission is to provide our instructors and users with the best training materials and support available. Board members will conduct quality control observations of instructor courses to ensure that we're providing the best possible training.

## GENERAL IMPROVEMENTS:

1. The CD format has been changed to make it easier to find information. We have also provided expanded CD operating instructions in this binder.
2. The introductory pages of this manual have been revised significantly, including the addition of this "Explanation of Changes" page, and we urge you to review them prior to conducting your next class.
3. We have added a red "revision bar" to the PowerPoint notes pages to help identify significant changes from the previous version. You can quickly scan the pages for major changes. Minor typographical or editorial changes do not have revision bars.
4. We added a note to all demo videos to indicate that they were filmed before the current safety policies were established (e.g., use of safety glasses). We plan to update these videos whenever the opportunity presents itself.
5. We added some new videos and updated statistical data slides including failure causes, in-custody death statistics, etc.
6. We added a short section on civilian use of the TASER weapons. We plan to introduce a civilian model called the TASER X26$^C$ ("C" for consumer -- sometime in 2004 and we'll keep you posted as development progresses.

## SPECIFIC CHANGES:

1. All references to clothing thickness have been changed to 2 inches.
2. The M26 battery indicator light was changed to "power indicator" light with no differentiation between steady and flashing. A spark test is required regardless of battery type.
3. We have new information for the M26 battery charger that includes a CAUTION to not charge both the weapon and a separate battery tray at the same time.
4. Added emphasis that TASER X26 DPM must remain installed to prevent loss of clock data.
5. We added a warning to not remove a DPM/XDPM when loading a new replacement DPM/XDPM with new software for the first time. The CID will show the letter "P" to indicate that the TASER X26 is updating the software. Removal of the DPM/XDPM during the "P" state will corrupt the software.
6. Deleted the reference to "RA" on the X26 CID. This display was deleted from the software and the owner's manual will be revised.
7. In an effort to provide more valuable time for practical "hands on" experience in the scenario based training, the oral presentation exercises were deleted. We respect each agency's decision to send proven and appropriate instructors to the training courses.

Our programs continue to improve because of your input. Please continue to encourage your students to submit course evaluations, and encourage them to contact us at any time with questions, comments, or suggestions about our training programs.

**Effective upon receipt: All previous versions of the TASER training CDs are obsolete upon receipt of TASER CD Version 11.0**

# INSTRUCTOR CERTIFICATION COURSE OUTLINE

A. **OVERVIEW:** This class will cover the techniques for proper deployment of and certification of end users in the use of the TASER less-lethal weapon.

B. **TERMINAL LEARNING OBJECTIVES:** Given person(s) to be trained and a lesson plan, instruct person(s) in the proper deployment and safety of the X/M26 TASER.

C. **ENABLING LEARNING OBJECTIVES:** Without the aid of references, in accordance with the detailed lesson plan and manual, a certified trained user will accomplish the following:

   1. Pass the written test and demonstrate sufficient proficiency in the function and use of the TASER.

   2. Understand how the TASER overrides and controls the central nervous systems of a combatant subject.

   3. Know proper finger position for aiming and firing.

   4. Be able to reload in a safe and proper manner.

   5. Control unit adequately when commanded "Arm - Spark - Off" at random (understands safety switch and trigger fully).

   6. Know when the TASER is armed and ready to fire.

   7. Know how to properly check batter pulse rate, remove and reinstall batteries correctly.

   8. Know how to utilize the laser sight.

   9. Understanding of probe placement and ballistics.

   10. For TASER certification.

      a. Draw TASER and hit target at 12-foot distance.
      b. Draw TASER hit target at 8 feet, reload, and hit 2nd target at 12 feet with laser sight (time limit 10 seconds).

   11. Learn procedures to properly and safely remove probes from subject.

D. **METHOD / MEDIA:** This class will be taught by the lecture / demonstration method.

E. **EVALUATION:** Topics from this class will be evaluated via written tests, oral tests (instructors only) and via performance checklist during the practical application conducted during the class.

**COURSE TIME:** Instructor Certification Course: 12 hours. User Certification Course: 4 hours (recommended).

# CD-ROM INSTRUCTIONS

The TASER International Version 11.0 Training CD has four folders.

1. **Autoplay** - "TASER Demo.html:" Selecting this folder will autoplay a promotional video highlighting the new TASER X26 less lethal weapon. It is not a part of the training syllabus.

2. **PowerPoint® Presentation:** This folder has five training presentations, three command demo presentations, and associated video clips.

   **Training presentations:**
   - Instructor Course M26 & X26: Instructor certification courses for both the M26 and X26 TASER weapons.
   - Instructor Course M26 Only: Instructor certification course for M26 only
   - Instructor Course X26 Only: Instructor certification course for X26 only
   - User X26 and M26 Sample Certification Courses: Provide a template for departments to use when developing their own user certification training program. TASER International recommends that all information contained in the User Sample Course be covered in any user certification course. In addition, departments are expected to modify these sample courses as necessary for department-specific policies, procedures, and tactics. Departments may also add any additional slides from the instructor courses if desired.

   **Command Demos:** These presentations are provided to assist instructors in conducting command demos. There are three presentations for 60, 30, and 15-minute demos.

   **Video clips:** The associated video clips will play automatically when the instructor "clicks" the mouse on the appropriate PowerPoint slide. In addition, you can play a specific video clip at any time by clicking on the video icon in this folder.

   **NOTE: If copying the CD training programs to a hard drive, you must copy the entire training folder. If the entire older is not moved, the PowerPoint presentations will be unable to "link" to the video clips.**

3. **Training Documents** This folder contains documents used in the instructor certification course, including tests, answer keys, user and instructor applications, pre-deployment checklists, and **new** checklists to be used before and after training courses. In addition, there are two new subfolders that will assist with checklists that instructors should review prior to a training course and a checklist of what to after conducting a training course. There is also a PDF entitled Lesson Plan if you need to bring additional training materials.

4. **Supplemental Documents:** This folder contains multiple sub-folders with additional information that may be valuable to instructors and users. Instructors should refer to these documents, as there are multitude of resources for training, failure analysis, in custody death information, crowd control training, sample policies and procedures and general orders from law enforcement agencies

throughout the U.S.

# WARNINGS AND CAUTIONS

## WARNING: READ BEFORE USING

The TASER conducted energy weapons are less-lethal weapons. They are designed to incapacitate a target from a safe distance without causing death or permanent injury. While the extensive medical evidence strongly supports the TASER X26 and ADVANCED TASER M26 and M18 will not cause lasting aftereffects or fatality, it is important to remember that the very nature of physical confrontation involves a degree of risk that someone will get hurt or may even be killed due to unforeseen circumstances and individual susceptibilities. Accordingly, the TASER conducted energy weapons should be treated as serious weapons and should only be deployed in situations where the alternative would be to use other force measures which carry similar or higher degrees of risk. Law enforcement customers are deployment and tactical experts and will determine all deployment and tactical practices including where the TASER conducted energy weapons fit in their respective use of force continuum.

As with any weapon system, there can be unforeseen and severe consequences. They should only be used in accordance with the use of force policies of the department. Although TASER International agrees with the definition on non-lethal weapons from the Joint Concept for Non-lethal Weapons, the Company has adopted the term less-lethal in conjunction with input from law enforcement in order to clarify that there will always be risk involved in use of force.

Throughout the training programs, warnings and cautions are emphasized to highlight specific areas of concern. A **WARNING** generally means that failure to follow the recommended procedure may result in serious injury to the officer, bystanders, and/or victims. A **CAUTION** generally means that failure to follow the recommended procedure may result in damage to the weapon or other equipment.

## GENERAL WARNINGS:

- Avoid aiming the TASER conducted energy weapons at the eyes or face.

- Do not point at people unless intending to fire.

- Keep the TASER conducted energy weapons out of the reach of children.

- Keep hands away from the front of the unit at all times unless the safety is the ON position (SAFE).

- Do not fire the TASER conducted energy weapons near flammable liquids and fumes. The TASER conducted energy weapons can ignite gasoline or other flammables. Some self-defense sprays use flammable carriers like alcohol and would be extremely dangerous to use in immediate conjunction with TASER conducted energy weapons.

- The TASER conducted energy weapons causes temporary incapacitation and the inability to catch yourself as you fall. This incapacitation and the resulting fall can be dangerous and even fatal under specific circumstances. For example, someone shot by the X26 in a high place could be seriously injured in a fall or someone shot in a swimming pool could possibly drown as they could not swim or support themselves.

- Whenever the TASER conducted energy weapons are being used during training or demonstrations, make sure that two people are acting as handlers to support the upper arms of the person being shot before and during the discharge. Each person should hold an upper arm under the armpit, so that the person can be safely supported and lowered to the ground after being hit without twisting the shoulder. If probes are fired in lieu of attaching spent wires or alligator clips, then eye protection is required. Provided that no probes are attached to the person's arms, there should be no electrical pulses flowing into the handlers and they can safely support the person being shot without any negative impact

- The TASER conducted energy weapons causes muscle contractions that may result in athletic exertion type injuries to some people.

- Always make certain your safety is in the "on" (safe) position whenever a TASER conducted energy weapons is loaded and not intended for immediate use.

- **GENERAL CAUTIONS:**

- **M26:** always perform power and spark test per department sop. Failure to perform a proper spark test may result in degraded performance up to and including failure of the weapon. Replace alkaline batteries or recharge NiMH batteries when spark test fails to yield a rapid pulse rate.

- **X26:** always replace DPM (lithium battery pack) at no less than 20%. Do not remove the DPM during storage. Removal of the DPM for more than 24 hours will result in loss of clock memory.

- **<u>DO NOT REMOVE A *NEW* DPM OR XDPM</u>** during the "programming" mode. When a new DPM/XDPM with updated software is inserted into the TASER X26 for the first time, the CID will show the letter "P" to indicate that the TASER X26 is updating the software. (A brand new DPM/XDPM with a different colored sticker than the previous DPM/XDPM indicates a new software revision). The programming mode should take under a minute. Once the TASER X26 software is properly installed, the CID will then go through the normal bootup sequence indicating the date, temps, warranty expiration, etc. Removal of the DPM/XDPM during the "P" state (programming) **WILL** corrupt the software. If the software gets corrupted, the TASER X26 **WILL NOT FUNCTION PROPERLY** and **MUST be sent back for**

**factory service.** Note: Removing the DPM/XDPM during the normal bootup mode will not harm the TASER X26 software.

- Dropping the TASER conducted energy weapons may shorten the life of the unit and/or result in weapon failure.

- Always replace air cartridges by the 5-year expiration date printed on each air cartridge.

- It is recommended that you carry the TASER conducted energy weapons only in a certified holster or carrying case. Contact TASER International for details on holstering accessories.

- Do not carry the X26 DPM or M26 battery tray in a pocket or anywhere the electrical contacts may touch other metal.

- Carrying a TASER conducted energy weapon, or air cartridge, aboard a commercial airline is prohibited, even when the officer is armed and authorized to carry a lethal weapon. If traveling on a commercial airline, you must put the TASER conducted energy weapons in your checked luggage. Do not attempt to carry it onboard. Although the TASER conducted energy weapons are not classified as a firearm, you should carry the TASER conducted energy weapons in a hard case and advise TSA or airline personnel prior to bag screening that you are carrying TASER conducted energy weapons in your checked baggage.

# TRAINING REVIEW QUESTIONS

***Instructor Note:*** *Prior to administering the written exam, instructors can use the following talking points as an interactive tool for reviewing course content with the students.*

**HOW DOES AN AIR CARTRIDGE DISCHARGE?** Upon firing, compressed nitrogen projects two TASER® conducted energy weapon probes 15 or 21 feet (depending on cartridge) at a speed of 180 feet per second. The probes are connected by thin insulated wire back to the TASER CONDUCTED ENERGY WEAPON. An electrical signal transmits throughout the region where the probes make contact with the body or clothing. The result is an instant loss of the attacker's neuromuscular control and any ability to perform coordinated action.

**HOW CAN IT BE SO EFFECTIVE YET NON-INJURIOUS?** TASER conducted energy weapons use an automatic timing mechanism to apply a 50,000-volt electric charge for 5 seconds. The TASER conducted energy weapons do not depend upon impact or body penetration to achieve their effect. The pulsating electrical output interferes with communication between the brain and the muscular system, resulting in loss of control. However, the TASER conducted energy weapons are non-destructive to nerves, muscles and other body elements. They simply affect them in their natural mode. More importantly, no deaths have ever been directly attributed to the TASER®.

**DOES THE TASER AFFECT THE HEART OR A CARDIAC PACEMAKER?** The TASER conducted energy weapon's output is well below the level established as "safe" by the federal government in approving such devices as the electrified cattle fence. In a medical study, Dr. Robert Stratbucker tested the M26 at the University of Missouri and confirmed that the T-Wave does not interrupt the heartbeat or damage a pacemaker. Any modern pacemaker is designed to withstand electrical defibrillator pulses that are hundreds of times stronger than the TASER conducted energy weapon's output. The current is well below the 10-50 joule threshold above which cardiac ventricular fibrillation can occur.

**ISN'T HIGH VOLTAGE LETHAL?** High voltage, in itself, is not dangerous. One can receive a 25,000-Volt shock of static electricity from a doorknob on a dry day without harm. The physiological effect of electrical shock is determined by: the current, its duration, and the power source that produces the shock. The typical household current

of 110 Volts is dangerous because it can pump many amperes of current throughout the body indefinitely. By contrast, TASER conducted energy weapons have high voltage but very low amperage.

**WILL THE TASER CAUSE ELECTROCUTION?** No. The output is metered by the electronics and the electrical energy in each pulse is always the same, regardless of the target condition. The electrical output will not be transferred from one person to another even if they touch. Tens of thousands of individuals have personally tested the TASER conducted energy weapons.

**WHAT ARE THE AFTEREFFECTS?** A person hit with a TASER conducted energy weapon will feel dazed for several seconds. Recovery is fast and the effects stop the very instant that the unit shuts off. Some will experience critical stress amnesia and others will experience tingling sensations afterwards. The pulsating electrical output causes involuntary muscle contractions and a resulting sense of vertigo. It can momentarily stun or render immobilized. Yet, the TASER conducted energy weapon's low electrical amperage and short duration of pulsating current, ensures a non-lethal charge. Moreover, it does not cause permanent damage or long-term aftereffects to muscles, nerves or other body functions. A January 1987 Annals of Emergency Medicine study reported that similar TASER technology leaves no long term injuries compared with 50% long term injuries for gun shot injuries.

**MUST THE PROBES PENETRATE THE BODY TO BE EFFECTIVE?** No. The electrical current will "jump" up to two inches as long as both probes are attached to clothing or skin. At most, only the needlepoint will penetrate the skin. They have less energy than a spring propelled BB. Both probes need to contact the body or clothing and be within two cumulative inches of the body to stop an attacker.

**WHAT IF THE PROBES MISS?** The TASER conducted energy weapon can work if one probe hits a human and the second falls on grass or dirt as the power grounds. However, the results depreciate substantially if the second probe lands on concrete, asphalt or not all on wood floors. Otherwise, the TASER conducted energy weapon can be used in a drive-stun mode. The user is thus provided with two backups. A secondary Air Cartridge accessory is available that holds a backup cartridge below the TASER conducted energy weapon's handgrip. A final backup if the probes miss the target is the drive stun feature. Should the user miss or engage a second attacker, the TASER conducted energy weapon can be applied directly to the target.

**CAN THE TASER CONDUCTED ENERGY WEAPON CAUSE FIRE?** The TASER conducted energy weapon will not ignite standard solids or even black gunpowder. However, the spark from a TASER conducted energy weapon can ignite some flammable liquids, vapors, meth labs or sensitive explosives. The TASER conducted energy weapon should not be used anywhere that cigarettes are forbidden for fire safety reasons. The TASER conducted energy weapon should never be used on anyone who has been sprayed with an alcohol based chemical spray – including some alcohol based pepper sprays -- that could ignite.

**WHAT ABOUT THE POTENTIAL OF EYE INJURY FROM THE TASER CONDUCTED ENERGY WEAPON?** The TASER conducted energy weapon should always be aimed at the attacker's chest or back, since both probes need to hit some part of the body to be effective. The torso provides the largest surface area to hit. *The TASER conducted energy weapon should never be aimed toward an attacker's face.* This is a serious self-

defense device and should be treated as such. Moreover, putting any sharp object into an eye is potentially dangerous to the cornea.

**HOW WILL THE TASER CONDUCTED ENERGY WEAPON PREVENT CRIMINAL USE?** Our mission is to ensure technology can play a positive role in our society. To that end, an Anti-Felon Identification (AFID) system is used so criminal use of the TASER conducted energy weapon can be traced from evidence dispersed by the device itself to provide the exact identification of the Air Cartridge purchaser. No other self-protection device in the world -- guns, chemical and pepper sprays, touch-stun devices or batons -- can be traced from evidence at the scene of the crime directly to the registration of the user.

**WILL THE PROBES STICK TO BULLETPROOF VESTS?** Some bulletproof vests are made specifically to stop only bullets and gun shot projectiles -- not knives or sharp devices such as syringe needles. Should the probes attach to clothing in front of the soft body armor, the T-Wave can penetrate some of these vests with near full-effect. Although most bulletproof vests are made to stop bullets, the vests are porous and will not stop the flow of electrons. A bulletproof jacket with metal shock plates can cause the probes to bounce off the target. However, some companies have reported that there is soft body armor that has filled the porous material with rubber and/or plastics, which may prevent the T-Wave from penetrating the body armor. Twaron® is difficult for the TASER-Wave to pass through in bulk.

**WHAT IS THE OPTIMUM RANGE FOR FIRING?** The TASER conducted energy weapons are extremely effective from point blank range to the maximum distance of 21 feet. The greater the probe spread, the greater the effectiveness, and a probe spread of at least four inches is recommended when possible. Close shots tend to be more accurate but place the officer at greater risk of injury due to a physical encounter with the subject. Greater ranges are more effective and provide better protection for the officer, but may result in a greater likelihood of a missed shot. The optimum range of 7-15 feet provides the best overall compromise.

**DOES TEMPERATURE HAVE A DETRIMENTAL EFFECT ON THE TASER CONDUCTED ENERGY WEAPON.** The batteries limit the effectiveness in cold and extremely hot temperatures, especially on the M26. Alkaline batteries perform poorly at freezing temperatures. Nickel Metal Hydride (NiMH) rechargeable batteries provide better performance in colder climates. The heat issue is only an issue if the TASER conducted energy weapon were left sitting in the sun, once again adversely affecting the batteries. The DPM/XDPM of the X26 is much less susceptible to performance degradation in extreme temperatures. As for the Air Cartridge, it utilizes compressed nitrogen (an inert gas). The TASER conducted energy weapon compressed air capsules have successfully held their charges at temperatures of minus 20° F and up to

160° F. Moreover, altitude will not adversely effect the firing of a TASER conducted energy weapon. In addition, the temperature will not effect the T-Wave. However, as with any product containing polycarbonates and other thermoplastics, the TASER conducted energy weapon and Air Cartridges should never be left in direct sunlight.

## **SUMMARY POINTS:**

- Truly incapacitating: This less-lethal system is solely designed to stop the most hardened of targets -- Extremely violent, aggressive, goal-oriented and drug induced suspects.
- It will not cause a heart attack or damage a pacemaker; will not cause electrocution, even if target is standing in water.
- The TASER conducted energy weapons are 50,000 volts and override the central nervous system.
- Effective against most conventional body armor and other counter-measures.
- The drive stun backup does not make this a one-shot only device.
- It can't kill or maim innocent bystanders, damage buildings or aircraft fuselages with stray bullets.
- Won't damage buildings or aircraft: equipment as it is a defensive device and can't penetrate walls, doors or glass.
- It is far more effective than other less-lethal self-defense devices, such as pepper sprays or beanbag weapons -- no cross-contamination or blunt instrument damage inflicted.
- It uses the same muscle memory as that of a firearm for police under stress. The ADVANCED TASER records the last 585 firings and the TASER X26 records 1,500+ firings to protect law enforcement from false allegations of misuse.
- Training is simple and the learning curve is relatively flat – critical in training multiple users.