# EXHIBIT "I"
## Deposition Exhibit 5
### (TASER Safety Rules, Warnings, and Risks)

# TASER® SAFETY RULES, WARNINGS, AND RISKS

TASER International training courses are interactive in nature and require student participation. Scenario based training involving the use of actual TASER brand devices is used when appropriate to enhance the training experience. Even though all TASER brand devices are non-lethal, use of the devices could result in serious injury. Therefore, all applicants must understand and agree to abide by the following safety regulations at all times during the course of instruction:

1. The safety switch of all TASER devices will remain in the down position unless the instructor directs students to arm the weapons or when it is appropriate to do so during a training scenario.

2. TASER devices shall not be pointed at any person unless the instructor directs students to do so as part of a training exercise or when it is appropriate to do so during a training scenario.

3. A TASER device loaded with a live cartridge shall not be pointed at another person except during a scenario exercise when the cartridge is an LS (blue) training cartridge and the subject being hit is wearing a protective simulation suit.

4. Lasers shall not be shined into anyone's eyes.

5. During TASESR device exposure drills, all students shall be supported by spotters so they don't fall. Each spotter should hold an upper arm under the armpit, so that the person can be safely supported and lowered to the ground after being hit without twisting or putting undue stress on the arm or shoulder. If probes are fired in lieu of attaching spent wires or alligator clips, then eye protection is required for both the spotters and the student being exposed. Provided that no probes are attached to the person's arms, there should be no electrical pulses flowing into the spotters and they can safely support the person being shot without any negative impact

6. Probes will be removed according to proper protocol.

7. No live firearms will be brought into the training room.

8. All activity will stop when any student or instructor calls "Stop action."

9. Every student is a safety officer. All unsafe conditions will be immediately brought to the attention of the instructor. If an unsafe condition occurs or is noticed during an exercise, the student or instructor observing the unsafe condition shall call "Stop Action."


EXHIBIT
Ex 5

10. The TASER conducted energy devices are non-lethal weapons. They are designed to incapacitate a person from a safe distance without causing death or permanent injury. While the extensive medical evidence strongly supports the TASER devices will not cause lasting aftereffects or fatality, it is important to remember that the very nature of physical confrontation involves a degree of risk that someone will get hurt or may even be killed due to physical exertion, unforeseen circumstances and individual susceptibilities. As with any weapon system, there can be unforeseen and severe consequences and there will always be risk involved in this use of force.

11. Do not use or have flammable liquids and fumes in the vicinity during a TASER device application. The TASER conducted energy weapons can ignite gasoline or other flammables. Some self-defense sprays use flammable carriers like alcohol and would be extremely dangerous to use in immediate conjunction with TASER devices.

12. The TASER conducted energy devices cause temporary incapacitation and the inability to catch yourself as you fall. This incapacitation and the resulting fall can be dangerous and even fatal under specific circumstances.

13. The TASER devices cause strong muscle contractions which may be severe and may cause athletic exertion type injuries to some people. These muscle contractions may result in injuries to muscles, tendons, ligaments, backs, joints and stress fractures.

14. Because of parental/guardian consent issues, no minor shall be exposed to a TASER device as part of a training course.

15. use of the TASER in a drive stun mode can cause marks and scarring that may be permanent.

# Volunteer Exposure Guidelines

WARNING: Strict adherence to all safety guidelines contained in the syllabus is mandatory. Probe deployments must be to the back of the torso or back of the legs only. Probe deployments to the front of the torso are prohibited to prevent accidental hits to the face, throat, eyes, or other sensitive parts of the body. Use proper bio hazard procedures when removing probes that have penetrated the skin.

Remember, volunteer exposure is recommended, but not mandatory. Every student volunteering for a TASER device exposure **MUST first read and sign the Instructor and User Warnings, Risks, Liability Release and Covenant Not to Sue.** The instructor must read the form for any physical or mental conditions that could be aggravated by the exposure and either work around the condition or waive the exposure.

Before starting the demos, it is recommended that you provide the class a chance to take a break and use the restroom facilities. This can help prevent an unnecessary embarrassment to a volunteer who becomes overly nervous during the demo.

When conducting the volunteer demonstrations, Master Instructors should expose the students to as many variations as possible. This will reinforce the remainder of the syllabus when discussing probe placement, missed probes, drive stun backup, etc. Students may elect to have a full 5-second deployment or a shorter exposure.

Exposures should always be done on proper matting in an area that is clear of any hazards that a volunteer or spotter might trip on or hit while falling.

## Procedures for Spotters
1. Always use two spotters when volunteers are standing
2. Spotters must hold the volunteer under the armpit to avoid twisting the shoulder.
3. The volunteer may be held up or carefully lowered to the ground

## Procedures for Using Live Cartridges with Probes
- Ensure that volunteer and holders are wearing eye protection and looking away from the weapon
- Always deploy probes to the back (back or legs) of volunteer
- Deploy within the recommended firing distances (7-15 feet)
- Aim weapon slightly to one side or the other of the torso to prevent lower probe from passing between legs if slightly low.
- Be sure the area beyond the volunteer is clear of any bystanders or equipment that could be damaged by a probe strike.

### Wire/Clip attachment
- If using cartridge wires (no clips available), always remove probe and tape or secure wires to the volunteer. If using clips, secure firmly.
- Attach wires/clips to various areas of the volunteers (leg, back, chest, arm)
- Demo low muscle mass (oblique) hit and show that volunteer may fight through it. Then move one probe farther away or drive stun to provide a better spread and greater effectiveness.
- Demo multiple subjects by connecting clips to one subject and using drive stun simultaneously on a second subject.
- Ensure holders use proper procedures to prevent injury

### Drive Stun
- Attempt to have as many volunteers for this as possible
- Volunteer should either be standing w/holders or laying down on matting
- Drive the weapon into volunteer in instructed areas (pressure points) to gain compliance. Do not use the brachial plexus, carotid, or groin pressure points for demonstration purposes as they could result in injury
- Apply only one wire/clip to subject and follow up with drive stun

### Group Demo
- Volunteers should lay down on mat with their heads resting on the mat. DO NOT allow volunteers to kneel or stand.
- Volunteers should hold hands and interlace fingers

TASER International, Inc. does not require a TASER user to experience a TASER device electrical discharge ("TASER Exposure") as a condition of his/her TASER certification. It is up to each law enforcement agency's policy to determine whether its users experience a TASER Exposure as part of their training.

If you volunteer to experience a TASER Exposure, you must read and sign this Form prior to any TASER Exposure.

## WARNINGS AND RISKS

1. The TASER devices are non-lethal devices. They are designed to incapacitate a person from a safe distance without causing death or permanent injury. While the extensive medical evidence strongly supports the TASER devices will not cause lasting aftereffects or fatality, it is important to remember that the very nature of physical incapacitation involves a degree of risk that someone will get hurt or may even be killed due to physical exertion, unforeseen circumstances and individual susceptibilities. As with any weapon system, there can be unforeseen and severe consequences and there will always be risk involved in this use of force.

2. Do not use or have flammable liquids and fumes in the vicinity during a TASER device application. The TASER devices can ignite gasoline or other flammables. Some self-defense sprays use flammable carriers like alcohol and would be extremely dangerous to use in immediate conjunction with TASER devices.

3. The TASER device causes temporary incapacitation and the inability to catch yourself as you fall. This incapacitation and the resulting fall can be dangerous and even fatal under specific circumstances.

4. All persons taking a TASER Exposure shall be supported by two spotters so they don't fall. Each spotter should hold an upper arm under the armpit, so that the person can be safely supported and lowered to the ground after being hit without twisting or putting undue stress on the arm or shoulder. If probes are fired in lieu of attaching spent wires or alligator clips, then eye protection is required for both the spotters and the student being exposed. Provided that no probes are attached to the person's arms, there should be no electrical pulses flowing into the spotters and they can safely support the person being shot without any negative impact.

5. The TASER device causes strong muscle contractions which may be severe and may cause physical exertion athletic type injuries to some people. These muscle contractions may result in injuries to muscles, tendons, ligaments, backs, joints and stress fractures.

6. The TASER devices cause pain which can be stressful. This stress may be injurious to some people.

7. Because of parental/guardian consent issues, no minor shall be exposed to a TASER device as part of a training course.

8. Use of the TASER device in a drive stun mode can cause marks and scarring that may be permanent.

If you have a condition or pre-existing injury that would be aggravated by muscle contractions and physical exertion check the appropriate box below and notify the instructor prior to participating in the TASER device exposure.
- I have no injuries or known physical or mental conditions that could be aggravated by muscle contractions, physical exertion or exposure to the electrical discharge of TASER devices.
- I have the following pre-existing physical or mental injuries or physical conditions that could be aggravated by exposure to the TASER device:

_____

## LIABILITY RELEASE, COVENANT NOT TO SUE AND HOLD HARMLESS

In consideration of the use of TASER International copyrighted training materials and participation in a TASER certification training course, I acknowledge and agree as follows:

1) I understand that a TASER Exposure results in strong muscle contractions, physical exertion and stress and involves the risk of physical injury. I understand that a TASER Exposure is not required by TASER International, Inc. I acknowledge that I have read the above Warnings and Risks and with full knowledge of such risks, I voluntary agree to experience a TASER Exposure and I assume all risks, whether known or unknown, foreseen or unforeseen, inherent in the TASER Exposure.

2) Intending that this Form be legally binding upon me, my heirs, executors, administrators, and assigns, I hereby waive, release, and forever discharge the instructor, my law enforcement agency, TASER International, Inc. and all of its agents, directors and employees of and from any and all claims, demands, rights and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown physical and mental injuries and consequences thereof, whether foreseen or unforeseen, suffered by me from any and all activities during the Training class, including the TASER Exposure.

3) I further agree that neither I nor my heirs, estate, personal representative, nor any other person or entity will ever institute any action,

litigation or suit at law or in equity against the instructor, my law enforcement agency, TASER International, Inc. and all of its agents, directors and employees for any damages, costs, loss or injury arising out of any and all activities during the training class, including the TASER Exposure.

4) I further agree to indemnify and save harmless the instructor, my law enforcement agency, TASER International, Inc. and all of its agents, directors and employees from all liability, loss, costs and obligation of any and every kind on account of or arising out of any injuries or losses, however occurring, arising out of any and all activities during the training class, including the TASER Exposure.

5) In signing this Form, I agree that I have read and understand this entire Form; I understand that it is a promise not to sue and a release and indemnity for all claims; I further understand that by signing this Form I am giving up certain legal rights including the right to recover damages in case of injury; and I agree to abide by the terms and conditions of this Form.

Date _____ Signed _____

Printed Name_____

Law Enforcement Agency_____

Mail or fax a copy of this form to:

TASER International
7860 E. McClain Dr., Suite 2
Scottsdale, AZ 85260
Fax: (480) 991-0791