# EXHIBIT "J"
## Deposition Exhibit 7
## (TASER FAQs Page)



# TASER FAQS PAGE

### Citizen

- TASER Protection
- TASER FAQs
- Order Your TASER
- Law Memorandum



**X26c CITIZEN'S DEFENSE SYSTEM**
Coming September 2004
MORE >>

## INTERESTING FACTS

- TASERs are non-lethal.
- TASERs can not kill or maim innocent bystanders with stray bullets.
- TASERs are a defensive device, and can not penetrate walls or doors.
- TASERs are far more effective than other non-lethal self-defense devices, such as pepper sprays.
- TASERs are designed to prevent criminal use and has proven successful to date.
- TASERs are much safer than a gun to keep around children.

1. How does an ADVANCED TASER work?
2. How can the ADVANCED TASER be so effective yet non-injurious?
3. Does the TASER affect the heart or a cardiac pacemaker?
4. Isn't high voltage lethal?
5. Will the TASER cause electrocution?
6. What are the aftereffects?
7. Must the probes penetrate the body to be effective?
8. What if the probes miss?
9. Can the ADVANCED TASER cause fire?
10. What about the potential of eye injury from the ADVANCED TASER?
11. How will the ADVANCED TASER prevent criminal use?
12. Will the probes stick to bulletproof vests?
13. What is the best-shot at maximum range?
14. Does temperature have a detrimental effect on the ADVANCED TASER?

1. **HOW DOES AN ADVANCED TASER WORK?**

**EXHIBIT EX 1**

Upon firing, compressed nitrogen projects two ADVANCED TASER probes 15 or 21 feet (depending on cartridge) at a speed of 180 feet per second. The probes are connected by thin insulated wire back to the M26. An electrical signal transmits throughout the region where the probes make contact with the body or clothing. The result is an instant loss of the attacker's neuromuscular control and any ability to perform coordinated action. ADVANCED TASER uses an automatic timing mechanism to apply the electric charge for 5 seconds.

2. **HOW CAN THE ADVANCED TASER BE SO EFFECTIVE YET NON-INJURIOUS?**

The ADVANCED TASER does not depend upon impact or body penetration to achieve its effect. Its pulsating electrical output interferes with communication between the brain and the muscular system, resulting in loss of control. However, the ADVANCED TASER is non-destructive to nerves, muscles and other body elements. It simply affects them in their natural mode. More importantly, no deaths have ever been directly attributed to the TASER.

3. **DOES THE TASER AFFECT THE HEART OR A CARDIAC PACEMAKER?**

The ADVANCED TASER's output is well below the level established as "safe" by the federal government in approving such devices as the electrified cattle fence. In a medical study, Dr. Robert Stratbucker tested the M26 at the University of Missouri and confirmed that the T-Wave does not interrupt the heartbeat or damage a pacemaker. Any modern pacemaker is designed to withstand electrical defibrillator pulses that are hundreds of times stronger than the ADVANCED TASER's output. The ADVANCED TASER current of 1.76 Joules is well below the 10-50 joule threshold above which cardiac ventricular fibrillation can occur.

4. **ISN'T HIGH VOLTAGE LETHAL?**

High voltage, in itself, is not dangerous. One can receive a 25,000-volt shock of static electricity from a doorknob on a dry day without harm. The physiological effect of electrical shock is determined by: the current, its duration, and the power source that produces the shock. The typical household current of 110 volts is dangerous because it can pump many amperes of current throughout the body indefinitely. By contrast, the ADVANCED TASER power supply consists of 8 AA alkaline 1.5-Volt batteries capable of supplying 26 Watts of electrical power for a few seconds.

## 5. WILL THE TASER CAUSE ELECTROCUTION?

No. The output is metered by the electronics and the electrical energy in each pulse is always the same, regardless of the target condition. The electrical output will not be transferred from one person to another even if they touch. Over 1,000 individuals have personally tested the ADVANCED TASER.

## 6. WHAT ARE THE AFTEREFFECTS?

A person hit with an ADVANCED TASER will feel dazed for several seconds. Recovery is fast and the effects stop the very instant that the M26 shuts off. Some will experience critical response amnesia and others will experience tingling sensations afterwards. The pulsating electrical output causes involuntary muscle contractions and a resulting sense of vertigo. It can momentarily stun or render immobilized. Yet, the ADVANCED TASER's low electrical amperage and short duration of pulsating current, ensures a non-lethal charge. Moreover, it does not cause permanent damage or long-term aftereffects to muscles, nerves or other body functions. A January 1987 Annals of Emergency Medicine study reported that similar TASER technology leaves no long term injuries compared with 50% long term injuries for gun shot injuries.

## 7. MUST THE PROBES PENETRATE THE BODY TO BE EFFECTIVE?

No. The electrical current will "jump" up to two inches as long as both probes are attached to clothing or skin. At most, only the 3/8-inch needlepoint will penetrate the skin. They have less energy than a spring propelled BB. Both probes need to contact the body or else contact clothing and be within two inches of the body to stop an attacker.

8. **WHAT IF THE PROBES MISS?**

The ADVANCED TASER can work if one probe hits a human and the second falls on grass or dirt as the power grounds. However, the results depreciate substantially if the second probe lands on concrete, asphalt or not all on wood floors. Otherwise, the M26 can be used in a touch-stun mode. The user is thus provided with two backups. A secondary Air Cartridge is available that holds a backup cartridge below the ADVANCED TASER's handgrip. A final backup if the probes miss the target is the touch stun feature. Should the user miss or engage a second attacker, the ADVANCED TASER can applied directly to the target and it will work like a powerful touch-stun device.

9. **CAN THE ADVANCED TASER CAUSE FIRE?**

The ADVANCED TASER will not ignite standard solids or even black gunpowder. However, the spark from an ADVANCED TASER can ignite some flammable liquids, vapors, meth labs or sensitive explosives. The ADVANCED TASER should not be used anywhere that cigarettes are forbidden for fire safety reasons. The ADVANCED TASER should never be used on anyone who has been sprayed with an alcohol based chemical spray – including some alcohol based pepper sprays — which could ignite.

10. **WHAT ABOUT THE POTENTIAL OF EYE INJURY FROM THE ADVANCED TASER?**

The ADVANCED TASER should always be aimed at the attacker's chest or back, since both probes need to hit some part of the body to be effective. The torso provides the largest surface area to hit. The ADVANCED TASER should never be aimed toward an attacker's face. This is a serious self-defense device and should be treated as such. Moreover, putting any sharp object into an eye is potentially dangerous to the cornea.

11. **HOW WILL THE ADVANCED TASER PREVENT CRIMINAL USE?**

Our mission is to ensure technology can play a positive role in our society. To that end, an Anti-Felon Identification (AFID) system is used so criminal use of the ADVANCED TASER can be traced from evidence dispersed by the device itself to provide the exact identification of the Air Cartridge purchaser. No other self-protection device in the world — guns, chemical and pepper sprays, touch-stun devices or batons — can be traced from evidence at the scene of the crime directly to the registration of the user.

## 12. WILL THE PROBES STICK TO BULLETPROOF VESTS?

Some bulletproof vests are made specifically to stop only bullets and gun shot projectiles — not knives or sharp devices such as syringe needles. Should the probes attach to clothing in front of the soft body armor, the T-Wave can penetrate some of these vests with near full-effect. Although most bulletproof vests are made to stop bullets, the vests are porous and will not stop the flow of electrons. A bulletproof jacket with metal shock plates can cause the probes to bounce off the target. However, some companies have reported that there is soft body armor that has filled the porous material with rubber and/or plastics, which may prevent the T-Wave from penetrating the body armor. Twaron is difficult for the TASER-Wave to pass through in bulk.

## 13. WHAT IS THE BEST-SHOT AT MAXIMUM RANGE?

As long as the spread of the probes is at least four inches, the ADVANCED TASER will be extremely effective. To ensure that the spread is greater than four inches, the ADVANCED TASER should be fired at a target several feet away. The optimum shot is from seven to ten feet away form the target to achieve maximum effect using a 15-foot cartridge and 12-18 for a 21-foot cartridge.

## 14. DOES TEMPERATURE HAVE A DETRIMENTAL EFFECT ON THE ADVANCED TASER?

Yes. The weakness to the system is not the ADVANCED TASER. The batteries limit the effectiveness in cold and extremely hot temperatures. Alkaline batteries perform poorly at freezing temperatures. However, Nickel Metal Hydride (NiMH) rechargeable batteries can be substituted in a freezing climate, as their performances are better suited in colder climates. The heat issue is only an issue if the ADVANCED TASER were left sitting in the sun, once again adversely affecting the batteries. As for the Air Cartridge, it utilizes compressed nitrogen (an inert gas). The ADVANCED TASER compressed air capsules have successfully held their charges at temperatures of minus 20° F and up to 160° F. Moreover, altitude will not adversely effect the firing of an ADVANCED TASER. In addition, the temperature will not effect the T-Wave. However, as with any product containing polycarbonates and other thermoplastics, the ADVANCED TASER and Air Cartridges should never be left in direct sunlight.



Search | FAQ's | Downloads | Home Page

© 2004 TASER International, Inc. All Rights Reserved.
TASER® is a registered trademark.