# EXHIBIT "Q"
## Deposition Exhibit 58
### Advanced TASER M26 Demo Report



## ADVANCED TASER® M26 Demo Report

Date: _05/12/03_  Officer's Name with rank: _Patrolman Patrick Connor_

Department: _Eastpointe Police Department_

Age: _44_  Sex: _M_  Height: _508_  Weight: _190_

Did dart contacts penetrate the subject's skin? (Y)/ N
Did the application cause injury: (Y)/ N
If yes, was the subject treated for the injury:  Y /(N)

# APPLICATION AREAS
## Please place "X's" on the points of contact



**Please list effects, comments and or how it felt.  (Note, could you fight back?):**
_THE TASER TOTALLY INCAPACITATED ME with no Ability to fight_
_or Run. The only way I could describe the effect is A shooting-_
_pulsing Pain with the weight of A car on my back !!_

This information is requested for the *International Association of Chiefs of Police Use of Force National Database Project* and published in our medical research.

May we quote your comments? (Y)/ N

Signature: _Patrick S Connor_

**EXHIBIT**

_58_