# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| DAVID R. WILSON and CHARLENE WILSON, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action |
| v. | ) ) | File No. 4:06-CV-179-HLM |
| TASER INTERNATIONAL, INC., | ) ) ) | |
| Defendant. | ) | |

## TASER INTERNATIONAL, INC.'S
## MOTION TO STRIKE AFFIDAVIT OF PAM SCHREINER

**COMES NOW** TASER International, Inc. ("TASER") and moves this Court to strike the Affidavit of Pam Schreiner submitted by Plaintiffs in opposition to TASER's Motion for Summary Judgment. In support of its Motion, TASER has filed contemporaneously herewith its Brief in Support.

*[Signature of Counsel appears on next page]*

Respectfully submitted, this 15th day of August, 2007.

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

By: /s/ Jessie C. Fontenot, Jr.
Joel G. Pieper
State Bar No. 578385
(404) 888-7435 direct dial

One Atlantic Center, Suite 3500
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 888-7490 fax

Jessie C. Fontenot, Jr.
State Bar No. 267528
(404) 888-7423 direct dial

**Attorneys for TASER International, Inc.**

# CERTIFICATE OF TYPE SIZE AND STYLE

Counsel for TASER International, Inc. hereby certifies that the size and style of type used in the foregoing document is Times New Roman: 14 point.

                                                WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

                                                By: /s/ Jessie C. Fontenot, Jr.
                                                     Joel G. Pieper

One Atlantic Center, Suite 3500      State Bar No. 578385
1201 West Peachtree Street           (404) 888-7435 direct dial
Atlanta, Georgia 30309
(404) 888-7490 fax                     Jessie C. Fontenot, Jr.
                                                     State Bar No. 267528
                                                     (404) 888-7423 direct dial

                                                **Attorneys for TASER International, Inc.**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 15, 2007, a true and correct copy of the within and foregoing **TASER INTERNATIONAL, INC.'S MOTION TO STRIKE AFFIDAVIT OF PAM SCHREINER** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Cynthia Noles Johnson, Esq.
ATTORNEY FOR PLAINTIFFS
Johnson Law, P.C.
313 Wolfe Street
P.O. Box 48
Cohutta, GA 30710

This 15th day of August, 2007.

>/s/ Jessie C. Fontenot, Jr.
Jessie C. Fontenot, Jr.
State Bar No. 267528