# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| DAVID R. WILSON and CHARLENE WILSON, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action |
| v. | ) ) | File No. 4:06-CV-179-HLM |
| TASER INTERNATIONAL, INC., | ) ) | |
| Defendant. | ) | |

# EXHIBIT LIST
## to
## Brief In Support Of Taser International, Inc.'s Motion To Strike Affidavit Of Pam Schreiner

| Exhibit | Document |
|---|---|
| A | Deposition of Pam Schreiner dated May 25, 2005, in the case of Powers v. TASER International, Inc. |
| B | January 27, 2005 resignation letter of Pam Schreiner |
| C | Affidavit of Douglas Klint dated August 13, 2007 |

Respectfully submitted, this 15th day of August, 2007.

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

By: /s/ Jessie C. Fontenot, Jr.
Joel G. Pieper
State Bar No. 578385
(404) 888-7435 direct dial

Jessie C. Fontenot, Jr.
State Bar No. 267528
(404) 888-7423 direct dial

**Attorneys for TASER International, Inc.**

One Atlantic Center, Suite 3500
1201 West Peachtree Street
Atlanta, Georgia 30309
(404) 888-7490 fax

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 15, 2007, a true and correct copy of the within and foregoing **EXHIBIT LIST to Brief In Support Of Taser International, Inc. 's Motion To Strike Affidavit Of Pam Schreiner** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Cynthia Noles Johnson, Esq.
> ATTORNEY FOR PLAINTIFFS
> Johnson Law, P.C.
> 313 Wolfe Street
> P.O. Box 48
> Cohutta, GA 30710

This 15th day of August, 2007.

/s/ Jessie C. Fontenot, Jr.
Jessie C. Fontenot, Jr.
State Bar No. 267528