# EXHIBIT "B"

January 27, 2005

I Pam Schreiner, effective today am resigning from Taser International. At no time has anyone forced, convinced or pressured me into this resignation. At no time will I discuss any confidential information with anyone.

Thank you for the opportunity to be an employee of Taser International.

Sincerely,

Pam Schreiner