# EXHIBIT "A"
Affidavit of Tom Wilmer

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| DAVID R. WILSON and<br>CHARLENE WILSON,<br><br>    Plaintiffs,<br><br>V.<br><br>TASER INTERNATIONAL, INC.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:  CIVIL ACTION<br>:  FILE NO. 4:06-CV-179-IILM<br>:<br>:<br>:<br>: |

## AFFIDAVIT OF TOM WILMER

Personally appeared before me, an officer duly authorized to administer an oath, TOM WILMER, who, after being sworn, states the following:

1.

My name is Tom Wilmer. I am of age, competent to make this Affidavit, and do so based upon my personal knowledge.

2.

I am an attorney, licensed to practice in the State of Arizona. I represented Mr. Samuel Powers as co-counsel with Mr. John Dillingham in the case of <u>Powers v. TASER International</u>, Superior Court of Maricopa County, Arizona, Civil Action File No. CV2003-013457.

3.

During discovery in the Powers case, a spreadsheet was produced by TASER International that was alleged to have been prepared by Jami Hill, a TASER employee, from certain volunteer demo reports in the possession of TASER International. That spreadsheet reported zero officer injuries.

4.

Later during discovery in Mr. Powers' case, it became apparent that there was a second spreadsheet created by Ms. Pamela Schreiner, another employee of TASER International, from volunteer demo reports in the possession of TASER International. Counsel for TASER International took the position that the Schreiner spreadsheet was created in preparation for litigation and was protected work product. (See, Exhibit "A", Defendant, TASER International's 29th Supplemental Disclosure Statement). At no time was the Schreiner spreadsheet ever produced to counsel for plaintiff in the Powers case.

5.

The jury in the Powers case returned a general verdict in favor of TASER International. The jury made no specific determination as to whether Mr. Powers' injury was caused by the exposure to a TASER during training.

**FURTHER AFFIANT SAITH NOT.**

*[signature]*
**TOM WILMER**

Sworn to and Subscribed
Before me this 4th day
Of September, 2007.

*[signature: Susan L. Crockett]*
Notary Public

OFFICIAL SEAL
SUSAN L. CROCKETT
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires July 10, 2009

```
 1  Charles A. Struble, Bar #009860
    Christina J. Reid-Moore, Bar #018579
 2  RENAUD COOK DRURY MESAROS, PA
    Phelps Dodge Tower
 3  One North Central Avenue, Suite 900
    Phoenix, Arizona 85004-4418
 4  (602) 307-9900
    Attorneys for Defendant
 5
```

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| SAMUEL E. POWERS, a married man,<br><br>Plaintiff,<br><br>v.<br><br>TASER INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendant. | No. CV 2003-013457<br><br>**DEFENDANT TASER INTERNATIONAL'S TWENTY-NINTH SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>*(Assigned to The Honorable Paul A. Katz)* |

Defendant TASER International, Inc. ("Defendant"), by and through counsel undersigned, and pursuant to Rule 26.1, Ariz.R.Civ.P., hereby supplements its Initial Rule 26.1 Disclosure Statement as follows:

**IX.    OTHER RELEVANT DOCUMENTS.**

1.      TASER International, Inc. spreadsheet entitled "Human Volunteer Data Information, Date: 9/21/2004," including entries that are "no date," and entries dated from January 2000 through August 2004. The spreadsheet is referenced in the March 8, 2005 deposition of Jami Hill at page 45, lines 16-25. This spreadsheet was created by Pam Schreiner at the direction of Douglas E. Klint for purposes of this litigation. Defendant asserts attorney work product privilege as to this document.

. . .

(Page 1)

RECEIVED MAY 17 2005


DATED this 17th day of May, 2005.

        RENAUD COOK DRURY MESAROS, PA

        By _____
        Charles A. Struble
        Christina J. Reid-Moore
        Phelps Dodge Tower
        One North Central Avenue, Suite 900
        Phoenix, Arizona 85004
        *Attorneys for Defendant*

ORIGINAL of the foregoing mailed this 17 day of May, 2005, to:

John L. Dillingham, Esq.
DILLINGHAM & REYNOLDS, L.L.P.
5080 North 40th Street, Suite 335
Phoenix, Arizona 85018
*Attorneys for Plaintiff*

COPY mailed this same date to:

Thomas C. Wilmer, Esq.
2504 North Third Street
Phoenix, Arizona 85004
*Attorney for Plaintiff*

_____

@PFDesktop\::ODMA/MHODMA/IMANAGE;RCD_PHX:295807;1

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE 602-307-9900
FACSIMILE 602-307-5853