# EXHIBIT "C"

**JOHNSON LAW**
*A Professional Corporation*
P. O. Box 48
Cohutta, Georgia 30710
Downtown at 313 Wolfe
email: cindy@johnsonlawpc.com

CYNTHIA NOLES JOHNSON
TODD M. JOHNSON

Phone: (706) 694-4298
Fax:    (706) 694-3173

October 11, 2007

**VIA FACSIMILE (404) 870-4838**
**AND REGULAR MAIL**

Jessie C. Fontenot, Jr., Esq.
Womble, Carlyle, Sandridge & Rice, PLLC
1201 West Peachtree Street, N.E.
Suite 3500
Atlanta, GA  30309-3460

RE:   **David R. & Charlene Wilson v. Taser International, Inc.**
      **U.S.D.C., N.D. Ga., Rome Division**
      **Civil Action File No. 4:06-CV-179-HLM**

Dear Jessie:

I am in receipt of your letter faxed to me earlier this afternoon. I will address first the last paragraph of your letter in which you take offense with my characterization of our previous conversation. What you clearly told me last Friday was that you intended to tell Judge Murphy that the reason TASER wanted to take Ms. Schreiner's deposition in Phoenix was because *they* intended to have her prosecuted for perjury. I told you that I believed that statement to be unprofessional and in violation of the Rules of Ethical Conduct, and would probably make the Judge mad. I took that statement to mean that TASER would exercise its influence over law enforcement to try to effect an arrest of Ms. Schreiner following her deposition. I believe that to be a reasonable interpretation of your comment.

As I explained in my letter of yesterday, I have no control over Mr. Butler's deposition. I know only of what Ms. Schreiner has told me, which is that she prefers that her deposition be taken in Georgia. Given your comment, I can certainly understand her concerns.

October 11, 2007
Jessie C. Fontenot, Jr., Esq.
Page 2

---

As I told you in my letter of yesterday, I will approach Ms. Schreiner about agreeing to Phoenix as the location of her deposition if your client will provide some assurance that they will not take action in the form of filing charges or complaints, or otherwise actively seeking criminal action against Ms. Schreiner. I do not see a problem with your taking her deposition at the court reporter's office.

I am not willing to agree to a joint extension of thirty days for you to depose Ms. Schreiner. This case is on track for trial, and my clients want the case to proceed. Pursuant to Judge Murphy's Order, you have thirty days from October 9, 2007, when I sent the notification to the Court of our intent to use Ms. Schreiner as a witness. That gives you until November 8, 2007 to take her deposition. I have given you a full week that both she and I are available, the week of November 5th. In addition, I have given you several days before and after that week that would be convenient. I would not have a problem with agreeing to a date beyond November 8th, provided that we both agree that there will be no delay in trial.

I trust that we will be able to reach some agreement on Ms. Schreiner's deposition that we both can live with. Please let me hear from you as soon as possible as to whether the above terms for her deposition are acceptable, otherwise you need to send me a notice so that I can file a motion for protective order.

Best regards,

JOHNSON LAW, P.C.

By: _____
Cynthia Noles Johnson

Cc: Holly L. Gibeaut, Esq.
    Michael A. Brave, Esq.