# EXHIBIT "D"



**WOMBLE CARLYLE SANDRIDGE & RICE**
A PROFESSIONAL LIMITED LIABILITY COMPANY

One Atlantic Center
1201 West Peachtree Street
Suite 3500
Atlanta, GA 30309

Telephone: (404) 872-7000
Fax: (404) 888-7490
Web site: www.wcsr.com

Jessie C. Fontenot, Jr.
Direct Dial: (404) 888-7423
Direct Fax: (404) 870-4838
Email: jfontenot@wcsr.com

October 11, 2007

Cynthia Noles Johnson
Johnson Law, P.C.
313 Wolfe Street
P.O. Box 48
Cohutta, GA  30710

**Via Facsimile to (706) 694-3173
and U. S Mail**

Re: David R. Wilson & Charlene Wilson v. TASER International, Inc.; United States District Court for the Northern District of Georgia, Rome Division; Civil Action No. 4:06-CV-179-HLM

Dear Cindy:

I am in receipt of your letter from this afternoon. Your letter suggests that TASER has some kind of controlling "influence" over local law enforcement in Phoenix, which it certainly does not. I assure you that TASER has no intention of seeking an improper or malicious prosecution of Ms. Schreiner as a result of this deposition. There is no need to create an issue here where none should exist.

With that said, can we now move forward with scheduling these depositions? I will confirm that November 5 will work for Ms. Schreiner's deposition at the court reporter's office in Phoenix. Please let me know Mr. Wilmer's availability for the week of November 12, which should be agreeable for you since it will not delay trial.

Yours very truly,

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

Jessie C. Fontenot, Jr.

JCF/ara

GEORGIA / SOUTH CAROLINA / NORTH CAROLINA / VIRGINIA / WASHINGTON D.C. / DELAWARE