# EXHIBIT "E"

**JOHNSON LAW**
*A Professional Corporation*
P. O. Box 48
Cohutta, Georgia 30710
Downtown at 313 Wolfe
email: cindy@johnsonlawpc.com

CYNTHIA NOLES JOHNSON
TODD M. JOHNSON

Phone: (706) 694-4298
Fax:    (706) 694-3173

October 31, 2007

**VIA FACSIMILE (404) 870-4838**
**AND REGULAR MAIL**

Jessie C. Fontenot, Jr., Esq.
Womble, Carlyle, Sandridge & Rice, PLLC
1201 West Peachtree Street, N.E.
Suite 3500
Atlanta, GA 30309-3460

> RE: **David R. & Charlene Wilson v. TASER International, Inc.**
> **U.S.D.C., N.D. Ga., Rome Division**
> **Civil Action File No. 4:06-CV-179-HLM**

Dear Jessie:

    This letter is in response to your letters of October 26, 2007 and October 29, 2007.

    I will accept service of a Subpoena Duces Tecum on behalf of Ms. Schreiner for her deposition on December 3, 2007. Please confirm that you have produced all documents you intend to use in Ms. Schreiner's deposition, and that Mr. Rick Smith is the only designated corporate representative who will be present at her deposition.

    I have not yet decided which employees of the Phoenix Police Department whose depositions I will need to take. I will let you know as soon as I make that decision.

    Dr. Meier is not available on Thursday, November 15, 2007. I have asked his office manager to provide me with some alternative dates. I will let you know as soon as I hear back from her, which should be in the next day or two.

October 31, 2007
Jessie C. Fontenot, Jr., Esq.
Page 2

---

It is my understanding that Dr. Meier has never published any articles. Dr. Meier believes he may have given some deposition testimony in worker's compensation related matters, however he has recently relocated his offices and cannot recall the attorneys or names of the involved patients.

I have decided that it will not be necessary to call Mr. Wilmer at trial. Accordingly, it will not be necessary for you to take his deposition.

Lastly, you have not yet confirmed that Steve Tuttle, Rick Guilbault, and Jami LaChapelle will be available for their testimony to be given at trial, as I requested you to do in my letter of October 26, 2007. If you do not intend to have them testify, I will need to take their evidentiary depositions on the 4th or 5th of December. Please let me know which day they would rather testify.

Best regards,

JOHNSON LAW, P.C.

By: _____
   Cynthia Noles Johnson

Cc:   Holly L. Gibeaut
      Michael A. Brave