IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| **DAVID R. WILSON and** | : | |
| **CHARLENE WILSON,** | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| V. | : | FILE NO. 4:06-CV-179-HLM |
| | : | |
| **TASER INTERNATIONAL, INC.,** | : | |
| | : | |
| Defendant. | : | |

_____

## INDEX OF EXHIBITS TO PLAINTIFFS' RESPONSE TO TASER INTERNATIONAL INC.'S RENEWED MOTION FOR SUMMARY JUDGMENT

| Exhibit | Document |
|---|---|
| A | Deposition of Jeffrey Burt<br>J.J. and J.B. v. DGG TASER, Inc., et al<br>Leon County, FL Second Judicial Circuit<br>Case No. 37-2005 CA 001569 |
| B-1 | Deposition of John Jewett (Vol. I)<br>J.J. and J.B. v. DGG TASER, Inc., et al<br>Leon County, FL Second Judicial Circuit<br>Case No. 37-2005 CA 001569 |
| B-2 | Deposition of John Jewett (Vol. II)<br>J.J. and J.B. v. DGG TASER, Inc., et al<br>Leon County, FL Second Judicial Circuit<br>Case No. 37-2005 CA 001569 |

| C | TASER International's 2007 SEC filings |
|---|---|