# EXHIBIT "C"
TASER International's 2007 SEC Filings

Table of Contents

## TASER INTERNATIONAL, INC.
## NOTES TO FINANCIAL STATEMENTS (unaudited) — Continued

**Legal proceedings**

**Securities Litigation**

*Securities Class Action Litigation*

Beginning on or about January 10, 2005, numerous securities class action lawsuits were filed against the Company and certain of its officers and directors. These actions were filed on behalf of the purchasers of the Company's stock in various class periods, beginning as early as May 29, 2003 and ending as late as January 14, 2005. The majority of these lawsuits were filed in the District of Arizona. Four actions were filed in the United States District Court for the Southern District of New York and one in the Eastern District of Michigan. The New York and Michigan actions were transferred to the District of Arizona. The class actions were consolidated by Judge Susan Bolton and Lead Plaintiff and Lead Counsel were selected. The Lead Plaintiff filed a consolidated complaint (which became the operative complaint for all of the class actions) on August 29, 2005. The operative class period is May 29, 2003 to January 11, 2005. The defendants filed a motion to dismiss the consolidated complaint, which was fully briefed for the Court but was not decided.

The consolidated complaint alleges, among other things, violations of the Securities Exchange Act of 1934, as amended, and Rule 10B-5, promulgated thereunder, and seeks unspecified monetary damages and other relief against all defendants. The consolidated amended complaint generally alleges that the Company and the individual defendants made false or misleading public statements regarding, among other things, the safety of the Company's products and the Company's ability to meet its sales goals, including the validity of a $1.5 million sales order with the Company's distributor, Davidson's, in the fourth quarter of 2004. The consolidated complaint also alleges that product defects were leading to excessive product returns by customers.

On October 11, 2006, the parties filed a joint Stipulation of Settlement and related documents, setting forth terms of settlement including, among other things, full releases of any and all related known or unknown claims among the plaintiff, plaintiff class and the defendants, and payment of $20 million from TASER for the benefit of the plaintiff class to be comprised of $12 million in cash (approximately $4.1 million to be provided from the Directors' and Officers' Liability Insurance policy), and $8 million in Company common stock valued as set forth in the Stipulation. At the Company's election, the stock portion of the settlement may be funded with cash. On December 14, 2006, the Court entered an order, which among other things, approved preliminarily the Stipulation of Settlement, provided for notice of the Settlement, set forth for the submissions of objections to and exclusions from the Settlement, and set a final Settlement Hearing. On March 19, 2007, the Court entered the Final Judgment and Order of Dismissal with Prejudice, which, among other things, approved the settlement terms as set forth in the Stipulation of Settlement and dismissed with prejudice the consolidated securities class actions. The Company made the final payment of $8 million in cash in settlement of the shareholder class action litigation in March 2007. On April 17, 2007, the Court entered an additional order which, among other things, awarded plaintiff's attorneys' fees and costs to be paid out of the settlement amount.

*Shareholder Derivative Litigation*

Beginning on or about January 11, 2005, numerous shareholder derivative actions were also filed against the Company's officers and directors. Such actions have been filed in the United States District Court for the District of Arizona, the Arizona Superior Court in Maricopa County, and the Delaware Chancery Court in New Castle County. The derivative actions pending in the Arizona Superior Court and the Delaware Chancery Court have been stayed pending resolution of the consolidated Arizona District Court action.

The plaintiffs in the Arizona District Court action filed a consolidated complaint on May 13, 2005. The Company and the individual defendants filed motions to dismiss the consolidated complaint on August 19, 2005. On March 17, 2006, the Court denied the motions to dismiss. Defendants answered the consolidated complaint on April 21, 2006. Discovery commenced but no trial date was set.

The derivative complaints are based on similar facts and events as those alleged in the securities class action complaints. The complaints generally allege that the individual defendants breached the fiduciary duties that they owe to the Company and its shareholders by reason of their positions as officers and/or directors of the Company. The complaints claim that such duties were breached by defendants' disclosure of allegedly false or misleading statements about the safety and effectiveness of Company products and the Company's financial results. The complaints also claim that fiduciary duties were breached by defendants' alleged use of non-public information regarding the safety of Company products and the Company's financial

condition and future business prospects to commit insider trading of the Company's stock. The derivative plaintiffs seek damages and restitutionary, equitable, injunctive and other relief.

On December 8, 2006, the parties filed with the Arizona District Court a joint Stipulation of Settlement and related documents, which set forth the terms of settlement of the Arizona District Court action, the Arizona Superior Court action and the Delaware Chancery Court action. Settlement terms include, among other things, the Company's adoption of certain corporate governance provisions, settlement between the defendants and the Company's insurance carrier, and the Company's payment of plaintiffs' attorneys' fees in the amount of $1.75 million in Company common stock valued as set forth in the Stipulation. On December 13, 2006, the Arizona District Court entered an order, which among other things, approved preliminarily the Stipulation of Settlement, provided for notice of the Settlement, set forth for the submissions of objections to the Settlement, and set a final Settlement Hearing. On March 14, 2007, the Arizona District Court entered the Final Judgment and Order of Dismissal with Prejudice, which, among other things, approved the settlement terms as set forth in the Stipulation of Settlement and dismissed with prejudice the Arizona District Court action. On March 20, 2007, the Delaware Chancery Court entered an order granting the parties' stipulation of dismissal, which, among other things, dismissed with prejudice the Delaware Chancery Court action. On March 23, 2007, the Arizona Superior Court entered an order granting the parties' stipulation of dismissal, which, among other things, dismissed with prejudice the Arizona Superior Court action. The remaining liability of $1.75 million for settlement of the derivative litigation was paid in stock in the second quarter of 2007.

13

# TASER INTERNATIONAL, INC.
# NOTES TO FINANCIAL STATEMENTS (unaudited) — Continued

### Product Liability Litigation

The Company is currently named as a defendant in 42 lawsuits in which the plaintiffs allege either wrongful death or personal injury in situations in which the TASER device was used (or present) by law enforcement officers or during training exercises. Companion cases arising from the same incident have been combined into one for reporting purposes. In addition, 54 other lawsuits have been dismissed and are not included in this number. Three of the lawsuits that have been dismissed or judgment entered in favor of TASER, are on appeal. With respect to each of these pending 42 lawsuits, the following table lists the name of plaintiff, the date the Company was served with process, the jurisdiction in which the case is pending, the type of claim and the status of the matter. This table also lists those cases that were dismissed during the most recent fiscal quarter. Cases that were dismissed in prior fiscal quarters are not included in this table. In each of the pending lawsuits, the plaintiff is seeking monetary damages from the Company. The defense of each of these lawsuits has been submitted to our insurance carriers that maintained insurance coverage during these applicable periods and we continue to maintain product liability insurance coverage with varying limits and deductibles. Our product liability insurance coverage during these periods ranged from $5,000,000 to $10,000,000 in coverage limits and from $10,000 to $500,000 in per incident deductibles. We are defending each of these lawsuits vigorously.

| Plaintiff | Month Served | Jurisdiction | Claim Type | Status |
|---|---|---|---|---|
| Alvarado | 4/2003 | CA Superior Court | Wrongful Death | Jury Verdict for TASER, Appeal Pending |
| City of Madera | 6/2003 | CA Superior Court | Wrongful Death | Dismissed by Summary Judgment, Appeal Pending |
| Glowczenski | 10/2004 | US District Court, ED NY | Wrongful Death | Discovery Phase |
| LeBlanc | 12/2004 | CA Superior Court, Los Angeles County | Wrongful Death | Discovery Phase |
| M. Elsholtz | 12/2004 | TX District Court | Wrongful Death | Discovery Phase |
| Washington | 5/2005 | US District Court, ED CA | Wrongful Death | Discovery Phase |
| Sanders | 5/2005 | US District Court ED CA | Wrongful Death | Discovery Phase |
| Graff | 9/2005 | US District Court, AZ | Wrongful Death | Discovery Phase |
| Tucker | 10/2005 | US District Court, NV | Wrongful Death | Discovery Phase |
| Heston | 11/2005 | US District Court, ND CA | Wrongful Death | Discovery Phase |
| Rosa | 11/2005 | US District Court, ND CA | Wrongful Death | Discovery Phase |
| Yeagley | 11/2005 | Hillsborough County Circuit Court, FL | Wrongful Death | Discovery Phase |
| Neal-Lomax | 12/2005 | US District Court, NV | Wrongful Death | Discovery Phase |

| Name | Date | Court | Type | Status |
|---|---|---|---|---|
| Yanga Williams | 12/2005 | Gwinnett County State Court, GA | Wrongful Death | Discovery Phase |
| Mann | 12/2005 | US District Court, ND GA, Rome Div | Wrongful Death | Discovery Phase |
| Robert Williams | 1/2006 | US District Court, TX | Wrongful Death | Discovery Phase |
| Lee | 1/2006 | Davidson County, TN Circuit Court | Wrongful Death | Discovery Phase, Trial Scheduled for June 2008. |
| Zaragoza | 2/2006 | CA Superior Court, Sacramento County | Wrongful Death | Discovery Phase |
| Bagnell | 7/2006 | Supreme Court for British Columbia, Canada | Wrongful Death | Discovery Phase |
| Salazar | 7/2006 | Maricopa County Superior Court, AZ | Wrongful Death | Dismissed |
| Gillson | 7/2006 | US District Court, NV | Wrongful Death | Discovery Phase |
| Hollman | 8/2006 | US District Court, ED NY | Wrongful Death | Discovery Phase |
| Oliver | 9/2006 | US District Court, MD FL, Orlando | Wrongful Death | Discovery Phase |
| Teran/LiSaola | 10/2006 | CA District Court | Wrongful Death | Discovery Phase |
| Short, Rhonda | 10/2006 | US District Court, ND TX, Forth Worth | Wrongful Death | Discovery Phase |
| Fernandez | 11/2006 | US District Court, ND CA | Wrongful Death | Discovery Phase |
| Brown | 12/2006 | 15 th Judicial District Court, Lafayette Parish, LA | Wrongful Death | Discovery Phase |
| Moreno | 12/2006 | CA Superior Court, Los Angeles County (Companion to LeBlanc Litigation) | Wrongful Death | Discovery Phase |
| Augustine | 1/2007 | 11 th Judicial Circuit Court, Miami-Dade County, FL | Wrongful Death | Discovery Phase |
| Nunez | 1/2007 | US District Court, ND TX, Amarilllo | Wrongful Death | Dismissed |

| Smith | 2/2007 | Civil District Court, Orleans Parish, LA | Wrongful Death | Discovery Phase |

14

# TASER INTERNATIONAL, INC.
## NOTES TO FINANCIAL STATEMENTS (unaudited) — Continued

| Plaintiff | Month Served | Jurisdiction | Claim Type | Status |
|---|---|---|---|---|
| Pierson, Preston | 2/2007 | Superior Court of CA, San Bernardino County US District Court | Wrongful Death | Dismissed |
| Toloskdo-Parker | 5/2007 | N D, CA | Wrongful Death | Complaint Served |
| McCargo | 5/2007 | Circuit Court Bradley County, TN | Wrongful Death | Dismissed |
| Powers | 11/2003 | AZ Superior Court | Training Injury | Verdict for TASER, Appeal Pending |
| Cook | 8/2004 | NV District Court | Training Injury | Dismissed |
| Gerdon | 8/2005 | AZ Superior Court | Training Injury | Dismissed |
| Herring | 8/2005 | Circuit Court of City of St. Louis, MO | Training Injury | Dismissed |
| Stewart | 10/2005 | Circuit Court for Broward County, FL | Training Injury | Discovery Phase |
| Lewandowski | 1/2006 | US District Court, NV | Training Injury | Partial Motion to Dismiss Granted, Discovery Phase |
| Peterson | 1/2006 | US District Court, NV | Training Injury | Discovery Phase |
| Husband | 3/2006 | British Columbia Supreme Court, Canada | Training Injury | Discovery Phase |
| Richthofen | 7/2006 | 22 nd Judicial District Court, St. Tammany Parish, LA | Training Injury | Dismissed |
| Wilson | 8/2006 | US District Court, ND GA | Training Injury | Discovery Phase |
| Diamond | 8/2006 | Circuit Court, Douglas County, Oregon | Training Injury | Dismissed |
| Bynum | 10/2005 | US District Court SD NY | Injury During Arrest | Discovery Phase |
| Lopez | 11/2005 | US District Court, ND IL Eastern Div | Injury During Police Call | Discovery Phase |
| Bellemore | 2/2006 | AZ Superior Court | Injury During Arrest | Discovery Phase |

| | | | | |
|---|---|---|---|---|
| Wieffenbach | 6/2006 | Circuit Court of 12th Judicial District, Will County, Il | Injury During Arrest | Discovery Phase |
| Cruz | 7/2006 | CA Superior Court, Los Angeles County | Injury During Arrest | Discovery Phase |
| Molina | 9/2006 | US District Court, ND West Virginia | Injury During Detention | Discovery Phase |
| Short, Harvey | 10/2006 | US District Court, SD West Virginia | Injury During Arrest | Complaint Served |
| Payne | 10/2006 | Circuit Court of Cook County, Illinois | Injury During Arrest | Discovery Phase |
| Powell | 12/2006 | US District Court, ND IL, Eastern Division | Injury During Arrest (3rd Party Complaint against TASER) | Complaint Served |
| Gomez | 5/2007 | Circuit Court 11th Judicial Dist. FL | Injury During Arrest | Complaint Served |

15